UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JASON MARINO, JOY MARINO, : | |
| THOMAS MARINO, and LISA MARINO : | No. 5:14-cv-4672 |
| Plaintiffs, : | |
| v. : | |
| : | |
| PILOT TRAVEL CENTERS, LLC, : | |
| SOVEREIGN CONSULTING, INC., : | |
| Defendants. : | |

_____

**O R D E R**

**AND NOW**, this 6th day of July, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Partial Motion to Dismiss, ECF No. 3, is **GRANTED**;

2. Counts V and VI are **DISMISSED**; and

3. Thomas Marino and Lisa Marino are **TERMINATED** as Plaintiffs.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge