# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

JASON MARINO and           :
JOY MARINO, h/w and        :
THOMAS MARINO and          :
LISA MARINO, h/w           :
                           :
        v.                 :  CIVIL ACTION NO:
                           :  5:14-cv-046725 JLS
PILOT TRAVEL               :
CENTERS, LLC and           :
SOVEREIGN                  :
CONSULTING, INC.           :

- - -

MAY 12, 2015

- - -

        Videotape deposition of
JASON MARINO, taken pursuant to notice,
was held at the Bar Association of Lehigh
County, 1114 West Walnut Street,
Allentown, Pennsylvania, commencing at
10:16 a.m., on the above date, before
Maura B. Doyle, a Registered Professional
Reporter and Notary Public in and for the
Commonwealth of Pennsylvania.

- - -



Page 2

```
 1    APPEARANCES:
 2
          VILLARI, LENTZ & LYNAM, LLC
 3        BY:   THOMAS A. LYNAM, ESQUIRE
                LEONARD G. VILLARI, ESQUIRE
 4        1600 Market Street
          Philadelphia, Pennsylvania 19103
 5        215-568-1900
          Representing the Plaintiff
 6
 7        LEWIS BRISBOIS BISGAARD & SMITH,
          LLP
 8        BY:   THOMAS R. HARRINGTON, ESQUIRE
          550 East Swedesford Road, Suite 270
 9        Wayne, Pennsylvania 19087
          215-977-4040
10        Representing the Defendant Pilot
          Travel Centers, LLC
11
12        MARKS, O'NEILL, O'BRIEN, DOHERTY
          AND KELLY, P.C.
13        BY:   PATRICK C. LAMB, ESQUIRE
          1800 JFK Boulevard, Suite 1900
14        Philadelphia, Pennsylvania 19103
          215-564-6688
15        Representing the Defendant
          Sovereign Consulting, Inc.
16
17
18
      ALSO PRESENT:
19
                STEVEN SABIA (VIDEOGRAPHER)
20              JOY MARINO
21                    -   -   -
22
23
24
```



Page 3

```
 1                     -   -   -
 2                   I N D E X
 3                     -   -   -
 4
    JASON MARINO                        PAGE
 5
 6      BY MR. LAMB                   7, 363
 7      BY MR. HARRINGTON              314
 8      BY MR. LYNAM                   368
 9
10
11
12                     -   -   -
13             MARINO EXHIBITS
14                     -   -   -
15
    NO.          DESCRIPTION          PAGE
16
    1        Safety Policy            215
17
    2        Summary of Remco's Safety
18           Program and Training     248
19  3        Navman Over Speed Report 153
20  4        Truck Report             251
21  5        Lockout/Tagout paperwork 153
22  6        Hazard Communication 2012 -
             General Quiz             270
23
    7        Workplace Safety 101 Quiz
24           Bank                     271
```



- - -

MARINO EXHIBITS

- - -

| NO. | DESCRIPTION | PAGE |
|------|-------------|------|
| 8 | Safety Checklist | 271 |
| 9 | Issuance of Personal Protective Equipment | 272 |
| 10 | Employee signature agreeing to Remco's safety policy | 272 |
| 10-A | Employee signature agreeing to Remco's safety policy | 276 |
| 11 | Hazard Communication 2012 - General | 275 |
| 12 | Invoice, 3/31/14, to Pilot from REMCO | 278 |



MAGNA
LEGAL SERVICES

Page 5

```
 1                    -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page  Line      Page  Line       Page  Line

 7   337   10        341   23

 8

 9

10   Request for Production of Documents

11   Page  Line      Page  Line       Page  Line

12   None

13

14

15   Stipulations

16   Page  Line      Page  Line       Page  Line

17   None

18

19

20   Question Marked

21   Page  Line      Page  Line       Page  Line

22   None

23

24
```



Page 6

```
 1              THE VIDEOGRAPHER:  We're now
 2         on the record.  This begins DVD
 3         Number 1 in the deposition of Jason
 4         Marino in the matter of Marino, et
 5         al., v. Pilot Travel Centers, LLC
 6         in the U.S. District Court for the
 7         Eastern District of PA.
 8              Today is Tuesday, May 12th,
 9         2015 and the time is 10:12 a.m.
10              This deposition is being
11         taken at 1114 West Walnut Street,
12         Allentown, PA at the request of
13         Marks, O'Neill, O'Brien, Doherty
14         and Kelly.
15              The videographer is Steve
16         Sabia of Magna Legal Service and
17         the court reporter is Maura Doyle
18         of Magna Legal Service.
19              Will counsel please state
20         their appearance and whom they
21         represent.
22              MR. LYNAM:  Tom Lynam and
23         Lenny Villari for the plaintiffs.
24              MR. LAMB:  Patrick Lamb for
```



Page 7

1        Sovereign.

2              MR. HARRINGTON:  Tom

3        Harrington for Pilot Travel

4        Centers.

5              THE VIDEOGRAPHER:  And will

6        the court reporter please swear in

7        the witness.

8                    -   -   -

9              JASON MARINO, after having

10       been duly sworn, was examined and

11       testified as follows:

12                   -   -   -

13                   EXAMINATION

14                   -   -   -

15   BY MR. LAMB:

16       Q.    Good morning, Mr. Marino.

17   We've met on a couple other occasions, I

18   think.  My name is Patrick Lamb.

19            How are you?

20       A.    Pretty good.

21       Q.    Good.  I'm going to take your

22   deposition today.  And I'm sure your

23   attorneys have probably told you some of

24   the instructions that I'll give you.  But



Page 8

 1   just if you could hear me out real fast.

 2              If at any time you want to

 3   take a break, just tell me and I'll be --

 4   I'll be free to accommodate you at any

 5   time.  Just mention it.  Okay?

 6        A.    Okay.

 7        Q.    I'll ask that you answer any

 8   question that's been posed before you

 9   take a break and then we can take a break

10   after that.  Okay?

11        A.    All right.

12        Q.    If at any time I'm talking

13   too quickly, you know, you get

14   distracted, which happens sometimes, or

15   for some reason you didn't hear or

16   understand the question I asked, please

17   tell me.  I'll be happy to restate or

18   rephrase the question.  Okay?

19        A.    All right.

20        Q.    We don't want you to guess,

21   so please don't guess or speculate unless

22   you're specifically asked to do so.

23   Okay?

24        A.    All right.



Page 9

```
 1          Q.      We just want to know what you
 2   know.
 3          A.      All right.
 4          Q.      And you have your counsel
 5   here with you --
 6          A.      Yes.
 7          Q.      -- right?  Mr. Villari and
 8   Mr. Lynam are both here?
 9          A.      Yes.
10          Q.      All right.  Are you ready to
11   go?
12          A.      Yes.
13          Q.      All right.  Good.
14                  Sir, where were you born at?
15          A.      Allentown.
16          Q.      Okay.  And what was your date
17   of birth?
18          A.      8/28/81.
19          Q.      What -- where did you grow up
20   at?  What part of Allentown?
21          A.      I grew up in Slatington.
22          Q.      What did your parents do for
23   a living?
24          A.      My dad was the -- electronics
```



Page 10

1    and my mom was special ed assistant for

2    school.

3             Q.      What do you mean by

4    electronics?

5             A.      He worked for Ford

6    Electronics and then... Merck.

7             Q.      And when you -- but when I --

8    when you say he worked in electronics,

9    what do you mean by electronics?  What

10   did he do day to day?

11            A.      I -- I don't know what he

12   did.

13            Q.      Okay.  And do you know any

14   other occupation he worked in other than

15   working in electronics?

16            A.      No.

17            Q.      Was that a manual labor job

18   or more of a white collar job?  Blue

19   collar?  What type of job did he have?

20            A.      Blue collar maybe.

21            Q.      Okay.  Where did you to go

22   grade school?

23            A.      Northern Lehigh.

24            Q.      And where did you go to high



1     school?

2             A.      Northern Lehigh.

3             Q.      Did you play any sports in

4     high school?

5             A.      Yes.

6             Q.      What did you play?

7             A.      Baseball, football.

8             Q.      Anything else?

9             A.      No.

10            Q.      What's the first job you ever

11    held?

12            A.      Paper.  Newspaper delivery.

13            Q.      And when did you do that?

14            A.      When I was 13.

15            Q.      And for how many years?

16            A.      Till I was 18.

17            Q.      Okay.  What's -- did you hold

18    any other jobs in your teens?

19            A.      Yes.

20            Q.      What other jobs did you have?

21            A.      I worked at Palmerton

22    Hospital.

23            Q.      Can you just speak up just

24    a -- we're going to just need you to be a



Page 12

1    little louder.

2                    You worked at where?

3          A.      Palmerton Hospital.

4          Q.      And what did you do at

5    Palmerton Hospital?

6          A.      Dietary.

7          Q.      What was that?  What would

8    you do as dietary?

9          A.      Hand out food.

10         Q.      And what -- what ages were

11   you working there?

12         A.      I... I was like 18.

13         Q.      Until when?  Until how old

14   were you when you stopped working there?

15         A.      18.

16         Q.      Oh.  Just 18?

17         A.      Yeah.  It was just a

18   part-time job.

19         Q.      Okay.  And did you have any

20   education after high school?

21         A.      Some college.

22         Q.      All right.  And where did you

23   go -- where did you do your college?

24         A.      L-Tri-C.



Page 13

```
 1          Q.       (Counsel indicating.)
 2          A.       L-Tri-C.
 3          Q.       Can you spell that for me
 4   or -- L Tracy?
 5          A.       L-Tri-C.  Lehigh Carbon
 6   Community College.
 7          Q.       Okay.  How long did you go
 8   there?
 9          A.       A semester.
10          Q.       And then why did you leave?
11          A.       I went and got a job in
12   plumbing.
13          Q.       What was your first job in
14   plumbing?
15          A.       Construction plumbing.
16          Q.       And who did you work for?
17          A.       Worth & Company.
18          Q.       W-O-R-T-H?
19          A.       Yes.
20          Q.       Started when you were 19?
21          A.       No.  I worked there when I
22   was 22.
23          Q.       What did you do between age
24   18 and 22?
```



Page 14

1          A.      Odds-and-end jobs.

2          Q.      Like what?

3          A.      I did -- worked at BJ's, put

4     tires on cars.

5          Q.      Okay.

6          A.      I don't remember what else I

7     did.

8          Q.      Did you ever cut lawns for a

9     living?  Or not even for a living.  Did

10    you ever cut lawns or work for a lawn

11    service?

12         A.      I worked for Grim's

13    Landscaping.

14         Q.      For how long?

15         A.      For like a half of a summer.

16         Q.      What summer would that have

17    been?

18         A.      2001 maybe.

19         Q.      And what did you do for them?

20         A.      I drove their work truck.

21         Q.      Did you actually cut lawns

22    and trim bushes and do stuff like that?

23         A.      No.

24         Q.      So you were just driving a



Page 15

1    truck?

2            A.    Yes.

3            Q.    And what -- what was -- what

4    kind of truck was it?

5            A.    It was just a regular Ford

6    pickup truck.

7            Q.    And what was your purpose of

8    driving it around?  What would you do?

9            A.    I would take mulch to places.

10           Q.    Okay.  And deliver mulch?

11           A.    Yep.

12           Q.    Was that a gas truck or a

13   diesel truck?

14           A.    I don't remember.

15           Q.    Did you fuel the truck up at

16   the beginning of the day or during the

17   day?

18           A.    It was at the end of the day.

19           Q.    And you would fuel it up?

20           A.    Yes.

21           Q.    You don't remember if it was

22   diesel or gas?

23           A.    No.

24           Q.    When you were growing up, did



1    you cut your own parents' lawn?

2           A.    Sometimes.

3           Q.    And what kind of mower did

4    they have?  Gas or electric?

5           A.    Gas.

6           Q.    Did you ever fill that mower

7    with gasoline?

8           A.    Yes.

9           Q.    Did you ever do the thing

10   where you had to mix the oil and the

11   gasoline together?

12          A.    No --

13          Q.    Was it that kind or did it

14   take pure gasoline?

15          A.    Just pure gas.

16          Q.    Okay.  How about did they

17   have, like, a weed -- a trimmer?

18          A.    Yes.

19          Q.    Was that gas or electric?

20          A.    Gas.

21          Q.    And, again, did you ever have

22   to fill that up with gasoline at any

23   time?

24          A.    Yes.



Page 17

```
 1          Q.      When you were filling up your
 2   own parents' lawn mower or trimmer, did
 3   you ever spill any gas on your hands?
 4          A.      Don't remember.  Probably,
 5   yeah.
 6          Q.      Okay.
 7               MR. LYNAM:  Jason, if you
 8          don't remember, the answer is I
 9          don't remember.  I don't want --
10               THE WITNESS:  All right.
11               MR. LYNAM:  -- you guessing
12          at anything.
13               MR. LAMB:  Well --
14               MR. LYNAM:  No, not well.  We
15          don't want him guessing at
16          anything.  Fair?
17               MR. LAMB:  I -- I don't want
18          him guessing but that was the
19          beginning of my next question.
20               MR. LYNAM:  Oh.  I thought
21          you were talking to me.
22               MR. LAMB:  No.
23               MR. LYNAM:  See, I'm ready to
24          fight with you already.
```



Page 18

```
 1              MR. LAMB:  You're ready to
 2         fight me already.  I'm just about
 3         to start another question.
 4              MR. LYNAM:  Right.  Right.
 5              MR. LAMB:  It's an honest
 6         question.  You know?
 7  BY MR. LAMB:
 8         Q.    Did you do any landscaping
 9  work after you worked for -- you said it
10  was Grim's Landscaping; right?
11         A.    Yes.
12         Q.    Did you do any landscaping in
13  your life after that?
14         A.     At my parents' place.
15         Q.    Okay.  Before -- and -- and
16  that was -- there's a better question in
17  there.  Did you do any landscaping where
18  you were paid to do it at someone else's
19  property other than at Grim's
20  Landscaping?
21         A.    No.
22         Q.    Okay.  So do -- when did you
23  move out of your parents' house?  How old
24  were you?
```



Page 19

```
 1          A.      21.

 2          Q.      And where did you move to?

 3          A.      To Allentown.

 4          Q.      Okay.  And was it, like, an

 5  apartment you had or -- or a house you

 6  shared or where -- where did you move to?

 7          A.      It was a house.

 8          Q.      And who did you share the

 9  house with or did you have it alone?

10          A.      My wife.

11          Q.      So you got married when you

12  were 21?

13          A.      No.  She was my girlfriend at

14  the time.

15          Q.      Okay.  What's the address of

16  that house?

17          A.      I don't know.

18          Q.      All right.  Was it like --

19  describe what type of house it was.  Did

20  it have a lawn?

21          A.      Yeah.

22          Q.      Did you have to cut the lawn?

23          A.      No.

24          Q.      All right.  The real -- the
```



Page 20

```
 1    land -- or the -- the owner of the

 2    property did that?

 3            A.     No.  It was all dirt.

 4            Q.     Oh.  It was all dirt.

 5            A.     Yeah.

 6            Q.     Okay.  Now, after you moved

 7    out of your parents' house, did you

 8    continue to cut their grass?

 9            A.     No.

10            Q.     Okay.  So until age 21, did

11    you cut their grass?

12            A.     I don't remember.

13            Q.     Okay.  When did you start at

14    your parents' house where you would use

15    their gas-powered mower or gas-powered

16    trimmer?  How old were you?

17            A.     I don't remember what age I

18    was.

19            Q.     All right.  Do you remember

20    whether you were in grade school or high

21    school?

22            A.     Junior high.

23            Q.     Junior high.

24                   Which up here would be what
```



Page 21

```
 1   grades?  7 and 8?

 2          A.     7th, 8th, and 9th.

 3          Q.     7th, 8th, and 9th.  Okay.

 4                 So somewhere in that span is

 5   when you started being able to be

 6   responsible enough to cut the grass at

 7   your parents' house.

 8          A.     Yes.

 9          Q.     Okay.  And then were you the

10   person, that was your chore, like every

11   week or two during the summer that you

12   had to do it?

13          A.     No.

14          Q.     All right.  So how often

15   would you do it?

16          A.     Maybe once a month.

17          Q.     Okay.  So where did you

18   live -- how long did you live in that

19   first house with your current wife, who

20   was your girlfriend at the time?

21          A.     I don't recall how long it

22   was.  It wasn't long.

23          Q.     All right.  Do you remember

24   the next place you lived at?
```



Page 22

```
 1          A.     Yes.  It was in
 2   Breinigsville.
 3          Q.     Was that a house?
 4          A.     Yes.
 5          Q.     Did you purchase it or rent
 6   it?
 7          A.     Rent.
 8          Q.     And at that point, you were
 9   working as a plumber.
10          A.     Yes.
11          Q.     And did that house have a
12   lawn --
13          A.     Yes.
14          Q.     -- and grass?
15                 Did you cut it yourself?
16          A.     Yes.
17          Q.     And no one else cut it?
18          A.     My wife.
19          Q.     Okay.  Who did -- who did it
20   most of the time?
21          A.     Me.
22          Q.     And you used a gas mower?
23          A.     Yes.
24          Q.     Did you have a gas trimmer,
```



Page 23

```
 1   too?

 2          A.    No.  No trimming.

 3          Q.    Do you still live in

 4   Breinigsville?

 5          A.    No.

 6          Q.    How long did you live there?

 7          A.    A year.

 8          Q.    And then where did you move

 9   to?

10          A.    Lyons.

11          Q.    Could you spell that or say

12   it a little more clearly?

13          A.    Lyons.

14          Q.    All right.  And was that a

15   house?

16          A.    Yes.

17          Q.    And, again, with your wife?

18          A.    Yes.

19          Q.    Were you married at that

20   point?

21          A.    No.

22          Q.    All right.  How old were you

23   when you moved to Lyons?

24          A.    I don't know.
```



Page 24

```
 1          Q.     I'm -- it looks like based on
 2   what you're saying here, you might have
 3   been about 23?
 4          A.     Generally, yeah.
 5          Q.     Okay.  And that was a house
 6   with your wife.  Did that have a lawn?
 7          A.     Yes.
 8          Q.     You cut that grass too?
 9          A.     Yes.
10          Q.     Now, did you have your own
11   mower?
12          A.     Yes.
13          Q.     Okay.  Gas trimmer or no?
14          A.     No.
15          Q.     Did you use any other
16   gas-powered devices to maintain your
17   property at either Breinigsville or
18   Lyons?
19          A.     No.
20          Q.     Okay.  How long were you in
21   Lyons?
22          A.     A year.
23          Q.     And then where did you move?
24          A.     Topton.
```


MAGNA
LEGAL SERVICES

Page 25

```
1          Q.      (Counsel indicating.)

2          A.      Topton.

3          Q.      Okay.  Another house?

4          A.      Yes.

5          Q.      Another lawn?

6          A.      Yes.

7          Q.      And you're cutting the lawn

8    again?

9          A.      Yep.

10         Q.      Okay.  And how long were you

11   in Topton?

12         A.      A year.

13         Q.      And then where did you move?

14         A.      Maxatawny.

15         Q.      Okay.

16                 MR. HARRINGTON:  Say that

17         again for me.

18                 THE WITNESS:  Maxatawny.

19                 MR. HARRINGTON:  Thank you.

20         Q.      (Continued) And how long did

21   you live there?

22         A.      I'm not sure how long it was.

23         Q.      Okay.  Was it more than a

24   year?
```



Page 26

```
 1          A.      What?

 2          Q.      Was it more than a year?

 3          A.      Yes.

 4          Q.      Okay.  And, again, did that

 5   property have a lawn that you had to cut?

 6          A.      Yes.

 7          Q.      How big was the lawn in

 8   Topton?

 9          A.      It was a townhome.  It wasn't

10   very big.

11          Q.      How about Maxatawny?

12          A.      Maxatawny wasn't very big

13   either.

14          Q.      Was it a single-family home

15   you were living in?

16          A.      Yes.

17          Q.      Okay.  Do you remember the

18   address in Maxatawny?

19          A.      No.

20          Q.      Do you remember the street?

21          A.      Kutztown Road.

22          Q.      Where did you live after

23   Maxatawny?

24          A.      Topton.
```



Page 27

```
 1          Q.      Back to Topton.  Back to the
 2   same place?
 3          A.      No.  It was a different one.
 4          Q.      All right.  Single-family
 5   home?
 6          A.      Yes.
 7          Q.      Are you married at that
 8   point?
 9          A.      Yes.
10          Q.      And how old were you about
11   when you moved back to Topton?
12          A.      I don't remember.
13          Q.      How old were you when you got
14   married?
15          A.      I don't know.
16          Q.      Okay.  Do you remember what
17   year you got married?
18          A.      (No verbal response.)
19                  MR. LYNAM:  You're --
20          Q.      You're going to have some
21   serious problems --
22                  MR. LYNAM:  Now you're just
23          being mean, Pat.
24                  MR. LAMB:  I know.
```



MAGNA

LEGAL SERVICES

Page 28

```
 1          Q.      (Continued) You're going to
 2   have some serious problems when you get
 3   home tonight.
 4          A.      I don't know.
 5                  JOY MARINO:  (Indicating.)
 6          Q.      How long did you live in
 7   Topton --
 8          A.      A year.
 9          Q.      -- the second time?
10                  All right.  And where did you
11   move next?
12          A.      Slatington.
13          Q.      Is that where you live now?
14          A.      Yes.
15          Q.      What's your address now?
16          A.      324 Diamond Street.
17          Q.      When you moved back to Topton
18   the second time, did that house have a
19   lawn?
20          A.      Yes.
21          Q.      And did you cut it?
22          A.      Yes.
23          Q.      And when you moved back to
24   Slatington, did that house, your current
```



Page 29

```
 1   house, have a lawn?
 2         A.    Yes.
 3         Q.    How big is the property?
 4         A.    It's a corner lot.
 5         Q.    Okay.
 6         A.    I don't know how big it is.
 7         Q.    Okay.  And do you cut the
 8   grass there?
 9         A.    Yes.
10         Q.    Do you still do it?
11         A.    Yes.
12         Q.    All right.  How often do you
13   cut it, like, during this weather?
14         A.    Every other week.
15         Q.    Gas-powered mower?
16         A.    Yes.
17         Q.    Do you have a gas-powered
18   trimmer?
19         A.    Yes.
20         Q.    And you do that too?
21         A.    Yep.
22         Q.    Now, that takes the oil/gas
23   mixture; right?
24         A.    Correct.
```



Page 30

```
 1          Q.     So you have to have two.

 2    You're like me probably.  You have two

 3    gas cans.  One, it says do not pour into

 4    a car for -- I have it for my teenage

 5    kids so they don't pour it into their

 6    car, and then one that has pure gasoline

 7    in it; right?

 8          A.     Yeah.

 9          Q.     Okay.

10                 MR. VILLARI:  You let your

11          kids cut the grass, Pat?

12                 MR. LAMB:  I would never have

13          my kids do anything as menial as

14          cut the grass.  Their father has to

15          do that.  Come on, Lenny.

16                 MR. VILLARI:  How are you

17          feeling?  Okay?

18                 MR. LAMB:  What's that?

19                 MR. VILLARI:  You feeling

20          okay?

21                 MR. LAMB:  Yeah.  Why?

22                 MR. VILLARI:  I was just

23          wondering.

24    BY MR. LAMB:
```



Page 31

1          Q.     So you're at Diamond Street

2    now.  How long were you with Worth

3    plumbing?

4          A.     I don't know.  I don't --

5          Q.     Like 10 years?  5 years?  15

6    years?  20 years?  Can you give me -- I

7    don't want you to guess, but can you give

8    me just kind of an estimate?

9          A.     Five.

10         Q.     Five years.

11                MR. HARRINGTON:  Was it

12         plumbing or construction, Worth

13         plumbing?

14                THE WITNESS:  It was

15         construction, plumbing.  They're --

16                MR. HARRINGTON:  Okay.  I'm

17         just looking for the name of the

18         company.  It was Worth plumbing?

19                THE WITNESS:  Worth &

20         Company.

21                MR. HARRINGTON:  Worth &

22         Company.

23    BY MR. LAMB:

24         Q.     Oh.  I'm sorry.  I called it



Page 32

1    Worth plumbing.  I'm sorry.  Worth -- how
2    long were you with Worth & Company?
3            A.     Roughly five years.
4            Q.     Okay.  So when you started
5    there, had you done any plumbing before?
6            A.     No.
7            Q.     So they trained you how to be
8    a plumber?
9            A.     Yes.
10           Q.     And you said it was
11   construction plumbing.  So give us some
12   idea what you mean by construction
13   plumbing?
14           A.     Ground up, buildings.
15           Q.     Okay.  So you would enter the
16   building after the rough framing was
17   complete?
18           A.     Before.
19           Q.     Before the rough framing was
20   complete.
21           A.     (Witness nods head.)
22           Q.     Okay.  And tell me what you
23   would do.
24           A.     We would do the underground



Page 33

1    plumbing and then work our way to the

2    finish of the building.

3           Q.     Okay.  So what is -- so let's

4    start at the bottom of the building.

5    You'd do the underground plumbing.  What

6    did that consist of?

7           A.     Putting pipe in the ground

8    where the blueprint said.

9           Q.     Okay.  So would it be the

10   soil exit pipe you would put in as well

11   as the -- the water supply coming into

12   the building?

13          A.     Correct.

14          Q.     Okay.  Any other piping that

15   you would put in the ground?

16          A.     All depends on the building.

17          Q.     Okay.  Up here, are you

18   permitted to use PVC for the soil line?

19          A.     In some counties.

20          Q.     And in other counties, what

21   do you have to use, the cast iron?

22          A.     Cast iron.

23          Q.     Okay.  Did you work with

24   both?



Page 34

```
 1          A.     Yes.

 2          Q.     All right.  And for the

 3   supply lines, were they copper, PVC, or a

 4   combination of both?  How did that work?

 5          A.     Copper.

 6          Q.     Copper.  Okay.

 7                 So when you started there,

 8   who -- did you have a crew you worked

 9   with at Worth & Company?

10          A.     Yeah.  It changed.

11          Q.     Okay.  So when you started, I

12   imagine you were kind of an apprentice?

13          A.     Yes.

14          Q.     And how long were you there

15   before you became -- you know, you moved

16   up from an apprentice to, like, a

17   journeyman?

18          A.     Three years.

19          Q.     Okay.  Was that an official

20   program you were in or was that their --

21   their -- their discretion?

22          A.     It was at their discretion.

23          Q.     All right.  And did you get a

24   pay raise when you moved in to -- did
```


MAGNA
LEGAL SERVICES

Page 35

```
 1   they actually call it a journeyman

 2   status?

 3        A.     No.

 4        Q.     What did they call it when

 5   you moved up?

 6        A.     They didn't really -- there

 7   was nothing.

 8        Q.     Did you get a pay raise then?

 9        A.     It was rate jobs so the

10   county told you what you were getting

11   paid.

12        Q.     Okay.  And is that because

13   Worth & Company, most of their work was

14   for the county?

15        A.     Yes.

16        Q.     Okay.  And when you would do

17   those jobs, was there a time when you

18   became the senior person on the job --

19        A.     No.

20        Q.     -- as opposed to the junior?

21        A.     No.

22        Q.     Not while you were with

23   Worth?

24        A.     No.
```



MAGNA
LEGAL SERVICES

Page 36

1          Q.     You always had someone senior

2    to you on the job.

3          A.     Yes.

4          Q.     In doing the PVC soil pipes,

5    what lengths did those pipes come in?

6          A.     20-foot, 10-foot.

7          Q.     Okay.  And how would they be

8    attached to each other?

9          A.     Primer and glue.

10         Q.     I'm sorry?

11         A.     Primer and glue.

12         Q.     Okay.  And what was the name

13   on the primer?  Do you remember the brand

14   name?

15         A.     I don't know.

16         Q.     So explain to me that

17   process, how that was done, how you would

18   connect two PVC pipes.

19         A.     You would primer it and then

20   you would glue it.

21         Q.     Okay.  And then you would fit

22   them together?

23         A.     Yes.

24         Q.     Would you have to wait for



Page 37

```
 1    the primer to dry?

 2          A.     No.

 3          Q.     All right.   When you put the

 4    primer on, would you wear any type of

 5    breathing apparatus?

 6          A.     Not that I -- no.

 7          Q.     Okay.   When you would put the

 8    glue on, would you wear any type of

 9    breathing apparatus?

10          A.     No.

11          Q.     Okay.   Would you wear gloves

12    when you put the primer on?

13          A.     We would have gloves on, yes.

14          Q.     What kind of gloves?

15          A.     Just like rubber gloves.

16    Like rubber bottoms, cloth top.

17          Q.     Okay.   And would you have

18    those same gloves on when you did the

19    glue?

20          A.     Yes.

21          Q.     Now, did you always have to

22    wear long sleeves or could you wear short

23    sleeves?

24          A.     You could wear whatever.
```


MAGNA
LEGAL SERVICES

Page 38

1          Q.      Okay.  Could you wear shorts?

2          A.      No.

3          Q.      Okay.  So it had to be pants

4    and shirt --

5          A.      Yes.

6          Q.      -- of some sort.

7          A.      Yes.

8          Q.      Did you -- were you ever

9    exposed to the primer, meaning you got it

10   on your skin at any point in the five

11   years you worked at Worth & Company?

12         A.      I don't remember.

13         Q.      Okay.  Were you ever exposed

14   to the glue during the five years you

15   worked at Worth & Company?

16              MR. LYNAM:  Objection to the

17         form.  What you do mean by exposed?

18         Q.      Did it touch -- I -- I'll be

19   more clear.  Did you ever -- did the glue

20   while you were working at Worth & Company

21   ever touch your skin?

22         A.      Don't remember.

23         Q.      Okay.  So I have Worth &

24   Company -- if you worked there five



Page 39

1    years, I would estimate based on your

2    testimony thus far that that was roughly

3    between the ages of 22 and 27 years old.

4            A.    Correct.

5            Q.    Does that sound about right?

6            A.    About right, yeah.

7            Q.    Okay.  Why did you leave that

8    employment?

9            A.    I broke my foot.

10           Q.    Let me tell you one other

11   thing too.  Sometimes people see us

12   taking notes.  You probably see Mr.

13   Harrington writing like crazy and every

14   once in a while, you'll see me writing.

15   Don't let that lead you in any direction.

16   Sometimes we're -- we're writing

17   something down we thought of that's

18   totally different.  Sometimes it's

19   important.  Sometimes it's not important.

20   I always tell witnesses that because

21   sometimes I think they're concerned about

22   what we're writing down as if, you know,

23   something they're saying is wrong or

24   right or, you know -- or any other way.



1   It -- it's no message.

2              MR. LYNAM:  Tom is making his

3         grocery list --

4              MR. LAMB:  Yeah.

5              MR. LYNAM:  -- from the other

6         dep --

7              MR. HARRINGTON:  You can tell

8         'cause I'm so fat.

9         Q.    (Continued) So anyway...

10             So we were talking about your

11  job at Worth & Company and we went

12  through the soil pipes.  Now let's talk

13  about the water supply pipes.  Would

14  those come off of what, a water main?

15        A.    Yes.

16        Q.    And would you have to

17  progressively reduce the size of the pipe

18  as it got to the building and then up

19  through the top of the building?

20        A.    Correct.

21        Q.    And would those -- would

22  those all be copper?

23        A.    Yes.

24        Q.    Okay.  So tell me how you



Page 41

1    join a copper pipe.   Explain that to

2    me --

3              A.     You --

4              Q.     -- how you connect it.

5              A.     You solder it.

6              Q.     Okay.   And what do you use

7    then?   Assume that -- the jury may see

8    this.   Assume that none of them have ever

9    soldered a pipe before.   Tell us what you

10   do to solder a pipe.

11             A.     You clean it with emery

12   cloth.   You put flux on it and then you

13   put them together, heat it up and let the

14   solder wrap around.

15             Q.     Okay.   What's the flux made

16   out of?

17             A.     I don't know.

18             Q.     All right.   And what's the

19   solder made out of?

20             A.     I don't know.

21             Q.     Okay.   The solder, is that

22   the -- it almost looks like a thick wire?

23   It comes in a little spool?

24             A.     Correct.



Page 42

1          Q.     And you kind of string it out

2     around the joint of the pipe and -- and

3     melt it on there so it forms, like,

4     almost a metal -- metallic seal?

5          A.     Correct.

6          Q.     Okay.  And so each piece of

7     pipe you put together, you would have to

8     do that.

9          A.     Yes.

10         Q.     Okay.  Did you wear any type

11    of breathing apparatus at any time when

12    you would connect copper pipes?

13         A.     No.

14         Q.     So once the copper pipes, the

15    feed pipes, are in the building, do

16    you -- do you then distribute them

17    throughout the floors of the building in

18    the bathrooms and other areas and stuff

19    like that?

20         A.     Yes.

21         Q.     Okay.  So you -- would you

22    personally, meaning Jason Marino, be

23    doing all that connecting throughout the

24    building?



Page 43

```
1          A.      No.

2          Q.      Who would?

3          A.      Guys on the job site.  Other

4   plumbers.

5          Q.      Would you be doing any of

6   that connecting?

7          A.      Not with Worth & Company.

8          Q.      Okay.  So explain to me why

9   not.

10         A.      'Cause I was an apprentice.

11         Q.      Okay.  So for the first three

12  years as an apprentice, you would not

13  connect any pipes at all?

14         A.      You would make drops.  That's

15  all you would do.

16         Q.      Explain what making a drop

17  is.

18         A.      You'd make them for in the

19  wall so when they built the wall, they

20  would come out.  You would stand there

21  with a mason and drop it in as he would

22  put cinder block up.

23         Q.      Meaning drop what in?  A pipe

24  in?
```



Page 44

```
 1          A.     Yes.

 2          Q.     But you wouldn't actually

 3   connect those pipes.

 4          A.     No.

 5          Q.     So for your last two years

 6   with -- with Worth & Company when you

 7   were no longer an apprentice or however

 8   they designated you, were you then able

 9   to connect those pipes?

10          A.     Yes.

11          Q.     Okay.  So we have two years

12   at Worth & Company when you were actually

13   connecting copper and PVC pipes.

14          A.     Correct.

15          Q.     Okay.  Where did you work

16   after Worth & Company?

17          A.     JL Urlich.

18                 MR. LAMB:  Did you get that?

19          Q.     I'm sorry.  JL?

20          A.     Urlich.

21          Q.     U-R-I-C-H?

22          A.     U-R-L-I-C-H.

23          Q.     Urlich.  Okay.

24          A.     Yeah.
```



MAGNA
LEGAL SERVICES

Page 45

```
 1          Q.      Where is that located at?

 2          A.      Macungie.

 3          Q.      So was there a time when you

 4    were not employed due to your broken

 5    foot?

 6          A.      Yes.

 7          Q.      How did you break your foot?

 8          A.      I slipped and fell.

 9          Q.      On a job site?

10          A.      Yes.

11          Q.      And did you recover workers'

12    compensation for that?

13          A.      Yes.

14          Q.      And how long were you out of

15    work?

16          A.      I don't recall how long it

17    was.

18          Q.      Was it more or less than six

19    months?

20          A.      I don't remember.

21          Q.      All right.  I'll ask you one

22    more just time span.  Was it more or less

23    than a year?

24          A.      Less than a year.
```



Page 46

1          Q.     Okay.  Did that foot -- which

2     foot was it?

3          A.     My left.

4          Q.     I see you're moving your feet

5     under the table.

6                 Your left foot, did that

7     eventually recover, that left foot?

8          A.     Yes.

9          Q.     Okay.  Did it fully recover?

10         A.     Yes.

11         Q.     So if you took roughly

12    somewhere between six months and a year

13    off for the foot, I have you moving to JL

14    Urlich when you're -- Urlich -- I'm

15    sorry -- when you're about 28 years old?

16         A.     Roughly.

17         Q.     Okay.  Do you start there as

18    an apprentice or as, you know, the

19    equivalent of, like, a journeyman

20    plumber?

21         A.     Equivalent to a journeyman.

22         Q.     All right.  And what type of

23    work did you do at JL Urlich?

24         A.     Rough plumbing.



Page 47

1          Q.      Residential or -- or
2     commercial or both?
3          A.      Commercial.
4          Q.      So were you basically doing
5     the same thing that you were doing at the
6     end of your tenure at Worth?
7          A.      Yes.
8          Q.      And that would be doing all
9     those connections we talked about.
10         A.      Correct.
11         Q.      Connecting PVC or connecting
12    cast iron or copper.
13         A.      We did a lot of cast iron.
14         Q.      How do you connect cast iron?
15         A.      Rubber bands.
16         Q.      Okay.  Is there any chemical
17    involved in that at all?
18         A.      No.
19         Q.      It's just literally --
20    explain it to me in detail if you can.
21         A.       It's a rubber band with a
22    metal brace around it and you crank them
23    down.
24         Q.      So they -- they're threaded,



Page 48

1    the -- the cast iron.

2          A.    No.

3          Q.    They're not threaded?

4          A.    No.

5          Q.    Okay.  So you -- you did not

6    do any PVC while you were with Urlich?

7          A.    Not much.

8          Q.    Not much.  Okay.

9                How many years were you

10   there?

11         A.    A year.

12         Q.    Where did you go after that?

13         A.    REMCO.

14         Q.    REMCO?

15               So I've got you roughly 29

16   years old, going into 30 when you get to

17   REMCO?

18         A.    Roughly.

19         Q.    And that's your first stint

20   at REMCO; right?

21         A.    Yes.

22         Q.    As you sit here today, you're

23   33 years old?

24         A.    Correct.


MAGNA
LEGAL SERVICES

Page 49

```
 1          Q.      So your first -- why did you
 2    leave Urlich?
 3          A.      Got a better offer at REMCO.
 4          Q.      Okay.  More salary?
 5          A.      No.  Better benefits.
 6          Q.      In terms of what types of
 7    benefits?
 8          A.      Health care.
 9          Q.      And why was that important to
10    you?
11          A.      'Cause I had a family.
12          Q.      How many children do you
13    have?
14          A.      Two.
15          Q.      And what are their ages?
16          A.      6 and 4.
17          Q.      How were the benefits
18    different at REMCO, do you remember?
19          A.      Everything was covered for
20    when my wife had a baby.
21          Q.      Okay.  And that was not true
22    at Urlich?
23          A.      Correct.
24          Q.      So when you started at REMCO,
```



MAGNA
LEGAL SERVICES

Page 50

1    29 years old -- and we have those dates

2    of employment so I won't try to get --

3    get those from you.  We -- that -- this

4    was the first stint at REMCO, though;

5    right?

6            A.    Correct.

7            Q.    And what type of work were

8    you doing for REMCO?

9            A.    Service plumbing.

10           Q.    Is that different than what

11   you had done in the past?

12           A.    Yes.

13           Q.    Tell me how it's different.

14   What -- or tell me what service plumbing

15   is.

16           A.    Service plumbing is you go in

17   and repair stuff.

18           Q.    Things that are broken or

19   clogged or whatever.

20           A.    Correct.

21           Q.    Okay.  Now, in all of these

22   places you had worked -- REMCO, Urlich,

23   Worth, and any other places you had been

24   employed -- had you ever worked at a gas


MAGNA
LEGAL SERVICES

Page 51

1    station?

2          A.      Like, did work at a gas

3    station?

4          Q.      Did any type of plumbing work

5    at a gas station.

6          A.      Yes.

7          Q.      And at what employer did you

8    do work at gas stations before March of

9    2014?

10         A.      REMCO.

11         Q.      Okay.  And how -- when you

12   were with REMCO, how often would you work

13   at a gas station?

14         A.      Not very often.

15         Q.      Now, you were at REMCO for

16   two different occasions; right?

17         A.      Correct.

18         Q.      On your first work time with

19   REMCO, did you work at any gas stations?

20         A.      Yes.

21         Q.      How many?

22         A.      I don't know.

23         Q.      What was the work that you

24   did at gas stations during your first



Page 52

1    time of employment with REMCO?

2         A.    Water heater replacement.

3         Q.    Anything else?

4         A.    Bursted waterlines.

5         Q.    Okay.  Anything else?

6         A.    No.

7         Q.    Do you know whether or not on

8    that -- during that first employment at

9    REMCO when you worked at gas stations,

10   whether you were exposed in any way to

11   any gasoline, oil, diesel, or any other

12   chemical compounds?

13        A.    No.

14        Q.    Okay.  You don't know?

15        A.    I don't know.

16        Q.    Okay.  When you worked at gas

17   stations during your first stint at

18   REMCO, did you ever find yourself working

19   in an excavation?

20        A.    Yes.

21        Q.    And when you worked in those

22   excavations, did you ever get wet from

23   water in the excavation or something else

24   in the excavation?



Page 53

```
 1          A.     Yes.
 2          Q.     And how many times did that
 3   occur during your first employment at
 4   REMCO?
 5          A.     I don't know.
 6          Q.     Okay.  Did anyone ever talk
 7   to you at any time in your career about
 8   being cautious with becoming wet or
 9   having contact with liquids that are
10   underground?  Generally.  And I'll be
11   more specific in my next question.
12          A.     If they had a safety concern,
13   we always had someone that was involved
14   in that area be there.
15          Q.     Okay.  And I appreciate that.
16   But I guess my -- my question is:  You've
17   been doing this for about ten years.  Let
18   me -- let me start again.  Everyone needs
19   you to talk a little louder --
20              MR. HARRINGTON:  Because --
21          (Counsel indicating.)
22          Q.     (Continued) Yeah.  The air
23   conditioner is running, so...
24              MR. LAMB:  Are you getting
```



Page 54

1          him on the video?  Is that okay?

2                  THE VIDEOGRAPHER:  Yeah.

3          Q.    (Continued) Okay.  So, sorry.

4    You've just got to kind of -- I won't be

5    offended if you raise your voice.  Sorry.

6                  Since your early 20s, you've

7    been working as a plumber; right?

8          A.    Correct.

9          Q.    And for -- it looks like

10   three or four different companies; right?

11         A.    Correct.

12         Q.    Did anyone during those times

13   when you were working for those companies

14   say to you, educate you, teach you, or in

15   any way communicate to you when you're in

16   an excavation and there's liquid in the

17   excavation, you have to be careful about

18   coming into contact with it?

19         A.    They would always tell

20   us someone would be there -- you wouldn't

21   be there if there was something wrong.

22   Like, if there was something hazardous,

23   you wouldn't be there.

24         Q.    Who would tell you that?



Page 55

```
 1          A.      The safety people.

 2          Q.      At the companies you worked

 3   at?

 4          A.      Yes.

 5          Q.      Did the safety people at

 6   REMCO tell you that?

 7          A.      They would tell us, we

 8   wouldn't put you in harm's way.

 9          Q.      Okay.  And do you

10   specifically remember someone at REMCO

11   telling you that?

12          A.      They used to -- all the

13   managers would say that to you.

14          Q.      Okay.  And who are the

15   managers at REMCO that you remember

16   saying that to you?

17          A.      Kevin Nace, Dan Pileggi, the

18   senior vice president of the company.

19          Q.      Who is that?

20          A.      Jai Hoover.

21          Q.      And was that -- when -- when

22   you heard Jai Hoover say it, was that in

23   a conversation or in a class?

24          A.      In a meeting.
```



Page 56

1          Q.     In a meeting.  Okay.

2                 Was that like an early

3     morning meeting before you were

4     dispatched or was that like a safety

5     meeting?  What kind of meeting?

6          A.     Like a monthly, how's

7     everybody doing, this is what we're doing

8     this month meeting.

9          Q.     Okay.  And you said Mr.

10    Pileggi also -- Mr. Pileggi was the one

11    who said those things?

12         A.     Yes.

13         Q.     Okay.  Now, you also said Mr.

14    Nace had an occasion to say something

15    along those lines.  Do you remember when

16    that was?

17         A.     I don't remember.

18         Q.     Do you remember what the

19    circumstances were where Mr. Nace said

20    that to you?

21         A.     No.

22         Q.     Do you remember what --

23    whether you were on-site or back at

24    REMCO's headquarters when he said that to



Page 57

1    you?

2            A.    I don't remember.

3            Q.    Fair enough.  And there was

4    one other person you said who had

5    expressed that to you and I -- I didn't

6    get to write down their name.

7            A.    Jai Hoover.

8            Q.    Jai Hoover.

9            And when did Mr. Hoover say

10   to you that, you know, we would not let

11   you work in an area that has issues?

12           A.    In meetings.

13           Q.    Okay.  In safety meetings or

14   general meetings?

15           A.    General meetings.

16           Q.    Do you remember how many

17   times he said it?

18           A.    I don't know.

19           Q.    Was it more than once Mr.

20   Hoover said it?

21           A.    Yes.

22           Q.    How about Mr. Pileggi, did he

23   say it more than once?

24           A.    Yes.



Page 58

1          Q.     How about Mr. Nace?

2          A.     Yes.

3          Q.     Did either Mr. Pileggi, Mr.

4    Nace, or Mr. Hoover tell you what they

5    would do to ensure that you were not

6    working around something that was

7    dangerous to you?

8          A.     No.

9          Q.     They never expressed that?

10         A.     No.

11         Q.     Did they tell you -- did

12   anyone at REMCO tell you that you had the

13   option that if you thought that you were

14   being exposed to something that was

15   dangerous that you could stop working?

16         A.     Yes.

17         Q.     And how many times did they

18   tell you that during your two times of

19   employment there?

20         A.     I don't recall.

21         Q.     Was that something you

22   understood, though, that if you were on a

23   job site and you were working and you

24   sensed there was something in the air,



Page 59

1  something in the ground, something in the

2  water, or something you were being

3  exposed to that was hazardous, that you

4  could stop working and leave the site if

5  necessary?

6          A.    Yes.

7          Q.    Okay.  Was that part of the

8  training that REMCO gave you?

9          A.    Yes.

10         Q.    Okay.  When you started with

11 Worth at the beginning of your -- your

12 plumbing career, did you have any safety

13 classes?

14         A.    (No verbal response.)

15         Q.    Maybe that's a bad question.

16               When you started with Worth,

17 did they provide any safety training for

18 you?

19         A.    Yes.

20         Q.    And was it an OSHA-approved

21 training or could you tell what type of

22 training it was?

23         A.    I don't know.

24         Q.    Was it on video or in person



Page 60

1    or both?

2           A.     I don't remember.

3           Q.     Did they give you any books

4    or training manuals?

5           A.     I don't remember.

6           Q.     Okay.  All right.  We have to

7    ask these questions.  And you can say you

8    don't remember.  Sometimes we'll get a

9    whole series of those, but I need to find

10   out the -- the depth of your memory.

11   Okay?

12          A.     All right.

13          Q.     So at Worth, do you -- do you

14   have any of the documents still in your

15   possession from Worth?

16          A.     No.

17          Q.     All right.  So you don't have

18   any of your employment stuff or training

19   stuff or anything like that?

20          A.     No.

21          Q.     During the training at Worth,

22   did anyone talk to you about exposure to

23   chemicals?

24          A.     Not that I remember.



Page 61

```
 1          Q.      Okay.  Did anyone talk to you
 2    at Worth about exposure specifically to
 3    gasoline or diesel fuel?
 4          A.      Not that I remember.
 5          Q.      Okay.  At Worth & Company,
 6    what powered tools would you have used
 7    yourself?
 8          A.      Power tools?
 9          Q.      Yeah.
10          A.      Like, what do you mean, power
11    tools?
12          Q.      Like anything from a power
13    drill to, you know, a concrete cutter
14    to -- to anything.  Tell me what you
15    would use at Worth when you were the
16    apprentice kind of function.
17          A.      A drill, a chop saw.  That's
18    about it.
19          Q.      When you were the apprentice.
20          A.      Yes.
21          Q.      Chop saw, do you mean like a
22    miter saw?
23          A.      Yes.
24          Q.      Okay.  And that was electric,
```



Page 62

1   I assume?

2          A.     Yes.

3          Q.     And was that to cut pipe?

4          A.     Yes.

5          Q.     So when you were the

6   apprentice at Worth, did you cut the PVC

7   pipe?

8          A.     Yes.

9          Q.     Did you cut the copper pipe?

10         A.     Yes.

11         Q.     And would you also cut the

12  cast iron?

13         A.     Yes.

14         Q.     Okay.  So in terms of your

15  job, not -- you didn't just do the drops.

16  You would also -- the -- the journey

17  person, plumber would tell you, hey, I

18  need 66 inches of this PVC and you would

19  go cut it for them?

20         A.     Yes.

21         Q.     And bring it to them?

22         A.     Yes.

23         Q.     Now, would anyone have to mix

24  up the glue or the primer that was done



Page 63

1    for the PVC?

2            A.      No.

3            Q.      It came premixed?

4            A.      Yes.

5            Q.      Whose responsibility was it

6    to apply it to the pipes when you were an

7    apprentice at Worth?

8            A.      The mechanic.

9            Q.      Okay.  Were you present when

10   they would do it?

11           A.      Sometimes.

12           Q.      Okay.  And when you were at

13   Worth, did they have any gasoline-powered

14   tools on-site?

15           A.      Yes.

16           Q.      What gasoline-powered tools

17   would they have?

18           A.      Chop saw.

19           Q.      Okay.  So the chop saw --

20   I -- I thought the chop saw that you were

21   talking about was a -- was a miter saw

22   where you would put the pipe on it and

23   you would start it up and pull it down?

24           A.      Yeah.  We had one like that,



Page 64

```
 1    too, that was electric and one that was
 2    gas.
 3            Q.     Oh, okay.  I've never seen a
 4    gas one.  Okay.  All right.  So there was
 5    a gasoline-powered one.
 6            A.     Yes.
 7            Q.     Who would fill that up with
 8    gasoline when it needed to be refilled?
 9            A.     Whoever was using it when it
10    ran out.
11            Q.     Okay.  So would that be you
12    on occasion?
13            A.     Every now and then.
14            Q.     Okay.  What brand name was
15    that gasoline-powered miter saw?
16            A.     I don't know.
17            Q.     Okay.  Have you seen those
18    since?
19            A.     (No verbal response.)
20            Q.     Gasoline-powered ones?
21            A.     Yeah.
22            Q.     Did they have a -- did they
23    have a concrete saw at -- at Worth &
24    Company?
```



Page 65

```
 1          A.      We didn't do concrete
 2    cutting.
 3          Q.      You didn't.
 4          A.      No.
 5          Q.      Okay.  You'd hire a sub to do
 6    that?
 7          A.      Yeah.
 8          Q.      Any other gasoline-powered
 9    tools on-site when you were an apprentice
10    at Worth & Company other than the chop
11    saw?
12          A.      Not that I remember.
13          Q.      What about pumps?  Did you
14    have to run gasoline-powered pumps when
15    you were at Worth & Company?
16          A.      Not that I remember.
17              MR. LAMB:  Do you need to
18          take a break?  You all right?
19              THE COURT REPORTER:  I'm all
20          right.
21          Q.      When you would move -- at
22    Worth & Company, when you moved to become
23    more of a journeyman and you were out of
24    that apprentice stage for your last two
```



Page 66

```
 1   years, did you start using any tools that
 2   were gas powered other than the chop saw?
 3           A.      We didn't use many
 4   gas-powered tools.
 5           Q.      Okay.  When you moved on,
 6   your next employment then was with
 7   Urlich; right?
 8           A.      Yes.
 9           Q.      And when you moved on to
10   Urlich, did you use any gasoline-powered
11   tools?
12           A.      Every now and then.
13           Q.      And what would you use?
14           A.      The chop.
15           Q.      Okay.
16           A.      Chop saw.
17           Q.      Gasoline-powered chop saw?
18           A.      Yes.
19           Q.      Was that mounted on a -- you
20   know, on a horse or something or --
21           A.      No.
22           Q.      How was that --
23           A.      It's freestanding.
24           Q.      Freestanding.
```



1        Not portable.  You wouldn't

2    pick it up with your hands; right?

3        A.    Yes.

4        Q.    Oh.  You would?

5        A.    Yes.

6        Q.    Okay.  And could you -- what

7    would you -- how would you cut the pipe?

8    Would you put it in some kind of --

9    between two bricks or something or how

10   would you do it?

11       A.    Yeah.

12       Q.    Okay.  So you could literally

13   pick up a chop saw and chop right through

14   it.

15       A.    Yes.

16       Q.    Okay.  Did you use any

17   gasoline-powered pumps at Urlich?

18       A.    No.

19       Q.    When you moved on to REMCO,

20   were there any other gasoline or -- you

21   know, when I say gasoline powered, I'm

22   including diesel or a gasoline/oil

23   mixture.  You know, one cycle, two cycle,

24   however you want to define it.  Okay?



Page 68

```
1          A.     All right.

2          Q.     All right.  So when you moved

3  on to REMCO the first and second times

4  you were there, did you use any

5  gasoline-powered tools?

6          A.     Yes.

7          Q.     And what were those?

8          A.     A pump.

9          Q.     Okay.

10         A.     And a backhoe.

11         Q.     How about a skid steer?

12         A.     Yes.

13         Q.     The skid steer, is that

14  gasoline or diesel?

15         A.     Diesel.

16         Q.     How about the backhoe?

17         A.     Diesel.

18         Q.     And the pump?

19         A.     Gas.

20         Q.     Did you keep a

21  gasoline-powered pump in your truck when

22  you worked for REMCO?

23         A.     No.

24         Q.     Were you an operator such
```



Page 69

1    that you could operate the backhoe and

2    the skid steer?

3              A.    Yes.

4              Q.    And did you do that?

5              A.    Yes.

6              Q.    So were there jobs where you

7    would bring in the -- the backhoe and the

8    skid steer from REMCO's yard?

9              A.    Yes.

10             Q.    And as part of bringing in

11   the backhoe and skid steer to a

12   particular job site from REMCO's yard,

13   would you have to make sure that they

14   were fueled up in the morning?

15             A.    Yes.

16             Q.    And did REMCO have a gasoline

17   pump on-site that you could use or some

18   type of gasoline containers?

19             A.    No.

20             Q.    How would you get the skid

21   steer or backhoe gassed up in the

22   morning?

23             A.    Stop at a gas station.

24             Q.    Okay.  All right.  And then



Page 70

1   they -- would they be up on a -- on a
2   trailer?
3          A.     Yes.
4          Q.     So you would bring the diesel
5   pump handle up on the trailer and then
6   fill them up?
7          A.     Correct.
8          Q.     Okay.  All right.  When you
9   would do that, when you would fill up the
10  backhoe and the skid steer, did you ever
11  get gasoline on your hands or on -- on
12  you as you were doing it?
13         A.     No.
14         Q.     Did you ever smell the
15  gasoline as you were pumping it in?
16         A.     Yeah.
17         Q.     Okay.  Right.  I mean, you --
18  you're pumping the gas and it kind of
19  comes back on you a little bit and you
20  smell it sometimes?
21         A.     Yes.
22         Q.     Okay.  Same thing with the
23  diesel.  Could you smell that?
24         A.     Yes.



Page 71

1          Q.     The homes you lived in, how
2    were they heated?
3          A.     I don't remember.
4          Q.     Did any of the homes that
5    you've lived in, including the home you
6    live in right now on Diamond Street, are
7    any of them heated by oil heat?
8          A.     The Maxatawny house was.
9          Q.     How about your current home?
10   How is that heated?
11         A.     Electric.
12         Q.     Did you ever have to prime
13   the heater in the Maxatawny house?
14         A.     No.
15         Q.     Did you ever do any work on
16   the heater in the Maxatawny house?
17         A.     No.
18         Q.     Okay.  Did you ever get
19   involved with the oil delivery on the
20   Maxatawny house?
21         A.     No.
22         Q.     The house you grew up in, how
23   was that heated?
24         A.     Electric.



Page 72

```
 1            Q.      During your work at gas
 2    stations for REMCO during your first time
 3    at REMCO and your second time at REMCO,
 4    other than the incident we're here for
 5    today at the Pilot, were you ever exposed
 6    to any gasoline or diesel or oil or other
 7    chemicals that you know of?
 8            A.      No.
 9            Q.      Were you trained when you got
10    to Urlich?  Did they provide training for
11    you?
12            A.      Yes.
13            Q.      And what was the -- what was
14    that training?
15            A.      Safety.
16            Q.      Do you remember whether it
17    was a book, a DVD, classrooms, or a
18    combination?
19            A.      I don't remember.
20            Q.      Do you have any of the
21    materials still from Urlich?
22            A.      No.
23            Q.      During that training at
24    Urlich, did anyone talk to you about
```



Page 73

1   exposure to chemicals or liquids or fumes

2   or anything on job sites?

3          A.     No.  'Cause it was all new

4   construction.

5          Q.     Okay.  Do you have any -- do

6   you have any OSHA certifications?

7          A.     Like?

8          Q.     The OSHA 10-hour, the OSHA

9   40-hour?

10         A.     If anything, REMCO would have

11  that.

12         Q.     You have to talk --

13         A.     If anything, REMCO would have

14  that.

15         Q.     Do you know if you -- if you

16  went through any OSHA 10-hour or 30-hour

17  or 40-hour classes?

18         A.     Not that I remember.

19         Q.     Do you have any safety

20  certifications at all that you know of?

21         A.     We would go through them at

22  REMCO and they would keep them on file.

23         Q.     Okay.  But you don't know?

24         A.     I don't know.



Page 74

```
 1          Q.     The first time you started

 2   employment at REMCO, did you -- did you

 3   receive training?

 4          A.     Yes.

 5          Q.     And do you remember that

 6   training?

 7          A.     Yeah.

 8          Q.     Did you receive training the

 9   second time you started with REMCO?

10          A.     Yes.

11          Q.     Same training again or was it

12   different?

13          A.     I'm not exactly sure.

14          Q.     What do you remember from the

15   first training you received from REMCO?

16          A.     The first time?

17          Q.     Yes.

18          A.     Forklift safety, ladder

19   safety.

20          Q.     Anything else?

21          A.     Hazardous, like stuff for

22   spills and stuff.

23          Q.     You got to -- I'm sorry.  You

24   have to speak up.
```



Page 75

1          A.      For spills.  Like if you
2    spilled something.
3          Q.      So was that training for
4    hazardous substances?
5          A.      Like, yeah, if you spilled
6    something, cone it off, call somebody.
7          Q.      Okay.  And did they define to
8    you what a hazardous substance was during
9    that training?
10         A.      Not that I remember.
11         Q.      Okay.  Did they define to you
12   whether or not, you know, gasoline or
13   diesel would be a hazardous substance?
14         A.      Not that I remember.
15         Q.      Did you consider -- when --
16   when you were working for REMCO your
17   first time, did you consider gasoline or
18   diesel fuel to be a hazardous substance?
19              MR. LYNAM:  Objection to the
20         form.
21              You can answer.
22              THE WITNESS:  (Witness
23         indicating.)
24              MR. LYNAM:  You can answer.



Page 76

1        A.     I didn't think it was

2    hazardous.

3        Q.     Okay.  So the first time --

4    during your first time you were working

5    at REMCO, did you feel that it was safe

6    that you could have gasoline on your

7    hands and it wouldn't have any effect on

8    you?

9        A.     I wouldn't think it -- I

10   wouldn't have put it on my hands.

11       Q.     No.  But that's not -- that's

12   not my question.  If -- you know, if

13   you're filling up a machine or something,

14   you're filling up the skid steer or

15   you're filling up some other machine, the

16   pump or whatever, that takes gasoline and

17   you got gasoline on your hands while you

18   were doing it -- well, during your first

19   time at REMCO, did you consider that to

20   be something that was dangerous to you?

21       A.     No.  'Cause I would always

22   wear gloves when we filled up the

23   machine.

24       Q.     Okay.  So are you saying that



Page 77

1    during your first time at REMCO, all the

2    times you filled up machines of any sort

3    with gasoline, you never spilled any on

4    yourself?

5         A.    No.

6         Q.    You never did?

7         A.    No.

8         Q.    Okay.  How about in your

9    life, all the lawns you cut, all the

10   times you cut lawns?  Did you ever spill

11   any gasoline on yourself that you recall?

12        A.    I don't remember --

13             MR. LYNAM:  Object to the

14        form.

15             But go ahead.

16        A.    (Continued) I don't recall.

17        Q.    You don't recall if you did

18   or you didn't?

19        A.    I don't know.

20        Q.    So did you consider -- during

21   your first time with REMCO when you first

22   worked with them, did you consider

23   whether or not -- let me start again.

24             During the first time you



Page 78

1    worked with REMCO, did you consider

2    diesel fuel to be a hazardous substance?

3                MR. LYNAM:   Objection to the

4         form.

5                You can answer.

6         A.      I never really considered it.

7         Q.      Okay.  During your first time

8    with REMCO, had you ever read any -- any

9    type of document or anything that

10   indicated that diesel fuel or gasoline

11   could be a hazardous substance?

12        A.      On the pump where you pump

13   it.

14        Q.      Okay.  And what do you recall

15   those saying?

16        A.      It can cause explosion.

17        Q.      Okay.  Do you recall whether

18   they indicated at all whether there could

19   be any health effects from exposure to

20   diesel or gasoline?

21        A.      I don't remember what it --

22        Q.      Okay.  So during your first

23   time at REMCO, you did not consider

24   exposure to diesel or gasoline to be a



Page 79

1    safety issue.  Am I right or wrong?

2         A.    Well, it was a safety issue.

3         Q.    In terms of?

4         A.    You didn't want it on you.

5         Q.    And why not?

6         A.    'Cause it was a chemical.

7         Q.    And what could it do to you,

8    did you know?

9         A.    I don't know.

10        Q.    But you didn't want chemicals

11   on you.

12        A.    No.

13        Q.    Now, had you ever been in a

14   situation during your first time with

15   REMCO where you were exposed to any

16   chemicals?  Personally exposed, meaning

17   you were somewhere where you were exposed

18   to a chemical, whether it was in the air,

19   in the soil, in a fluid form?  Do you

20   recall that?

21             MR. LYNAM:  So when you say

22        exposed, do you mean that he -- he

23        breathed it in or he touched it

24        or --



Page 80

```
 1                   MR. LAMB:  I'll -- I'll --
 2         yeah.  I'll clarify.
 3                   Q.    (Continued)  Do you ever
 4    recall during your first time with REMCO
 5    being in a situation where there was a
 6    chemical as you describe it in a liquid
 7    form, in a vapor or air form or in soil
 8    or in any other form near you while you
 9    were working?
10                   A.    You would have the primer and
11    glue every now and then.
12                   Q.    Okay.  Other than that -- and
13    I don't mean the -- the -- I appreciate
14    that.  That's a good point.  But what I'm
15    saying is -- let me be more specific.
16                   Do you ever recall a time
17    during your first employment with REMCO
18    when you were around what you would
19    consider to be a chemical --
20                   A.    Not that I recall.
21                   Q.    Just let me finish.  I'll
22    start the question over.
23                   Do you ever recall a time
24    during your first employment with REMCO
```



Page 81

1    when you were exposed to a chemical that

2    was not a chemical you were using in your

3    plumbing processes?

4          A.    No.

5          Q.    Okay.  So are we -- am I to

6    understand then that during your first

7    time of employment with REMCO, you never

8    had to stop work because of the presence

9    of some chemical in the area?

10          A.    Correct.

11                MR. LAMB:  All right.  Let's

12          take a break.  We're running out of

13          tape.

14                THE VIDEOGRAPHER:  Now going

15          off the record.  The time is 11:04.

16                      -   -   -

17                (Whereupon, a brief recess

18          was taken.)

19                      -   -   -

20                THE VIDEOGRAPHER:  Now back

21          on the record.  The time is 11:07

22          a.m.

23    BY MR. LAMB:

24          Q.    Why did you leave your



Page 82

```
 1    employment with REMCO the first time?

 2          A.     I thought I had better

 3    options.

 4          Q.     And where did you go?

 5          A.     Elek.

 6          Q.     (Counsel indicating.)

 7          A.     Elek.

 8          Q.     Could you spell that, please?

 9          A.     E-L-E-K.

10          Q.     And how long did you -- when

11    you said better options, what do you mean

12    by better options?

13          A.     More pay.

14          Q.     Okay.  And how long were you

15    with Elek?

16          A.     A year.

17          Q.     And why did you leave there?

18          A.     Just wasn't what I thought it

19    was.

20          Q.     What do you mean?

21          A.     Wasn't employment -- what I

22    wanted to do.

23          Q.     What did do you at Elek?

24          A.     Service.
```



```
 1          Q.      And what did Elek basically

 2    service?  What type of businesses?

 3          A.      Residential, commercial.

 4          Q.      Did Elek service any gas

 5    stations?

 6          A.      No.

 7          Q.      Did you service any chemical

 8    plants?

 9          A.      No.

10          Q.      Did you service anywhere

11    that -- that there were chemicals or

12    substances like that when you worked with

13    Elek?

14          A.      No.

15          Q.      Who owns Elek, do you know?

16          A.      I forget his name.

17          Q.      All right.  And then you went

18    back to REMCO?

19          A.      Yes.

20          Q.      So when you returned to the

21    REMCO for the second time, you had to

22    undergo training again.

23          A.      Yes.

24          Q.      And was that 2013; right?
```



Page 84

```
 1          A.     I don't recall exactly.

 2          Q.     Well, was it the year before

 3   you worked at the Pilot that you went

 4   back to REMCO?

 5          A.     Yes.

 6          Q.     And we know the work you did

 7   at the Pilot was in 2014?

 8          A.     Yes.

 9          Q.     So -- okay.  And when you

10   went back to REMCO, what was your

11   position?

12          A.     Plumber.  Service plumber.

13          Q.     And you went through all the

14   training again?

15          A.     Yes.

16          Q.     There was an interesting

17   reference in some of the records.

18   Someone said that you drink a lot of

19   Pepsi.  Or you used to drink a lot of

20   Pepsi?

21          A.     Correct.

22          Q.     So tell me -- tell me how

23   much Pepsi you used to drink.  Do you

24   still drink it?
```



1          A.      No.

2          Q.      Why not?

3          A.      I can't.

4          Q.      Why not?

5          A.      'Cause of my kidney failure.

6          Q.      Okay.  Tell me -- explain to

7     me what -- why that it is that you can't

8     drink Pepsi.

9          A.      Soda has phosphorus in it and

10    your kidneys break down the phosphorus

11    and take it to your -- your urine.  My

12    kidneys no longer do that.

13         Q.      Okay.  When did you start

14    drinking Pepsi?

15         A.      Teenager, maybe.

16         Q.      Okay.  I got the

17    impression -- someone -- I don't know if

18    it was in a record or a prior deposition.

19    Someone said you drank Pepsi like every

20    day.

21         A.      Yes.

22         Q.      Okay.  How much would you

23    drink in your 20s, say?  How -- how much

24    Pepsi would you drink each day?



Page 86

```
 1            A.     I don't recall.  I don't --
 2            Q.     Would you stop and get, you
 3    know, Pepsis -- would you drink Coke ever
 4    or just Pepsi?
 5            A.     What -- Coke, Pepsi, Sprite.
 6            Q.     Okay.  Did you drink coffee
 7    in the morning or would you drink Pepsi?
 8            A.     Pepsi.
 9            Q.     Okay.  So you were like me.
10    You didn't drink coffee.  You drank
11    diet -- or soda or diet soda to get that
12    caffeine kick?
13            A.     Yes.
14            Q.     Okay.  And did you ever drink
15    diet or would you always drink regular?
16            A.     Just regular.
17            Q.     All right.  And so you would
18    start the morning out by getting a Pepsi.
19    Would it be a fountain or would you grab
20    a can from your fridge or a bottle from
21    your fridge?  How would you --
22            A.     A bottle.
23            Q.     From your fridge?
24            A.     From Wawa.
```


MAGNA
LEGAL SERVICES

Page 87

```
 1          Q.     Okay.  12 ounce?  24 ounce?
 2   What size?
 3          A.     24 ounce.  Whatever I
 4   grabbed.
 5          Q.     And what would you do at --
 6   would you get another one at lunchtime?
 7          A.     Yes.
 8          Q.     And what size?
 9          A.     Whatever was in the cooler at
10   the Wawa or whatever station I went to.
11          Q.     Okay.  And then would you
12   drink more after lunch on a typical day?
13          A.     Sometimes.
14          Q.     Would you have Pepsi with
15   dinner?
16          A.     Sometimes.
17          Q.     And did you keep, like,
18   2-liter bottles of it at home or how
19   would you drink it at home?
20          A.     I would just buy one from the
21   store, like a 20 ounce or whatever.
22          Q.     Okay.  And bring it home with
23   you?
24          A.     Yes.
```



Page 88

1          Q.     But I mean, did you ever --
2    when you would do the food shopping or
3    when your wife would do the food
4    shopping, would you buy it then too?
5          A.     Yes.
6          Q.     Okay.  Were you ever
7    diagnosed with diabetes?
8          A.     No.
9          Q.     Never?
10         A.     Never.
11         Q.     Do your parents -- what's
12   your parents' health like?
13         A.     Perfect.
14         Q.     The -- neither one has
15   diabetes?
16         A.     No.
17         Q.     Did either one of your
18   parents ever have any kidney issues?
19         A.     No.
20         Q.     Did any doctor -- well, let
21   me -- did you ever discuss with any
22   doctor any link between your kidney
23   issues and drinking all that Pepsi?
24         A.     No.



Page 89

1          Q.     No doctor suggested that

2    could be a cause.

3          A.     No.

4          Q.     Did you ever tell the doctor

5    how much Pepsi you drank?

6          A.     Yes.

7          Q.     Okay.  Did you -- do you

8    drink alcohol now?

9          A.     On occasion.

10          Q.     And how about before your

11    work in March 2014 at Pilot?  Were you --

12    did you drink alcohol?

13          A.     On occasion.

14          Q.     And what does that mean for

15    you, on occasion?

16          A.     Every now and then.  Like

17    when we'd go out to eat maybe.

18          Q.     Okay.  All right.  You would

19    not have a drink each night or anything

20    like that.

21          A.     No.

22          Q.     Okay.  Other than the Pepsi,

23    was there any other food or beverage or

24    anything that you would consume every day



Page 90

1    that you kind of regularly consumed?

2         A.    Water.

3         Q.    Okay.  I mean, we all drink

4    water.  Did you drink a lot of water?

5         A.    No.

6         Q.    Okay.  Prior to 2014, did you

7    ever have any kidney issues?

8         A.    No.

9         Q.    Okay.  At any time in your

10   life, had you had any kidney issues

11   before 2014?

12        A.    Not that... not that I was

13   aware of anything.

14        Q.    Okay.  Did you have any other

15   physical issues or physical problems

16   before March of 2014 other than your

17   broken foot?

18        A.    No.

19        Q.    Were you exercising regularly

20   in 2013?

21        A.    I was working.  I wasn't,

22   like, working out at a gym or anything.

23        Q.    Well, that's what I was

24   asking.  Did you go to a gym?



Page 91

```
 1          A.      No.

 2          Q.      Okay.  And how much did you

 3   weigh in 2013?

 4          A.      (No verbal response.)

 5          Q.      About the same that you weigh

 6   now?

 7          A.      No.

 8          Q.      More?

 9          A.      Yes.

10          Q.      How much more?

11          A.      Right now, I was about 20

12   pounds more.

13          Q.      And how much do you weigh

14   right now?

15          A.      143.

16          Q.      So you were about 163?

17          A.      Yeah.

18          Q.      I see you have tattoos --

19          A.      Correct.

20          Q.      -- on your hands.

21                  When did you start getting

22   tattoos?

23          A.      When I was 18.

24          Q.      Okay.  And when's the last
```


MAGNA
LEGAL SERVICES

Page 92

1    time you got a tattoo?

2           A.    I don't remember what year it

3    was.

4           Q.    Okay.  Was it within the last

5    five years?

6           A.    Yes.

7           Q.    Within the last three years?

8           A.    No.

9           Q.    All right.  How many tattoos

10   would you say you have or how -- just

11   describe to me how much of your body is

12   covered in tattoos.

13          A.    My arm.

14          Q.    Your arm.

15                Right arm?

16          A.    Yes.

17          Q.    How about your left arm?

18          A.    No.

19          Q.    Okay.  And they're only on

20   your right arm?

21          A.    No.

22          Q.    Where else?

23          A.    My back.

24          Q.    Okay.  How much of your back



Page 93

```
 1    is covered?

 2            A.     Just my shoulder.

 3            Q.     And did you always get them

 4    done at the same place?

 5            A.     No.

 6            Q.     Where would you -- where --

 7    where have you gotten them done at?

 8            A.     The majority of them were

 9    done at the same place.

10            Q.     And what's the name of that?

11            A.     Zimar's.

12            Q.     (Counsel indicating.)

13            A.     Zimar's.

14            Q.     Are they still in business?

15            A.     I think.

16            Q.     And where are they at?

17            A.     Kutztown.

18            Q.     Where did you get the other

19    ones?

20            A.     I forget the name of it.

21    Pappy's Place.

22            Q.     Did you ever get any when you

23    were out of the country?

24            A.     No.
```



Page 94

```
 1         Q.      Have you been out of the
 2    country in the last five years?
 3         A.      No.
 4         Q.      Are your children healthy?
 5         A.      Yes.
 6         Q.      Any problems -- no problems
 7    with them?
 8         A.      No problems.
 9         Q.      Any -- do you have brothers
10    and sisters?
11         A.      Yes.
12         Q.      And how many brothers and
13    sisters?
14         A.      One brother.
15         Q.      Where does he live?
16         A.      At my parents' house.
17         Q.      How old is he?
18         A.      35, 36.
19         Q.      And what's his name?
20         A.      Tommy.
21         Q.      Marino?
22         A.      Yes.
23         Q.      And is he healthy?
24         A.      He's handicapped.
```



Page 95

```
 1          Q.     Okay.  And -- and what type
 2   of handicap?
 3          A.     He was choked when he was
 4   born by the umbilical cord.
 5          Q.     Okay.  So is he mentally
 6   handicapped in some fashion?
 7          A.     Yes.
 8          Q.     Okay.  How about his physical
 9   health?
10          A.     (No verbal response.)
11          Q.     Is he physically healthy?
12          A.     Yeah.
13          Q.     Okay.  You know, his body
14   constitution, the whole thing --
15          A.     Yeah.  It's fine.
16          Q.     Okay.  Has any doctor told
17   you that your kidney condition is related
18   to work you did at REMCO?
19          A.     Meaning?
20          Q.     Meaning have you spoken with
21   any doctor who has said to you your
22   kidney condition that you have right now
23   is related to work you did at REMCO?
24          A.     I had some doctor, yes.
```



Page 96

```
 1          Q.      Who was that?
 2          A.      It was the -- in the
 3     hospital.
 4          Q.      Which hospital?
 5          A.      St. Luke's.
 6          Q.      Okay.  When was that?
 7          A.      When I was in the hospital.
 8          Q.      Yeah.  Was it in April or May
 9     when you were in the hospital --
10          A.      May.
11          Q.      I'm just trying to get an
12     idea of what -- when that was.  That was
13     in May --
14          A.      May.
15          Q.      And who -- do you know who
16     the doctor was or what type of doctor
17     they were?
18          A.      I don't remember.
19          Q.      Was it in a meeting or was it
20     something they said in the room to you
21     just while they were talking to you about
22     other stuff or was this a diagnosis they
23     gave you?  Explain to me what happened.
24          A.      I don't remember much from
```



Page 97

1    the hospital.

2          Q.    Okay.  Tell me what you

3    remember about this, though.

4          A.    I just remember them saying

5    that it looks like you were exposed to

6    something.

7          Q.    All right.  And was it a male

8    or female doctor?

9          A.    A male.

10         Q.    White or black or Asian or

11   what race?

12         A.    I don't remember.

13         Q.    Were you awake when it was

14   said?  Like were you as with it as you --

15              MR. LYNAM:  I'm going to

16         object to the form.

17         Q.    -- are now or what -- were

18   you, you know, under the effects of some

19   type of medication?  What kind -- what

20   was your medical state?

21              MR. LYNAM:  Object to the

22         form.  I -- I don't understand how

23         he could possibly answer that

24         because if his mental state was



Page 98

```
1          impaired, how's he going to -- I --
2          it makes no sense.
3                  MR. LAMB:  Well, I mean, you
4          can hear stuff when you're not
5          totally conscious is what I am
6          saying.  I mean, like, if you're
7          coming out of surgery or
8          something --
9                  MR. LYNAM:  I don't -- I
10         don't understand how you want him
11         to assess his state because if --
12         if there was something --
13                 MR. LAMB:  Because he --
14                 MR. LYNAM:  -- wrong with his
15         mental state, he would not be in a
16         position to be able to make that
17         assessment.
18                 MR. LAMB:  If you -- if you
19         have a couple beers, you know your
20         assessments.
21                 MR. LYNAM:  If you can answer
22         it...
23    BY MR. LAMB:
24         Q.    Yeah.  So what I'm asking is:
```



Page 99

1    When you heard that, do you know

2    whether -- what mental state you were in,

3    how conscious you were or anything like

4    that?

5            A.      I don't remember.

6            Q.      Okay.  Did you respond to it

7    when they said it to you?

8            A.      I don't remember.

9            Q.      Okay.  Did you ever -- when

10   you were admitted -- or when you saw

11   doctors in April and May, June, July,

12   August of 2014, did you say to any of

13   them, I was exposed to something or -- at

14   any time?  Did you ever tell any of the

15   doctors that?

16           A.      I told them about a job that

17   I was on.

18           Q.      Which job?

19           A.      The Pilot job.

20           Q.      And what did you tell them?

21           A.      That we were doing a dig

22   there.  But that was the only thing.

23           Q.      Did you tell them that you

24   were exposed to some chemical?



Page 100

1          A.     No.

2          Q.     Did they ask you anything

3     about that?

4          A.     No.

5          Q.     Did you ever, you know, from

6     March until now, last March until now,

7     ever provide any doctors with any

8     information about the work you were

9     doing?

10         A.     I just told them I was a

11    plumber.

12         Q.     Okay.  Did you ever tell any

13    doctors who were treating you that you

14    thought you were exposed to chemicals?

15         A.     Not that I thought I was, no.

16         Q.     Okay.  And other than that

17    one indication that you just gave me

18    about a doctor saying something, has any

19    doctor sat you down and said, this is why

20    you're having kidney problems?

21         A.     I haven't really -- I haven't

22    been really going on that.  I've been

23    just doing the dialysis.

24         Q.     Do you have a nephrologist



Page 101

1   you treat with?

2        A.     Yes.

3        Q.     A kidney doctor?

4               Who's that?

5        A.     Dr. Lipson.

6        Q.     And how often do you see Dr.

7   Lipson?

8        A.     Whenever she shows up at

9   dialysis.

10       Q.     Okay.  I guess how often do

11   you have appointments to see her?

12       A.     I don't have appointments.

13       Q.     You don't have appointments

14   to see her.

15       A.     No.

16       Q.     When she shows up at dialysis

17   as you've put it, do you have a chance to

18   talk to her?

19       A.     If you want to.

20       Q.     Okay.  And have you taken

21   those opportunities over the last year to

22   talk to her?

23       A.     When I was new to dialysis.

24       Q.     Okay.  Have you ever asked



Page 102

1    her why this happened?

2          A.     Yeah.

3          Q.     And when was that?  When did

4    you ask her?

5          A.     Right in the beginning.

6          Q.     And was that part of a

7    meeting you were having with her?

8          A.     No.

9          Q.     Where would -- where did that

10   conversation take place?

11         A.     I was sitting in a dialysis

12   chair --

13         Q.     Okay.

14         A.     -- and she came in.

15         Q.     And she greeted you, I guess;

16   right?

17         A.     Yes.

18         Q.     You greeted her.

19         A.     Correct.

20         Q.     And then did you have a

21   conversation or was that the first

22   question you asked?

23         A.     No.  We had a conversation.

24         Q.     Okay.  And when you -- did



Page 103

1    you -- what were -- what was your

2    question that you asked her?

3            A.      Why did this happen.

4            Q.      And what did she say?

5            A.      And she looked at my files.

6            Q.      Did she answer your question?

7            A.      Yes.

8            Q.      And what did she say?

9            A.      She said you were exposed to

10    something.

11            Q.      Did she say when you were

12    exposed to something?

13            A.      No.

14            Q.      Did you suggest to her when

15    you were exposed to something?

16            A.      No.

17            Q.      So that's all she said, you

18    were exposed to something?

19            A.      Yes.

20            Q.      To you, did that mean -- did

21    you -- she give you any indication as to

22    when you were exposed to that something

23    or what it was or anything?

24            A.      No.



Page 104

1          Q.     And that was the end of the

2    conversation?

3          A.     Well, she went on about my

4    levels and stuff like that.

5          Q.     Your -- what levels?

6          A.     My adequacy and the general

7    dialysis stuff.

8          Q.     Okay.  Did you ask her any

9    follow-up questions about why this

10   happened?

11         A.     No.

12         Q.     Have you spoken to any other

13   doctor about why your kidneys are in the

14   shape they're in and why -- why -- why

15   you've had kidney issues?

16         A.     Not that I can remember.

17         Q.     Okay.  Did you agree with Dr.

18   Lipson when she said that you were

19   exposed to something or disagree?

20             MR. LYNAM:  Objection to

21         form.

22         Q.     (Continued)  Like when she

23   said you were exposed to something, did

24   that make sense to you?



Page 105

```
 1          A.      Well, yeah.

 2          Q.      Okay.  And what do you

 3  believe it was that you were exposed to?

 4          A.      I didn't know at the time.

 5          Q.      Okay.  Do you know now?

 6          A.      Yes.

 7          Q.      And how do you know now?

 8               MR. LYNAM:  He's not

 9          answering that question.  Well,

10          let -- let me say it this way --

11          Q.      I don't want to talk to you

12  about anything that your attorneys have

13  talked --

14               MR. LYNAM:  Anything that --

15          Q.      -- to you about, that's

16  confidential.

17               MR. LYNAM:  Anything that we

18          talk about is -- is not what he's

19          asking.  He's not trying to get

20          that out of you.

21               MR. LAMB:  No.

22               MR. LYNAM:  Anything that

23          we've discussed regarding anything

24          at all.  Okay?  He's asking for a
```



Page 106

1          source outside of our conversations
2          or anything we've done, that Lenny
3          and I have done regarding the
4          medical stuff.
5                  THE WITNESS:  All right.
6                  MR. LYNAM:  So if you know
7          from another source, you can tell
8          him.
9                  MR. LAMB:  I forget the --
10         can you scroll back to the
11         question?
12                  -   -   -
13         (Whereupon, the pertinent
14         portion of the record was read.)
15                  -   -   -
16   BY MR. LAMB:
17         Q.    So without revealing anything
18   that your attorneys have told you, do you
19   have any independent knowledge of what
20   you were exposed to?
21         A.    No.
22         Q.    Before you got to REMCO, the
23   first time you worked at REMCO, had you
24   ever worn rubber boots to do any plumbing



Page 107

1    work or construction work or anything?

2          A.     No.

3          Q.     When you worked at REMCO

4    during your first time there, did you

5    wear rubber boots ever on a -- on a job

6    site?

7          A.     Not that I remember.

8          Q.     Did you ever wear waders on a

9    job site?

10         A.     Not that I remember.

11         Q.     Did you own a pair of rubber

12   boots?  Kind of like boots you would put

13   on over your work boots or boots you

14   would put on if you were going to be

15   exposed to, like, a wet area or something

16   like that?

17         A.     For concrete.

18         Q.     Okay.  You had a pair of

19   concrete boots?

20         A.     Yes.

21         Q.     And describe them to me if

22   you would.

23         A.     They slide over your boots

24   and they're about that high up off your



Page 108

```
 1    boot -- (Witness indicating).
 2           Q.     Okay.  When -- and different
 3    people wear different height boots.
 4           A.     Yes.
 5           Q.     So let me ask that.  What
 6    height boot did you typically wear --
 7           A.     Over the ankle.
 8           Q.     So like an 8-inch or a
 9    10-inch?
10           A.     Roughly.
11           Q.     Okay.  And these would go a
12    couple inches above your regular work
13    boot?
14           A.     Correct.
15           Q.     So did you keep those in your
16    truck with you when you worked at REMCO?
17           A.     No.
18           Q.     Where did you keep them?
19           A.     In my garage.
20           Q.     Okay.  Your -- during your
21    first time with REMCO, had you ever gone
22    to a job where there was water or some
23    other liquid present in the area where
24    you had to work?
```



Page 109

```
 1            A.      What do you mean, liquid?
 2            Q.      Sure.  Any type -- I mean,
 3    I -- I don't want to just say water
 4    because maybe, you know, it's muddy water
 5    or some other type of water.  So I'm
 6    trying to be as broad as possible.
 7                    So what I'm saying is, during
 8    your first time you worked with REMCO,
 9    did you ever get to a place to work
10    where, you know, maybe it's a basement
11    and there's a lot of water standing in
12    the basement or maybe it's a -- it's a
13    hole that was dug and there was water in
14    the hole.  Did you ever encounter those
15    circumstances?
16            A.      Yes.
17            Q.      So what would you do in those
18    circumstances to keep yourself dry?
19            A.      Pump the water out.
20            Q.      Okay.  And what if you -- you
21    know, what if even after you pumped the
22    water out, there was still some mud or
23    some water around?  What would you do to
24    keep yourself dry?
```



Page 110

1          A.     You dealt with it.

2          Q.     Okay.  What do you mean, you

3   dealt with it?

4          A.     You pumped as much water out

5   as possible and you had to get in there

6   and fix it.

7          Q.     Okay.  And did other plumbers

8   you worked with at REMCO have rubber

9   boots that they would wear or --

10          A.     Some did.  Some didn't.

11          Q.     Okay.  Did other plumbers you

12   worked with at REMCO have waders that

13   they would wear?

14          A.     Never seen anybody wear

15   waders.

16          Q.     Okay.  You know what waders

17   are; right?

18          A.     Yes.

19          Q.     Okay.  And did you ever ask

20   REMCO if you could have, like, rubber

21   boots to wear on a job site?

22          A.     If we needed them.

23          Q.     So as I understand it, at the

24   time that you were working at Pilot, the



Page 111

1    weather was March?

2          A.    Correct.

3          Q.    It was cold; right?

4          A.    Correct.

5          Q.    I think it was in the 30s.

6          A.    Yes.

7          Q.    And at some point, you are

8    alleging that your work clothes got

9    wet --

10         A.    Correct.

11         Q.    -- right?

12               So I guess my question is:

13   Why didn't you make some provisions so

14   that your work clothes didn't have to get

15   wet on that job site?

16         A.    'Cause you just did the job.

17         Q.    But I don't understand.  Was

18   there -- was there a way when you were

19   there at that job site that you could

20   have avoided getting wet?

21         A.    Not really.

22         Q.    What made -- how did you

23   get -- why did you get wet when you were

24   working at Pilot?



Page 112

```
 1          A.      When I went in the pit.

 2          Q.      Okay.  And what day was that

 3     that you got wet?

 4          A.      I don't remember the exact

 5     day.

 6          Q.      Okay.  Well, we have it that

 7     you worked first on a Friday is when you

 8     guys did some excavation, it sounded

 9     like.  And then you worked -- came back

10     on a Monday and then worked Tuesday and

11     Wednesday.  And I believe Wednesday was

12     the last day.  The record will bear me

13     out, but I think Wednesday was the last

14     day.

15               THE COURT REPORTER:  (Court

16          reporter indicating.)

17               MR. LAMB:  Okay.  Just give

18          me one second.

19               The court reporter needs to

20          replug in somewhere.

21               THE VIDEOGRAPHER:  Off the

22          record.

23                    -   -   -

24               (Whereupon, a discussion was
```



Page 113

```
 1              held off the record.)

 2                     -   -   -

 3              THE VIDEOGRAPHER:  Now back

 4       on the record.  The time is 11:29

 5       a.m.

 6  BY MR. LAMB:

 7       Q.     So I'm going to restate kind

 8  of what was asked of you.  So we have it

 9  that you guys worked on a Friday -- you

10  guys meaning the crew from REMCO --

11  Friday, Monday, Tuesday, Wednesday.  Do

12  you remember which of those days you were

13  exposed to water that got you wet?

14              MR. LYNAM:  Objection to the

15       form.

16       You can answer.

17       A.     Friday.

18       Q.     Okay.  Any other days?

19       A.     All of the other days.

20       Q.     So is it your testimony that

21  on Friday, Monday, Tuesday, and

22  Wednesday, you were exposed to water on

23  that job site?

24       A.     Correct.
```



1          Q.     Okay.  And I guess we'll get

2     into that more specifically.  But after

3     the first day it happened, why didn't you

4     make some provisions so that you didn't

5     have to get wet the next day?

6          A.     I did.

7          Q.     What did you do?

8          A.     I brought a pump.

9          Q.     Okay.  And was that on

10    Monday?

11         A.     Yes.

12         Q.     And what kind of pump was it?

13         A.     Just a plug-in pump.  Sump

14    pump.

15         Q.     Okay.  And where did you plug

16    that in at?

17         A.     To my extension cord.

18         Q.     And where was that plugged

19    into?

20         A.     To the island.

21         Q.     Okay.  And did -- was that

22    able to pump out the liquid that was in

23    the excavation on Monday?

24         A.     Not all of it.



Page 115

1          Q.      Was there another pump that

2    was used on Friday?

3          A.      (No verbal response.)

4          Q.      Did Mr. Noone use a

5    gasoline-powered pump on Friday?

6          A.      No.

7          Q.      You don't recall that?

8          A.      Not that I recall.

9          Q.      Okay.  Did -- did anyone pump

10   out the excavation on Friday?

11         A.      Not that I recall.

12         Q.      Okay.  So on Monday, you

13   pumped out the excavation.

14         A.      Correct.

15         Q.      With your own pump?

16         A.      Company-issued.

17         Q.      Oh.  A company pump.

18         A.      Yes.

19         Q.      Okay.  Did the company

20   provide you with a gasoline-powered pump,

21   too?

22         A.      I don't remember.

23         Q.      So this pump, how big was it?

24   What was it -- what were its, you know,



Page 116

1    specifications?

2           A.      I don't know.  It was a slot

3    pump.

4           Q.      (Counsel indicating.)

5           A.      Just like a slot pump.

6           Q.      Okay.

7           A.      You just put it in and it

8    would pump out.  I don't know --

9           Q.      You don't -- you don't --

10          A.      -- how much gallons per

11   minute it was.

12          Q.      Was it a pump that was just

13   submersible?

14          A.      Yes.

15          Q.      Okay.  And it had a -- an

16   exit tube coming out of it?

17          A.      Yes.

18          Q.      And the water you pumped out

19   of the hole, where did you pump it to?

20          A.      Storm drain.

21          Q.      And how far away was that?

22          A.      10, 15 feet.

23          Q.      Was it a classic graded storm

24   drain, do you mean?


MAGNA
LEGAL SERVICES

Page 117

```
 1          A.      Correct.

 2          Q.      Okay.   Like a sewer drain.

 3          A.      Yes.

 4          Q.      Okay.   And how long did it

 5     take to pump out the excavation on Monday

 6     with that pump?

 7          A.      I --

 8                  MR. LYNAM:   Objection to

 9          form.

10                  Go ahead.   Explain it to him.

11          A.      It ran until it burned up.

12          Q.      Until the pump burned up.

13          A.      Yeah.

14          Q.      Was all the water out at that

15     point?

16          A.      No.

17          Q.      How long -- how much time did

18     it take until the bump burnt out?

19          A.      About a half a day, if that.

20          Q.      And while that was running,

21     were you in the excavation?

22          A.      Yes.

23          Q.      What were you doing during

24     that time?
```



Page 118

```
 1          A.      Digging.
 2          Q.      Why were you still digging on
 3     Monday; in other words, I had -- Mr.
 4     Noone had said that -- that you had a
 5     backhoe in and shovels in on Friday.
 6                  MR. LYNAM:  Objection to the
 7          form.
 8                  You can answer.  You can
 9          explain.
10          A.      We backfilled it.
11          Q.      On Friday.
12          A.      On Friday.  Came back on
13     Monday.
14          Q.      And you had to reexcavate?
15          A.      Yes.
16          Q.      Was it easier to excavate on
17     Monday because the soil had been loosened
18     on Friday?
19          A.      Yes.
20          Q.      How long were you digging on
21     Monday?
22          A.      All day.
23          Q.      It took all day?
24          A.      Yes.
```



Page 119

1          Q.     Why did -- I don't mean this

2    in a smart way.  I'm just curious.  Why

3    did it take all day to dig that out?

4          A.     'Cause you had to watch where

5    you're digging.

6          Q.     Explain to me what you mean.

7          A.     You didn't want to ruin the

8    waterline further than it was.

9          Q.     The pipe.

10         A.     Yes.

11         Q.     So when you say all day

12   digging, how many hours is that?

13         A.     I don't remember.

14         Q.     No.  I mean, what is all day

15   to you back then on Monday -- on that

16   Monday?  Was that eight hours digging?

17   Six?

18         A.     Eight, nine.

19         Q.     Okay.  Did you have any

20   assistance on that Monday in digging?

21         A.     Yes.

22         Q.     Who helped you out?

23         A.     Tim.

24         Q.     Okay.  What's Tim's last name



Page 120

1    again?  I'm sorry.  I forget.

2          A.     Parise.

3          Q.     Now, was he an apprentice

4    plumber?

5          A.     Yes.

6          Q.     So why would you as the

7    journeyman be doing the digging as

8    opposed to him?

9          A.     That's how I always was.

10          Q.     What do you mean?

11          A.     I always did the work.

12          Q.     And what was he doing all day

13   Monday then?

14          A.     Handing me stuff.

15          Q.     Like what?

16          A.     Tools.

17          Q.     What tools did you need to

18   dig other than the shovel?

19          A.     Shovel, digging bar, little

20   shovels.

21          Q.     Like, what's a little shovel?

22   Like a hand trowel?

23          A.     Yes.

24          Q.     How big was the excavation



1    from side to side and, say, end to end?

2         A.    I don't know exactly.

3         Q.    Roughly.

4         A.    9 feet by 9 feet.

5         Q.    Okay.  And how deep was it on

6    Monday?

7         A.    I don't know the exact

8    amount.

9         Q.    When you -- on Monday when

10   you were finished excavating at the end

11   of the day with your shovel and you were

12   standing in the bottom of the excavation,

13   was the ground level at your shoulders,

14   your waist, your head?  Where was the

15   ground level?

16        A.    About my head.

17        Q.    About your head.

18              And how tall are you?

19        A.    5'9".

20        Q.    So it was shorter than 5'9",

21   the depth.

22        A.    Roughly, yes.

23        Q.    So it's your testimony that

24   the only work you did on Monday there was



Page 122

1    to dig.

2          A.    What I remember, yes.

3          Q.    While you were digging, how

4    deep was the water that was in the

5    excavation?

6                MR. LYNAM:  Objection to the

7          form.

8                You keep calling it water.

9          Just liquid or --

10               MR. LAMB:  Water.  I'll call

11         it liquid.  That's fine.

12         Q.    (Continued) While you were

13   digging, how deep was the liquid that was

14   in the excavation?

15         A.    To my knees.

16         Q.    For the entire day?

17         A.    Yes.

18         Q.    On Monday, did you know

19   any -- could you tell what this liquid

20   was?

21         A.    Not that I remember, no.

22         Q.    At any time on Monday, did

23   you notice any -- anything peculiar or

24   particular about the liquid?



Page 123

1          A.      No.

2          Q.      Did the liquid that -- that

3    was in the -- in the excavation on Monday

4    that was up to your knees have any smell?

5          A.      No.  It didn't have a smell.

6          Q.      What -- did it have any

7    particular appearance?  Was it clear?

8    Was it muddy?

9          A.      It was muddy, dark.

10         Q.      Okay.  Did it have a sheen on

11   it?

12         A.      What's sheen?

13         Q.      Okay.  The liquid that you

14   were -- that was in the excavation while

15   you were digging on Monday, did if have

16   any type of coating on the top of it?

17         A.      Like?

18         Q.      Any type of coating at all

19   that -- that would seem not to be water.

20         A.      Not that I can remember.

21         Q.      Okay.  Have you ever seen

22   oil, like motor oil, on water?

23         A.      Yes.

24         Q.      All right.  And you know how



Page 124

1      it kind of has that sheen on it, which

2      is, like, rainbowy and kind of colors

3      and -- looks like?

4             A.    Yes.

5             Q.    Did you ever see that in the

6      liquid on Monday?  Anything similar to

7      that?

8             A.    Not that I remember.

9             Q.    Okay.  Do you know if what

10     you were standing in on Monday was

11     anything other than water and mud?

12            A.    No.

13            Q.    You don't know.

14            A.    Don't know.

15            Q.    Did anyone take a sample of

16     it?

17            MR. LYNAM:  Objection to

18            form.

19            Q.    (Continued)  Did anyone --

20     I'm sorry.  Did anyone take a sample of

21     the liquid you were standing in on

22     Monday?

23            A.    Not that I know of.

24            Q.    Okay.  Do you know where that



Page 125

1    liquid came from?

2         A.    No.

3         Q.    When you got back on Monday

4    to the job site, was the -- the -- was

5    the excavation fully filled in up to

6    ground level?

7         A.    Yes.

8         Q.    Was there any covering on top

9    of it?

10        A.    The excavator.

11        Q.    The actual physical excavator

12   was on top of it?

13        A.    Yeah.

14        Q.    Okay.  But what I was looking

15   for, was there a plate or plywood on top

16   of it or anything like that?

17        A.    I don't remember.

18        Q.    Okay.  And when you started

19   the day with Mr. Parise, what's the first

20   thing you guys did when you got there

21   Monday?

22        A.    Set up.

23        Q.    What does setup entail?

24        A.    Getting our tools out,



Page 126

```
 1   start -- start the excavator, log into
 2   the kiosk.
 3         Q.    Okay.  The excavator was
 4   there still.
 5         A.    Yes.
 6         Q.    And you knew how to operate
 7   it.
 8         A.    Correct.
 9         Q.    Was any digging done with the
10   excavator on Monday?
11         A.    Yes.
12         Q.    How many -- how much of the
13   time were you digging with the excavator?
14         A.    I don't remember.
15         Q.    When you got there on Monday,
16   did you have any knowledge where the
17   broken pipe was based upon your work you
18   had done on Friday?
19         A.    Roughly.
20         Q.    Okay.  And where was it
21   roughly?
22         A.    In our pit.
23         Q.    I understand that.  But how
24   far down was it?
```



Page 127

```
 1          A.      Roughly 5 foot 9.
 2          Q.      Okay.  You knew that from
 3    Friday?
 4          A.      Yes.
 5          Q.      And did you know the
 6    orientation within the excavation, where
 7    it was, whether it was in the, you
 8    know -- and I'm not saying the excavation
 9    necessarily had a north side, south side,
10    east side, or west side.  But did you
11    roughly know where it was within the
12    excavation?
13          A.      At the one side, yes.
14          Q.      Okay.  And how would you
15    describe that side where it was?  What's
16    a landmark we can use?  Was it closest to
17    the store?  Closest to the islands?
18    Closest to --
19          A.      Closest to the island.
20          Q.      Okay.
21                  MR. LYNAM:  The diesel
22          island?
23                  THE WITNESS:  Yes.
24          Q.      (Continued) So you knew when
```



1    you got there Monday morning that the

2    broken pipe was 5 feet 9 inches

3    underground and closest to the diesel

4    island.

5         A.    Roughly 5 foot 9.

6         Q.    Roughly 5 foot 9.  Okay.

7    Yeah.  I mean, I know it wouldn't be to a

8    laser accuracy.  But roughly 5 foot 9?

9         A.    (Witness nods head.)

10        Q.    Yes?

11        A.    Correct.

12        Q.    So did you understand that

13   the first 5 feet of digging could be done

14   with a -- with a power tool like the

15   excavator?

16        A.    Yes.

17        Q.    And on Monday, did you do

18   that first 5 feet of digging with the

19   excavator?

20        A.    Roughly, yes.

21        Q.    And how long did that take?

22        A.    Not long.

23        Q.    All right.  You're going -- I

24   don't run an excavator every day so



Page 129

1    you're going to have to give me some idea

2    how long that would take.

3            A.      Half an hour.

4            Q.      Okay.  And when you got done

5    that 30 minutes of excavating, how far

6    down in the excavation were you?

7            A.      Roughly 4 feet, 4-1/2 feet.

8            Q.      Okay.  And had you cleared

9    the -- your desired width and breadth of

10   the hole of the excavation?

11           A.      Yes.

12           Q.      So at that point to get to

13   the actual area where the pipe was, you'd

14   have to dig about another 12 to 18

15   inches?  I -- I didn't do the math but --

16           A.      Yes.  Roughly.

17           Q.      Okay.  So like a foot to a

18   foot and a half.

19           A.      Yes.

20           Q.      And did you have, like, a

21   full long handle shovel there?

22           A.      Yes.

23           Q.      And you had some other

24   smaller tools to use.



Page 130

1        A.      Correct.

2        Q.      Now, who did that digging --

3    after you were done the excavating

4    portion on Monday, who did the digging?

5        A.      I did.

6        Q.      Okay.  And did you do -- you

7    did it all?

8        A.      Majority -- yes.  I would

9    throw it up on the asphalt and then Tim

10   would shovel it over into the pile.

11       Q.      Okay.  And on Monday, when

12   did you first see water -- or I'm sorry.

13   On Monday, when did you first see liquid

14   in the excavation?

15       A.      Roughly... after my first

16   scoop.

17       Q.      With the excavator?

18       A.      Yes.

19       Q.      So the first time you pierced

20   the ground-level soil that had been

21   refilled in -- when you pulled that

22   bucket full of soil out and went to put

23   it somewhere, when you turned the

24   excavator back, you saw liquid.



Page 131

```
 1          A.      Yes.
 2          Q.      At that point in time, did
 3   you ask yourself, where is this liquid
 4   coming from?
 5          A.      No.
 6          Q.      Did you know where it was
 7   coming from?
 8          A.      No.
 9          Q.      Had you seen that same liquid
10   on Friday?
11          A.      Yes.
12          Q.      So let's go back to Friday.
13   What time do you get to the job site on
14   Friday?
15          A.      I don't remember.
16          Q.      And do you arrive by yourself
17   or with Mr. Parise or with Mr. Noone?
18          A.      By myself.
19          Q.      By yourself.
20                  In your truck?
21          A.      Yes.
22          Q.      Your REMCO truck.
23          A.      Yes.
24          Q.      And when you get there,
```



Page 132

1    what's the first thing you do on Friday?

2         A.    Set up.

3         Q.    Which is getting all your

4    tools out and stuff like that.

5         A.    Correct.

6         Q.    Now, did you know what you

7    were going to be doing on Friday before

8    you got there?

9         A.    Not in detail.

10        Q.    Okay.  What did you know

11   before you got there on Friday?

12        A.    There was a bursted

13   waterline.

14        Q.    Okay.  You knew it was

15   underground.

16        A.    Yes.

17        Q.    And you knew you were working

18   at a gas station.

19        A.    Yes.

20        Q.    Did you have any concerns

21   going there on Friday, knowing you were

22   working at a gas station, there might be

23   gasoline or diesel or other substances?

24        A.    No.



Page 133

1        Q.     What was your job on the job
2   site on Friday?  What did you do?
3        A.     Friday, I was in charge of
4   setting up and making sure everything ran
5   smoothly.
6        Q.     What do you mean, making sure
7   everything ran smoothly?
8        A.     Making sure everything got
9   there, we had material lists ready for
10  the next day and everything.
11       Q.     So --
12       A.     And assist Frank.
13       Q.     Okay.  Was -- what was Mr.
14  Noone's job on Friday?
15       A.     He was going to be in charge
16  of the job.
17       Q.     So he was the most senior
18  person on the job?
19       A.     Yes.
20       Q.     And he was supervising the
21  job.
22       A.     Yes.
23       Q.     Was he only going to
24  supervise it on Friday or was he supposed



Page 134

 1    to supervise on Monday, Tuesday,

 2    Wednesday, too?

 3            A.    He was supposed to do the

 4    whole job.

 5            Q.    And why didn't he?

 6            A.    I don't know what went on

 7    there.

 8            Q.    So when he didn't show up on

 9    Monday, who became the most senior person

10    on the job?

11            A.    I did.

12            Q.    So were you running the job

13    on Monday, Tuesday, Wednesday?

14            A.    Yes.

15            Q.    So you were in full control

16    of what happened on that job?

17            A.    (No verbal response.)

18            Q.    You were giving the orders as

19    to what would happen.

20            A.    Yes.

21            Q.    Did you ever find out why Mr.

22    Noone didn't come on Monday, Tuesday, and

23    Wednesday?

24            A.    No.



Page 135

1          Q.     So what physical work did you

2    do on Friday?

3          A.     Digging, climbing into the

4    pit, grabbing the copper line.  That's

5    where we found it on the one side.

6          Q.     Okay.  And then why would you

7    fill it back in then after you found it

8    and located it?  Why would you put all

9    that dirt back on top of it again?

10         A.     'Cause it was Saturday and

11   Sunday.  And we didn't -- that wasn't my

12   choice.  That was Frank.  He was in

13   charge of the job.

14         Q.     Well, did you ever work on

15   Saturdays for REMCO?

16         A.     Every now and then.

17         Q.     And why didn't you work the

18   Saturday -- I mean, what I'm getting at

19   is, why would you do the excavation on a

20   Friday and then just refill in just what

21   you did?

22         A.     I don't know.  It wasn't my

23   choice.

24         Q.     Frank's choice?



Page 136

```
 1          A.      Yes.

 2          Q.      He -- so he never explained

 3    to you why he wanted to refill the hole.

 4          A.      No.

 5          Q.      So how much time were you in

 6    the excavation, meaning, you know, in --

 7    in the hole, for lack of a better word,

 8    on Friday?

 9          A.      The whole time he was

10    digging.  'Cause you always have a guy in

11    the hole while he's excavating when

12    you're trying to find something.  'Cause

13    he can't see the back end of his bucket.

14          Q.      Okay.  So how much time was

15    that?

16          A.      I don't remember hour-wise.

17          Q.      Were you in the excavation

18    for more than an hour on Friday?

19          A.      Yes.

20          Q.      For more than two hours?

21          A.      Yeah.

22          Q.      For more than three?

23          A.      Yeah.

24          Q.      Okay.  When did you first see
```



Page 137

1   liquid in the excavation on Friday?

2          A.      Probably about 3 feet down.

3          Q.      Okay.  And do you know how

4   long you had been digging when you saw

5   that liquid?

6          A.      Don't recall.

7          Q.      And how did it appear?  Did

8   it start to seep into the excavation?

9   Did he take out a shovelful and all the

10  sudden it was there?  Tell me how -- how

11  you first saw it.

12         A.      It was bubbling up.

13         Q.      It was bubbling up --

14         A.      Yes.

15         Q.      -- from underneath?

16         A.      Correct.

17         Q.      Was it actually bubbles?

18         A.      Yes.

19         Q.      And as he would dig deeper,

20  did it -- did it get deeper?

21         A.      Yes.

22         Q.      Did the bubbling increase?

23         A.      Well, the bubbles weren't as

24  strong 'cause there's more water or



Page 138

1    liquid in the -- in the pit.

2           Q.    So I'm trying to understand.

3    Was there -- was there actually a time

4    when he took a shovelful of dirt out and

5    all the sudden it was like -- (counsel

6    indicating)?  Like it just started

7    bubbling up water.

8           A.    Yes.

9           Q.    Like you hit a spring or

10   something.

11          A.    Correct.

12          Q.    What did that liquid look

13   like?

14          A.    Dark colored.

15          Q.    Was it ever clear?  Like, if

16   you weren't in the pit for a while and it

17   kind of settled, did it ever get clear?

18          A.    No.

19          Q.    And when you say dark

20   colored, do you mean, like, black or do

21   you mean, like, you just couldn't see

22   through it?

23          A.    You couldn't see through it.

24          Q.    How -- what would you compare



Page 139

1    it to?   Would you compare it to, like, a

2    muddy river?   Motor oil?   What would you

3    compare it to?

4              A.     (No verbal response.)

5              Q.     'Cause we weren't there so we

6    are just trying to get an idea of what it

7    looked like.   So give the jury an idea.

8    Was it like a -- you know, go everything

9    from, you know, a clear stream that you

10   can see the -- the stones underneath on

11   to, like, motor oil.   Okay.   Like dark,

12   black motor oil.   Where did it fall on

13   that spectrum?   What would you compare it

14   to?

15             A.     The darker end of like a

16   molasses.

17             Q.     Okay.   Was it thick?

18             A.     It wasn't too thick, but it

19   wasn't thin.

20             Q.     Was it thicker than water?

21             A.     It was diluted with water.

22   Whatever it was, it was just all water,

23   mud, stones.

24             Q.     No.   But my question is:   You



Page 140

1    stepped into it; right?

2          A.    Yes.

3          Q.    Did you ever touch it with

4    your hand?

5          A.    No.  I had digging gloves on.

6          Q.    Okay.  But I mean, could

7    it -- could it go through the digging

8    gloves?

9          A.    Yes.

10         Q.    Was it warm or cold?

11         A.    It was cold.

12         Q.    Was it the same temperature

13   as the air --

14         A.    No.

15         Q.    -- or colder?

16         A.    No.  It was a little bit

17   warmer.

18         Q.    Than the air?

19         A.    Yeah.

20         Q.    Okay.  And so would you say

21   it was in the 40s if the air was in the

22   30s?

23         A.    I don't know.

24         Q.    Okay.  Was -- I mean, did it



Page 141

1    ever turn to ice while you were working?

2         A.    No.

3         Q.    How thick was it?  Was it --

4    compare it to something that -- that we

5    would see every day or -- or see -- some

6    liquid we would see every day.  How thick

7    was it?

8         A.    Like muddy water.

9         Q.    Okay.  All right.  When you

10   would step in it, would it splash or

11   would it just kind of ooze -- like, do

12   you know what I mean?  Like -- like, how

13   would it cover your boot?  Was it

14   something you could splash in like a

15   puddle or was it thicker than that?

16        A.    You could splash in it.

17        Q.    Okay.  And at any time when

18   you stood above it, could you see the

19   soil underneath that liquid?

20        A.    No.

21        Q.    Okay.  And what color was it?

22        A.    Like a molassesy, dirty

23   brownish mixture.

24        Q.    Like close to that coffee



Page 142

1   cup?

2         A.      Roughly, yes.

3                 MR. LAMB:   I'll just hold

4         that up so everyone can see the

5         court reporter's coffee cup.

6         Q.      Like this brown right here.

7   The background brown; right?

8         A.      No.

9         Q.      No?

10                Which brown is it like?

11        A.      By the Wawa sign.

12        Q.      By the Wawa sign.

13                Oh.   This reddish -- or this

14  one?

15        A.      Yes.

16                MR. LAMB:   Okay.   So everyone

17        sees, it's this one above Wawa.

18        Okay.

19                Thank you.

20        Q.      Did it stay that same color

21  throughout the four days you were on the

22  job site?

23        A.      Yes.

24        Q.      While you were there those



1     four days, did you have any suspicion or

2     thought that there might be something in

3     that liquid other than mud and water?

4          A.    No.

5          Q.    Did anyone?

6          A.    None of us workers, no.

7          Q.    So why do you now think that

8     there was something else in there other

9     than dirt and water?

10              MR. LYNAM:  Objection to the

11         form.

12              Go ahead.

13              THE WITNESS:  (Witness

14         indicating.)

15              MR. LYNAM:  You can answer if

16         you can.

17         A.    I don't -- can you repeat it?

18         Q.    Sure.  Why do you now think

19    that there was something else in that

20    liquid other than water and mud?

21              MR. LYNAM:  Same objection.

22         A.    'Cause I'm sick now.

23         Q.    Okay.  But do you have any --

24    any evidence at all that there was



Page 144

1    something else in that liquid other than

2    water and mud?

3                    MR. LYNAM:   Objection to the

4           form.

5                    THE WITNESS:   (Witness

6           indicating.)

7                    MR. LYNAM:  You can't tell

8           him about anything --

9           Q.    (Continued) Nothing that

10   these guys may know.  But do you have any

11   other evidence that there was anything in

12   there other than liquid -- other than

13   water and mud?

14          A.     Not to my evidence, no.

15          Q.     Okay.  Did you see anything

16   over those four days that would indicate

17   to you that there was something in that

18   liquid other than water and mud?

19          A.     Not to my knowledge of

20   anything.

21          Q.     Did you ever see that sheen

22   that I talked about when you see oil on

23   top of water?  Did you ever see a similar

24   sheen on that liquid on any particular



MAGNA
LEGAL SERVICES

Page 145

1    day?

2            A.    Not that I can remember

3    exactly this day I seen this.

4            Q.    Well, no.   I mean, on any --

5    you don't have to tell me which day you

6    saw it on, but on any of the days you

7    were there, the four days, did you ever

8    see a sheen like that on the water?

9            A.    Every now and then.

10           Q.    What do you mean, every now

11   and then?

12           A.    Like when -- break to have,

13   like, lunch or a break or something like

14   that --

15           Q.    Okay.

16           A.    -- we'd come back and the

17   water would be calm then.

18           Q.    The water would be what?

19           A.    The water would be calm.

20           Q.    Okay.

21           A.    And you'd naturally get,

22   like, a film across the top.

23           Q.    What did that film look like?

24           A.    Like the muddy-ish, mercury.



Page 146

```
 1          Q.      Muddy-ish what?

 2          A.      Mercury water or whatever.

 3          Q.      Mercury water?

 4          A.      Like --

 5                  MR. LYNAM:   Murky.

 6          A.      (Continued) Murky water.

 7          Q.      I'm sorry.   Okay.

 8                  Like what you would see on

 9  top of, like, a puddle on a construction

10  site?

11          A.      Yes.

12          Q.      If it was undisturbed for a

13  while?

14          A.      Yes.

15          Q.      So it wasn't that sheen.   It

16  was more just a brown covering.

17          A.      Yeah.

18          Q.      Okay.   During those entire

19  four days when you were down in that pit,

20  did you ever smell anything strange or

21  chemical-like or gasoline-like or

22  anything like that?

23          A.      No.

24          Q.      When you got home every day
```



Page 147

1    after work -- well, let me go back.

2    It -- it seemed to me from the

3    photographs I saw that you wore

4    Carhartts.

5         A.    Correct.

6         Q.    Carhartt overalls.

7         A.    Correct.

8         Q.    Was it just the pants

9    overalls or was it an entire suit?

10        A.    It was the bibs where they

11   come up to your chest.

12        Q.    So, like, pants overalls that

13   come up to your chest like typical

14   overalls.

15        A.    Yes.

16        Q.    Did you wash those every

17   night?

18        A.    No.

19        Q.    What would you do with them

20   at the end of the day?

21        A.    Put them in the back of my

22   truck.

23        Q.    Okay.  Did they dry out every

24   day of that job afterwards?



Page 148

```
 1          A.      Not really.
 2          Q.      Okay.  Did you ever wash them
 3     after the job?
 4          A.      No.
 5          Q.      How often would you -- would
 6     you wash those overalls?
 7          A.      I would wash them usually
 8     after, like, a big job.  But after that
 9     job, I just forgot about it.
10          Q.      What do you mean?
11          A.      I forgot to wash them.
12          Q.      And where did they stay?
13          A.      In the back of my truck.
14          Q.      Okay.  For how long were they
15     in the back of your truck?
16          A.      I don't remember exactly.
17          Q.      When you would put on your
18     Carhartts on Tuesday morning, were they
19     still damp from the day before?
20          A.      Yes.
21          Q.      What did you wear under the
22     Carhartts?
23          A.      A pair of jeans.
24          Q.      Were the insides of the
```



Page 149

1    Carhartts damp from the day before?

2           A.    Yeah.

3           Q.    Did that bother you?

4           A.    Not really.

5           Q.    Did the Carhartts smell?  Did

6    you ever pick up a smell off of them on

7    Friday, Monday, Tuesday, Wednesday, or

8    any time thereafter?

9           A.    Not that I remember a smell.

10          Q.    Did you ever bring them

11   inside, to an inside area, like inside

12   your house or inside your garage or

13   anything like that, where they dried out

14   and warmed up?

15          A.    No.  I kept them in the back

16   of my truck.

17          Q.    And where did they go after

18   you kept them in the back of your truck?

19   Where's the next place you put them?

20          A.    I don't remember where I put

21   them.  They were in the back of my truck

22   and then... I don't remember where I put

23   them.

24          Q.    Do you -- you don't remember



Page 150

```
 1   taking them out of your back of your

 2   truck?

 3          A.    I don't remember exactly when

 4   I took them out.

 5          Q.    But at some point, you did.

 6          A.    Yeah.

 7          Q.    And where did you put them

 8   after you took them out of the back of

 9   your truck?

10          A.    In a bag.

11          Q.    In what kind of a bag?

12          A.    Trash bag.

13          Q.    And why did you do that?

14          A.    'Cause they had mud all over

15   them.

16          Q.    And where did you put the

17   trash bag then?

18          A.    I tied it and threw it in the

19   garage 'cause I had to take it to the

20   laundry mat.

21          Q.    Okay.  Did you ever take it

22   to the laundry mat?

23          A.    No.

24          Q.    Why not?
```



Page 151

```
 1          A.     I got sick.
 2          Q.     Okay.  And did you do any
 3   outside jobs for REMCO after that job at
 4   the Pilot center?
 5          A.     No.
 6          Q.     How many pairs of Carhartt
 7   overalls did you own back in March?
 8          A.     One.
 9          Q.     So you didn't have any
10   outside jobs between the day you finished
11   at the Pilot Travel Center and when you
12   got too sick to work anymore.
13          A.     No.
14          Q.     And they sat in your garage
15   in that plastic bag.
16          A.     Yes.
17          Q.     And then what's the next
18   thing you did with them?
19          A.     I... let them sit there until
20   I...
21              MR. HARRINGTON:  I couldn't
22         hear that.
23              MR. LAMB:  He said he let
24         them sit there until...
```


MAGNA
LEGAL SERVICES

Page 152

```
 1          Q.      Where -- where are they now?

 2          A.      I don't have them.

 3          Q.      Who did you give them to?

 4          A.      I gave them to Tom and Lenny.

 5          Q.      Okay.  When did you give it

 6   to them?

 7          A.      When I met them.

 8          Q.      Okay.  How long -- I'm not

 9   trying to play games here.  Like, just

10   tell me when that was.  I don't want to

11   have to pull teeth.  Just -- just tell me

12   when it was if it's okay.

13              MR. LYNAM:  It wasn't -- it

14          wasn't long after the

15          hospitalization.

16              MR. LAMB:  Well, yeah.

17          Q.      (Continued) I mean, do you

18   remember when it was?

19          A.      April maybe.

20          Q.      Okay.  And how did they get

21   from your garage to -- to Mr. Lynam and

22   Mr. Villari?

23          A.      I just gave them to them.

24          Q.      After you got out of the
```



MAGNA ►
LEGAL SERVICES

Page 153

1    hospital?

2           A.     Yes.

3           Q.     Were they still in the bag?

4           A.     Yeah.

5                  MR. LAMB:  Okay.  Let's take

6           a quick break.  Is that okay with

7           everyone?

8                  MR. LYNAM:  Yeah.

9                  THE VIDEOGRAPHER:  Going off

10          the record.  The time is 11:56.

11                       -  -  -

12                 (Whereupon, a luncheon recess

13          was taken.)

14                       -  -  -

15                 (Whereupon, Exhibits Marino 1

16          through 5 were marked for

17          identification.)

18                       -  -  -

19                 THE VIDEOGRAPHER:  We're now

20          back on the record.  This begins

21          DVD Number 2.  The time is 12:38

22          p.m.

23    BY MR. LAMB:

24          Q.    Mr. Marino, we're back on the



Page 154

1    record.  I think you had a chance to get

2    something to eat or drink?

3              A.    Yes.

4              Q.    Okay.  And you took some

5    medicine?

6              A.    Yes.

7              Q.    Okay.  So you're good to go?

8              A.    Yes.

9              Q.    Okay.  So those Carhartt

10   coveralls, do you know when you first

11   purchased those?

12             A.    Don't know the exact date.

13             Q.    Okay.  How long had you had

14   them as of March 2014?

15             A.    A couple years.

16             Q.    They were insulated, I

17   assume?

18             A.    Yes.

19             Q.    So they were winter

20   coveralls?

21             A.    Yes.

22             Q.    So you would wear them during

23   the wintertime only?

24             A.    Yes.



Page 155

1          Q.     You wouldn't wear them,
2    obviously, in the summer.
3          A.     No.
4          Q.     And what were the occasions
5    when you would wear them?  When would you
6    take them with you to a job?
7          A.     When I was digging or if it
8    was really cold out.
9          Q.     So before the work at the
10   Pilot Travel Center, you had been working
11   for REMCO for -- since July 2013.  How
12   many times had you used them between July
13   2013 and the work at the Pilot center?
14         A.     I don't know an exact amount.
15         Q.     Okay.  And had you used them
16   when you worked for prior employers too?
17         A.     No.
18         Q.     No.
19                So they were -- did you buy
20   them sometime around the time you started
21   with REMCO --
22         A.     Yes.
23         Q.     -- the second time?
24                So they were fairly new?



Page 156

```
 1          A.      Fairly.
 2          Q.      And when you weren't using
 3     them, where would you keep them?
 4          A.      In the back of my truck.
 5          Q.      Okay.  So they would just
 6     always be there?
 7          A.      Yes.
 8          Q.      What kind of truck did you
 9     have?
10          A.      A Reading body.
11          Q.      So it's a pickup truck with a
12     frame on the back?
13          A.      Yes.
14          Q.      And where would you keep the
15     coveralls?  Were they just in that middle
16     portion that's kind of open to the
17     elements?
18          A.      No.  It had a cab over the
19     top of it.
20          Q.      Oh, it did.
21          A.      Yes.
22          Q.      Okay.  So it had the side
23     containers on the -- on the bed as well
24     as a cab over the middle?
```



MAGNA
LEGAL SERVICES

Page 157

1          A.      Yes.

2          Q.      So you would keep them in the

3    middle portion?

4          A.      Yes.  Up in the top.

5          Q.      All right.  Did you keep fuel

6    in that truck at all?

7          A.      No.

8          Q.      Spare gas tank or diesel tank

9    or anything like that?

10         A.      No.

11         Q.      Okay.  And did you keep any

12   power tools in the same area where you

13   kept the Carhartt pants?

14         A.      No.

15         Q.      No gas-powered pumps or

16   anything?

17         A.      No.

18         Q.      So Mr. Noone testified that

19   he had a gas-powered pump in his truck

20   that was REMCO's.  Do you know why you

21   didn't have one of those?

22         A.      I never... I used the

23   electric one.  I never had the need for a

24   gas-powered one.



Page 158

```
1          Q.      Okay.

2          A.      Plus, they're heavy.

3          Q.      Did you consider or was there

4    a reason -- let me ask you this:  There's

5    one photograph of you from this job at

6    Pilot and you have mud on your Carhartt

7    overalls, on your jacket and stuff.  Why

8    did you take that photo?

9          A.      For reimbursement.

10         Q.      For reimbursement for what?

11         A.      'Cause they were destroyed

12   with mud.

13         Q.      What was destroyed?

14         A.      The Carhartts.

15         Q.      And you were going to ask

16   REMCO to buy you a new pair?

17         A.      Yeah.

18         Q.      And the -- what day of the

19   job was that, do you remember?

20         A.      I don't remember.

21         Q.      Okay.  There appears to be a

22   concrete truck in the background and --

23   but as I understand it, there was a

24   concrete truck one day -- day there to do
```


MAGNA
LEGAL SERVICES

Page 159

```
 1   flowable fill.

 2         A.     Correct.

 3         Q.     And then another day to do

 4   the actual concrete?

 5         A.     Correct.

 6         Q.     So that doesn't give us a

 7   timing --

 8         A.     Correct.

 9         Q.     -- right?

10         A.     Correct.

11         Q.     Now, was there a pump truck

12   that pumped water there one of the days?

13         A.     Pumped liquid, yes.

14         Q.     I'm sorry.  Liquids.  Okay.

15                Do you remember what day it

16   was?

17         A.     Not exactly sure which day it

18   was.

19         Q.     Was it only there for one

20   day?

21         A.     Correct.

22         Q.     Do you remember what color

23   the hoses were that that pump truck used

24   to pump out the water?
```



MAGNA
LEGAL SERVICES

Page 160

```
 1          A.      Green and black.

 2          Q.      Green -- green and black

 3   stripes or green --

 4          A.      Yes.

 5          Q.      What do you mean?  Or solid

 6   green and solid back?

 7          A.      No.  Green and black striped.

 8          Q.      Okay.  So going back to

 9   Friday, you're on this site on Friday.

10   Did you actually uncover the pipe that

11   had to be fixed on Friday?

12          A.      The one side of it.

13          Q.      What do you mean, the one

14   side of it?

15          A.      The one side of the pipe.

16   Like, closest to the island.

17          Q.      Okay.  All right.  So was it

18   your impression that you -- you found one

19   side of the pipe but what -- the other

20   part of the pipe that it connected to,

21   you did not find on Friday?

22          A.      Correct.

23          Q.      Did you ever find the other

24   side that it connected to?
```



Page 161

```
 1          A.     Yes.

 2          Q.     And when did you find that?

 3          A.     Tuesday, Wednesday.

 4          Q.     Okay.

 5               MR. LYNAM:  (Counsel

 6          indicating.)

 7               MR. LAMB:  Bless you.

 8               MR. LYNAM:  Thank you.

 9          Q.     (Continued) Were both

10     stems -- can I call them stems?  Is the

11     right -- what do you want to call them?

12     Both pipe pieces copper?

13          A.     Yeah.

14          Q.     Okay.  So the missing part

15     was in between them?

16          A.     Correct.

17          Q.     Now, the pipe that you found

18     on Friday, did that pipe -- where did

19     that pipe go when it left the excavation?

20          A.     Into a concrete cylinder.

21          Q.     Like, can we call it a vault?

22     Is that okay?  Concrete --

23          A.     Yeah.

24          Q.     What do you want to call it?
```



Page 162

1     I'll call it anything you want.

2             A.     A cylinder.

3             Q.     Cylinder.  Okay.

4                    The concrete cylinder it went

5     into, from the ground, would that appear

6     to be a manhole?

7             A.     Correct.

8             Q.     'Cause it had a cover on it?

9             A.     Correct.

10            Q.     And was that closer to the

11    diesel island than the excavation?

12            A.     By a foot.

13            Q.     Okay.  By a foot.

14                   So the pipe that you found

15    that was broken off, it went into that

16    vault.

17            A.     Correct.

18            Q.     How did it pierce that vault?

19    Was there -- in other words, was it loose

20    in the concrete of the -- of the wall of

21    the vault or was it -- was it silicone

22    gelled in there?  How was it in there?

23            A.     It went underneath it.  The

24    vault only went down so far.



1          Q.     Okay.  So you're saying the

2   pipe went underneath the wall of the

3   vault and then came up.

4          A.     Correct.

5          Q.     What was the floor of the

6   vault made out of?

7          A.     Just stone.

8          Q.     Okay.  And so how deep was

9   the floor of that vault?

10         A.     Roughly 5 foot 9.

11         Q.     Why do you say that?

12         A.     'Cause we had to go down into

13  it.

14         Q.     All right.  You stood in that

15  vault.

16         A.     Yes.

17         Q.     And it was just at your head

18  level then?

19         A.     Yes.

20         Q.     The top of your head?

21         A.     Yeah.

22         Q.     I had the impression that

23  the -- that the pipe that broke actually

24  went through the wall of the vault and



Page 164

1  went into it and made a right-hand turn.

2  That's -- that's not accurate?

3       A.   No.

4       Q.   It went underneath that wall

5  and then came up vertically --

6       A.   True.

7       Q.   -- and then made a turn?

8       A.   It went through and then

9  there was a 90 where it adapted to a

10 different pipe that went to the island.

11      Q.   And that -- did that --

12 did -- when it got into the vault and

13 went up and hit a 90-degree turn, did the

14 pipe then go through the wall of the

15 vault?

16      A.   Yes.

17      Q.   Okay.  So there was some hole

18 in the wall of that vault.

19      A.   It was sealed, though.

20      Q.   How was it sealed?

21      A.   It was concreted.

22      Q.   So that -- was the pipe just

23 fixed in position there?

24      A.   Correct.



Page 165

1          Q.      Okay.

2          A.      'Cause it wasn't copper.  It

3    was poly.

4          Q.      It was poly.  Okay.

5          A.      Yes.

6          Q.      What -- PVC?

7          A.      No.  Poly.

8          Q.      What's poly?

9          A.      It's like a -- almost like

10   PVC.  But it's not.

11         Q.      All right.  So you had a poly

12   pipe going from the island to the vault

13   that went through the wall of the vault

14   and then it was switched to copper that

15   went down through the floor of the vault

16   and -- and then up into your excavation?

17         A.      Yes.  Well, it didn't go

18   into -- it -- it was level.

19         Q.      Level.  Okay.

20         A.      Yes.

21         Q.      Was -- I think I asked you

22   this question, but I'll just ask your

23   indulgence for a second.  Was any pumping

24   done on Friday of the excavation?



Page 166

1          A.      No.

2          Q.      No.  Okay.

3          A.      Not that I remember.

4          Q.      So on Friday when you were

5     working there, there was liquid in there

6     and we've gone through all that; right?

7     We've discussed that.

8                  Did -- did you -- these four

9     days that you were -- said you were

10    getting wet, did you get cold?

11         A.      Yeah.

12         Q.      I mean, pretty cold?

13         A.      Yeah.

14         Q.      Did you take breaks?

15         A.      Yeah.  Every now and then.

16         Q.      Okay.  What would you do for

17    a break?

18         A.      Just go stand at the truck.

19         Q.      By like the second day or

20    third day, did you ever think to bring

21    rubber boots to at least keep your feet

22    dry?

23         A.      No.

24         Q.      Why -- why did -- was there a



Page 167

1   reason you didn't bring rubber boots to

2   keep your feet dry?

3          A.     No.

4          Q.     You just didn't do it?

5          A.     I just...

6          Q.     So the work boots that you

7   were wearing back down on that job, tell

8   me what they were, what brand and what

9   type and all that other stuff.

10         A.     They were Chippewa --

11         Q.     Okay.

12         A.     -- work boots.

13         Q.     Leather?

14         A.     Yes.

15         Q.     Rubber sole?

16         A.     Yes.

17         Q.     And do you still have them?

18         A.     I don't know.  I don't think

19  I have them anymore.

20         Q.     What would you have done with

21  them?

22         A.     Probably threw them away.

23         Q.     Why is that?

24         A.     'Cause I don't wear them no



Page 168

1    more.

2         Q.    I mean, those are nice boots,

3    right, Chippewa boots?

4         A.    Yeah.

5         Q.    How much do they cost a pair?

6         A.    (No verbal response.)

7         Q.    200 bucks?

8         A.    Roughly.

9         Q.    When did you buy those?

10        A.    I don't remember.

11        Q.    I mean, were they worn out?

12        A.    No.

13        Q.    But you threw them out.

14        A.    Yeah.

15        Q.    What about the jeans you were

16   wearing to the job site those four days?

17   Did you wear particular jeans just for

18   work?

19        A.    I had work jeans.

20        Q.    Okay.  And is that what you

21   were wearing then?

22        A.    Yes.

23        Q.    And do you still have those

24   jeans?



Page 169

```
 1          A.      Yes.

 2          Q.      And have they been washed

 3   since that time?

 4          A.      Yes.

 5          Q.      Has any other clothing you

 6   were wearing at that time not been washed

 7   since the time of the accident?

 8          A.      No.

 9          Q.      The socks you were wearing,

10   did you wear any type of special socks?

11          A.      No.

12          Q.      Just regular cotton socks --

13          A.      Yeah.

14          Q.      -- or wool socks?

15                  I just want to ask this

16   again.  I just don't understand if you --

17   if your feet were getting soaked every

18   day, did they get cold, your feet?

19          A.      Yeah.

20          Q.      Pretty cold, I imagine, if

21   it's in the middle of March and your feet

22   are soaking wet; right?

23          A.      Yes.

24          Q.      And you didn't want to try to
```



Page 170

1    avoid that?

2         A.    No.   It's how -- we're

3    plumbers.   That's how we do it.   I mean,

4    we -- if it gets wet, we deal with it,

5    get the job done, and go on to the next

6    one.

7         Q.    Were your legs getting wet

8    and your knees and calves and thighs and

9    stuff too?

10        A.    Yes.

11        Q.    Were any other parts of your

12   body getting wet?

13        A.    I was wet almost up to my

14   neck.

15        Q.    So your jacket would get wet?

16        A.    Yes.

17        Q.    And would that soak through

18   to your undershirt?

19        A.    I mean...

20        Q.    How many layers were you

21   wearing on top?

22        A.    I don't know.

23        Q.    What would you typically

24   wear?



Page 171

```
 1          A.     Usually, I'd wear a T-shirt,

 2   an Under Armour, a sweatshirt, and my

 3   jacket.

 4          Q.     Your REMCO jacket?

 5          A.     Correct.

 6          Q.     And underneath, you'd wear

 7   obviously underwear, jeans and the --

 8   would you wear long underwear or just

 9   regular underwear?

10          A.     A pair of boxers, Under

11   Armour pants, and a pair of jeans.

12          Q.     What are the Under Armour

13   pants?  Like Lycra?

14          A.     Yes.

15          Q.     Like that shiny, stretchy

16   stuff?

17          A.     Yes.

18          Q.     Why would you wear those?

19          A.     'Cause they kept you warm.

20          Q.     You didn't have, like,

21   heaters in your boots or anything like

22   that?

23          A.     No.

24          Q.     How would you dry your boots
```



Page 172

1    out at night?

2           A.    Just sit them on the front

3    porch.

4           Q.    And they would dry out?

5           A.    Not totally.

6           Q.    So you'd have to put wet

7    boots on the next morning?

8           A.    Yeah.

9           Q.    So how much time would you

10   estimate you spent in the hole while

11   there was liquid present on Friday?

12          A.    I believe I said like over

13   three hours.

14          Q.    Do -- was it between three

15   and four or was it -- could it have been

16   more than that?

17          A.    Could have been between three

18   and four.

19          Q.    You think that's what it was?

20          A.    Yeah.  Roughly.

21          Q.    Okay.  And then on Monday,

22   how much time would you have spent in the

23   excavation with liquid?

24          A.    Almost all day.



Page 173

1          Q.     Okay.  And then what about

2    Tuesday?  How much time would you have

3    spent in the excavation on Tuesday with

4    liquid still in the excavation?

5          A.     Almost all day.

6          Q.     Well, didn't you have to run

7    out and get a part on Tuesday?

8          A.     Yeah.

9          Q.     Did you run out or did -- did

10   someone else run out and get it?

11         A.     I ran out for one and Tim ran

12   out for another one.

13         Q.     How long did it take you to

14   get that, to run out for that part?

15         A.     Half an hour.

16         Q.     Where did you go?

17         A.     Down to the plumbing supply

18   house.

19         Q.     Okay.  And then on Wednesday,

20   did you spend any time in the excavation

21   on Wednesday?

22         A.     Every day I was there, I was

23   in the excavation.  That day, I don't

24   remember how long I was in.



Page 174

1          Q.      On Wednesday?

2          A.      Yeah.

3          Q.      Do you remember if -- if

4    really there was an excavation on

5    Wednesday?

6          A.      Well, the pit was there.

7          Q.      Which pit?

8          A.      The pit that we were working

9    in.

10          Q.      That's what I'm asking.

11    That's what I'm calling the excavation,

12    the -- the hole that was dug.

13          A.      All right.

14          Q.      Was that still excavated, an

15    open pit on Wednesday?

16          A.      For part of the day.

17          Q.      And was there still liquid in

18    it on Wednesday?

19          A.      Yes.

20          Q.      So let's talk about the pump

21    truck.  The pump truck shows up.  Do you

22    know what day it showed up on?

23          A.      Not exactly sure.

24          Q.      Okay.  Was it there when you



Page 175

1    got there in the morning?

2         A.    No.

3         Q.    What time did it arrive?

4         A.    Shortly after we arrived.

5         Q.    What time would you typically

6    arrive at that Pilot station?

7         A.    Roughly around 9 o'clock.

8         Q.    And did you talk to the pump

9    truck driver when he or she got there?

10        A.    Yes.

11        Q.    Was it a he or she?

12        A.    It was a he.

13        Q.    And what did -- what was your

14   conversation with him?

15        A.    We're gonna pump this pit

16   out.

17        Q.    So was the pit open when you

18   got to work that day, the -- the day the

19   pump truck showed up?

20        A.    Yes.

21        Q.    You didn't have to redig it.

22        A.    No.

23        Q.    Did you -- did the pump truck

24   pump it out?



Page 176

```
 1          A.      Yes.

 2          Q.      And did you go down into the

 3   pit before the pumping was done?

 4          A.      We went down -- I went down

 5   to place the hose where we needed it.

 6          Q.      Why didn't the pump truck

 7   operator do that?

 8          A.      They don't do that.

 9          Q.      What do you mean?

10          A.      They'll only throw it to the

11   pit.  They don't climb down in pits.

12          Q.      Okay.  So you -- you climbed

13   down in the pit.

14          A.      Yes.

15          Q.      And you placed the hose where

16   it should be.

17          A.      Correct.

18          Q.      Did you get wet when you did

19   that?

20          A.      Yes.

21          Q.      How much -- how deep was the

22   liquid in the hole when you went down

23   with the hose from the pump truck?

24          A.      Roughly to my knees.
```



Page 177

```
 1          Q.      Okay.  And you walked into

 2    that?

 3          A.      Yes.

 4          Q.      And you -- you put the pump

 5    thing in there?

 6          A.      Correct.

 7          Q.      Did you stay down there while

 8    he activated the pumping function?

 9          A.      No.  I came back up.

10          Q.      Okay.  How long did it take

11    to pump out the pit?

12          A.      He was there all day.  Left

13    his truck run.

14          Q.      He -- he was pumping the

15    entire day?

16          A.      Correct.

17          Q.      Did he ever pump all the

18    liquid out of the hole?

19          A.      He would get down so far that

20    his hose wouldn't be able to pump, but

21    then it would gradually fill back up.

22    'Cause you can't pump mud.

23          Q.      Right.  And were you down in

24    the hole the whole time that pump was
```


MAGNA
LEGAL SERVICES

Page 178

1    running with the hose down there?

2         A.    Yes.

3         Q.    Did he ever turn the -- did

4    he ever stop it?

5         A.    No.

6         Q.    So you're down there, the

7    pump is running, sucking the water out,

8    but the hole is constantly refilling with

9    water?

10        A.    Correct.

11        Q.    Where was this water coming

12   from?

13        A.    It was --

14        Q.    Or liquid.  Where was this

15   liquid coming from?  Whatever you want to

16   call it.  Water, liquid, I don't care.

17   Where was it coming from?

18        A.    It was bubbling up through

19   the ground.

20        Q.    It just continually bubbled

21   up from -- through the ground?

22        A.    Kept coming.

23        Q.    Did the nature of it ever

24   change from day to day?



Page 179

```
 1          A.     No.  It just kept...

 2          Q.     Bubbling up?

 3          A.     Bubbling up.

 4          Q.     Did you ever say to anyone,

 5     like, where is this coming from?

 6          A.     No.

 7          Q.     Did you ever figure out where

 8     it was coming from?

 9          A.     No.

10          Q.     How about the soil from the

11     excavation?  Where was that placed?

12          A.     Next to the excavation.

13          Q.     Did that have any smell to

14     it?

15          A.     Not really.

16          Q.     Did you notice anything

17     strange about the sol?

18          A.     Not really.

19          Q.     Was it anything other than

20     just dirt?

21          A.     Dirt.

22          Q.     Normal dirt?

23          A.     Dirt.

24          Q.     Okay.  Now, was that placed
```



Page 180

1    into a Dumpster at some point?

2         A.    Yes.

3         Q.    Do you know why that was?

4         A.    No.  They just told us to

5    take it over and put it in the Dumpster.

6    'Cause we backfilled with flowable.

7         Q.    So did you find that strange

8    that they asked you to put the soil in a

9    Dumpster?

10        A.    No.

11        Q.    How did you do that?  Or did

12   you do it or did someone else do it?

13        A.    Tim did some of it and I did

14   some of it.

15        Q.    So what was the process for

16   doing that?

17        A.    We had a skid steer.  We'd

18   pick it up, drive it over, and dump it

19   in.

20        Q.    Okay.  How did you get it

21   into the scooper part of the skid steer?

22        A.    Put the skid steer down and

23   drove into it --

24        Q.    Okay.



Page 181

```
 1        A.      -- and picked it up.

 2        Q.      And did you -- did that get

 3   cleaned up pretty well then --

 4        A.      Yes.

 5        Q.      -- most of the soil?

 6        A.      Yes.

 7        Q.      Did you ever see anyone from

 8   Sovereign at the site?

 9        A.      Yes.

10        Q.      And who -- what's the --

11   when's the first time you saw someone who

12   identified themselves as being from

13   Sovereign?

14        A.      I'm not exactly sure on the

15   exact day when it was 'cause I only seen

16   him for like 30 seconds.

17        Q.      Was it a male or female?

18        A.      A male and a female.

19        Q.      Were the male and female

20   there on the same day?

21        A.      No.

22        Q.      Who was there the first day,

23   the male or the female?

24        A.      I believe it was the male.
```



Page 182

```
 1              Q.      Okay.  And what was your
 2    first conversation with that male?
 3              A.      I told him who I was and that
 4    I was here to work on the waterline.
 5              Q.      Okay.
 6              A.      And he asked me to sign a
 7    paper stating -- for billing.
 8              Q.      What did he -- when you said
 9    I'm here to work -- what were your exact
10    words to him to start that you remember?
11              A.      I probably asked him how he
12    was doing.
13              Q.      Okay.  And then you told him
14    why you were there?
15              A.      Yep.
16              Q.      And did you mention anything
17    to him about the water in the excavation
18    at any point?
19              A.      No.
20              Q.      And after you told him why
21    you were there, what did he say to you?
22              A.      He said, can you sign this
23    paper for billing purposes?
24              Q.      Okay.  What was the paper?
```



Page 183

1          A.      It was just lines where we
2     would sign for billing.
3          Q.      Was the whole paper lines or
4     was there other print on the paper?
5          A.      There was other print.
6          Q.      Did you read the other print?
7          A.      No.
8          Q.      Do you wear glasses or
9     anything to read?
10         A.      No.
11         Q.      Okay.  Why -- why didn't you
12    read any of the other print on there?
13         A.       'Cause he told me it was for
14    billing.
15         Q.      Okay.  Did you -- did you --
16    do you usually do that on job sites?  I'm
17    not on job sites so I don't know.
18         A.      Yes.
19         Q.      Okay.  So you usually just
20    sign other people's documents?
21         A.      Yeah.  If --
22         Q.      Okay.
23         A.      If they tell you it's for
24    billing, you -- you sign it.



Page 184

1        Q.      What does it mean to be for

2   billing?  What did you interpret that

3   when he said it's for billing?

4        A.      That they were charging

5   somebody.  I don't handle that part of

6   it.  My office does.  I just sign the

7   paper.

8        Q.      Did he ever -- did -- did the

9   gentleman who identified himself as being

10  from Sovereign ever talk to you about job

11  site safety issues?

12       A.      No.

13       Q.      Did he give you any job site

14  safety advice?

15       A.      No.

16       Q.      Did he talk to you about what

17  the liquid was in the hole?

18       A.      Never.

19       Q.      Did he take any samples of

20  the liquid in the hole?

21       A.      Not that I know of.

22       Q.      Do you recall him placing any

23  monitoring devices around the hole?

24       A.      There was no way he would



Page 185

1    have been able to.

2         Q.    What do you mean?

3         A.    'Cause we were -- had an

4    excavator, pile of dirt, my truck.  I

5    would have known if -- I -- I didn't see

6    any of it.

7         Q.    So you didn't see any

8    monitoring devices.

9         A.    No.

10        Q.    And did you see this

11   gentleman -- how much time did he spend

12   in the excavation that day?

13        A.    30 seconds.

14        Q.    And he actually went into the

15   hole?

16        A.    No.

17        Q.    Oh.  Okay.  Where was that 30

18   seconds?

19        A.    Standing there, took a couple

20   pictures.

21        Q.    Okay.  Of you or what?

22        A.    Of the hole.

23        Q.    Okay.  Do you remember

24   what -- was it a camera or cell phone?



Page 186

1    What did he have with him?

2          A.    I think it was a camera.

3          Q.    And then what did he do?

4          A.    Went and sat back in his

5    vehicle.

6          Q.    And then how long was he at

7    the site that day?

8          A.    All day.

9          Q.    He didn't talk to you again

10   the whole day?

11         A.    Until the end when we were

12   ready to leave.

13         Q.    And tell me about that

14   conversation.

15         A.    When we had to sign the paper

16   out that we were leaving.

17         Q.    And you signed again.

18         A.    Yep.

19         Q.    And did you have any

20   conversation with him?

21         A.    Asked me when we were gonna

22   be there again.  I said, tomorrow, same

23   time.

24         Q.    Okay.  And no other



Page 187

1   conversations?

2          A.     No.

3          Q.     Did he -- did he ever talk to

4   you about the monitoring well that had

5   been there?

6          A.     No.

7          Q.     When you did the digging on

8   Friday, did you see the monitoring well

9   that was there?

10         A.     We seen a pipe coming up out.

11         Q.     All right.  Was that removed

12  as part of the digging?

13         A.     Yes.

14         Q.     And you had no other

15  conversations with the gentleman who

16  identified himself as from Sovereign.

17         A.     No.

18         Q.     Was he wearing any Sovereign

19  uniform, clothes, jacket, anything?

20         A.     I believe he had a white hard

21  hat on.

22         Q.     And what did it say?

23         A.     I don't remember.

24         Q.     Okay.  Did you have any



Page 188

1   questions for him throughout the day?

2          A.     No.

3          Q.     Did you know what he did?

4   What Sovereign did back then?

5          A.     They were just in -- we knew

6   environmental.

7          Q.     So you knew they were

8   environmental people.

9          A.     Correct.

10         Q.     So did you understand it that

11  if there was an environmental issue, you

12  were supposed to report it to them?

13         A.     I would assume they would

14  have told me because I was the plumber

15  and they were the environmental people.

16         Q.     Okay.  Well, what if you had

17  observed something that caused you some

18  concern, an environmental issue, like

19  gasoline in the soil or diesel fuel in

20  the soil?  Would you have reported it to

21  him?

22         A.     Well, if he had been there,

23  he would have seen it.  That's why we

24  thought that there was nothing -- nothing



Page 189

1    wrong.  'Cause he wasn't --

2         Q.    That's not my question,

3    though.  I want to you listen to my

4    question.  If you had seen diesel fuel or

5    detected diesel fuel or gasoline in the

6    soil that day, would you have reported it

7    to the person that you identified to be

8    from Sovereign?

9              MR. LYNAM:  Let me just

10             object to the form because I don't

11             know that you've laid a foundation

12             that he even has the ability to

13             identify these things once they're

14             in the ground but...

15             MR. LAMB:  Okay.  But I mean

16             just if he did.  Yeah.

17             MR. LYNAM:  Okay.

18        Q.    (Continued)  You can answer.

19        A.    If I would have known what it

20   was.  If I would have known it was diesel

21   or something, yeah, I would have reported

22   it.

23        Q.    To the gentleman who

24   identified himself as being from



Page 190

1    Sovereign.

2         A.    Correct.

3         Q.    Okay.  So if you sensed that

4    there was some environmental issue on the

5    site that he hadn't told you about, you

6    know, you would have reported it to him?

7         A.    If I would have known.  But I

8    am not an environmental person.

9         Q.    Sir, I know you've made it

10   clear you're just a plumber.  I'm --

11   I'm -- I'm -- you've said that a couple

12   times.

13              But what I'm getting at is,

14   if you had detected an environmental

15   issue or something you thought might be

16   an environmental issue, you would have

17   reported it to the Sovereign person?

18        A.    If I would have saw it, yes.

19        Q.    Okay.  The next day, did

20   another Sovereign person come?

21        A.    Yes.

22        Q.    Was it a male or a female?

23        A.    I don't remember.  I -- I

24   just remember there was a male there one



Page 191

1    day and there was a female there another

2    day.

3            Q.    Okay.  You don't remember

4    whether it was the next day or not.

5            A.    I know they were there

6    throughout the job.

7            Q.    Were they there on Friday?

8            A.    Yes.

9            Q.    The Sovereign people were

10    there on Friday?

11            A.    Hold on.  I don't remember

12    Friday.

13            Q.    Okay.  Well, do you know if

14    the Sovereign people were there on

15    Monday?

16            A.    I'm not exactly sure.

17            Q.    And the woman who was there,

18    can you describe her, what she looked

19    like?  How old she was?

20            A.    Younger.  She was all bundled

21    up with a hard hat on.

22            Q.    And did she talk to you at

23    all about safety issues?

24            A.    No.



Page 192

```
 1          Q.     Did she talk to you at all
 2    about job site issues?
 3          A.     No.
 4          Q.     Did she have any
 5    conversations with you at all about what
 6    you were going to encounter that day and
 7    what you were doing?
 8          A.     She asked us to sign the
 9    log-in form for billing and she asked us
10    how long we were gonna be there 'cause
11    it's cold.
12          Q.     Okay.  And did she -- what
13    did she do during the day?
14          A.     Sat in her car.
15          Q.     Did you have any other
16    conversations with her that day?
17          A.     When we left.
18          Q.     And what was the conversation
19    when you left?
20          A.     Sign the paper out.
21          Q.     And did you do that?
22          A.     Yep.
23          Q.     And, again, you didn't read
24    what the paper said?
```



Page 193

1          A.      No.

2          Q.      You didn't read anything

3    above it.

4          A.      No.

5          Q.      Did you ever talk to anyone

6    else from Sovereign?

7          A.      No.

8          Q.      About this job or anything

9    related to it.

10         A.      No.

11         Q.      Did you have any

12   conversations with anyone from Pilot

13   while you were there working over the

14   four days?

15         A.      Just talking to people that

16   walked by.

17         Q.      Did you know who they are or

18   what their position was with Pilot?

19         A.      A maintenance guy and stuff

20   like that.  That was about it.

21         Q.      Did you talk to any of them

22   about the liquid in the hole?

23         A.      No.

24         Q.      And let me be more clear.



Page 194

1    Did you talk to anyone from Pilot over

2    the four days about any liquids in the

3    excavation?

4         A.    No.

5         Q.    Did you have a tablet with

6    you when you worked on-site there?

7         A.    Yes.

8         Q.    And that tablet was kind of

9    like an iPad but I think it was made by

10   someone else; right?  Or was it an iPad?

11        A.    I don't remember what it was.

12        Q.    Okay.  But it was like a -- a

13   mini computer that you could send emails

14   from.

15        A.    Correct.

16        Q.    And you could take

17   photographs with it.

18        A.    Correct.

19        Q.    And the photograph of you in

20   your muddy clothes, that was taken by Mr.

21   Parise.

22        A.    Correct.

23        Q.    And that was taken with the

24   tablet?



Page 195

```
 1          A.      I'm not sure.
 2          Q.      Did you email that photograph
 3   then to someone?
 4          A.      (No verbal response.)
 5          Q.      Or those photographs?   I
 6   think there was a front and a back.
 7          A.      Yes.
 8          Q.      Who did you email them to?
 9          A.      Kevin Nace.
10          Q.      And why did you do that?
11          A.      For proof.
12          Q.      The -- for proof of?
13          A.      To get my reimbursement.
14          Q.      For your clothing.
15          A.      Yes.
16          Q.      Okay.   What was Mr. Nace's
17   response to your request for
18   reimbursement?
19          A.      Better take a shower.
20          Q.      Did he agree that he would
21   reimburse you for those clothes?
22          A.      He didn't say nothing.
23          Q.      Well, did you press him the
24   next day then after you sent the email?
```


MAGNA ▶
LEGAL SERVICES

Page 196

1          A.    No.

2          Q.    You didn't follow up at all?

3          A.    No.

4          Q.    Why not?

5          A.    'Cause I was still on the

6     job.

7          Q.    No.  What I am saying --

8     okay.  So the job ends.  You've sent this

9     email to Mr. Nace asking for

10    reimbursement for your Carhartt clothes.

11    Do you ever follow up on that?

12         A.    No.

13         Q.    Why not?

14         A.    'Cause when I would need them

15    again, I would ask him if he remembered

16    and we would go get new ones.

17         Q.    Okay.  And did the tablet you

18    held, that had the ability to receive

19    emails too; right?

20         A.    Yes.

21         Q.    So did there ever come a time

22    when you e-mailed Mr. Nace from the site

23    other than the email related to your

24    clothing?



```
 1          A.      I'm sure at one time, yes.

 2          Q.      During that job?

 3          A.      Correct.

 4          Q.      Can you tell me the emails

 5   that you recall sending to Mr. Nace

 6   during that job?

 7          A.      I don't remember.

 8          Q.      Do you remember sending an

 9   email to Mr. Nace that says we struck

10   oil?

11          A.      Yeah.  I think we -- I was

12   joking around with him 'cause we were

13   talking about the -- there was a TV show

14   on about the oil where they were digging

15   in their backyards and stuff.  I don't

16   know.  It was on the Discovery channel.

17          Q.      What do you mean?  You have

18   to explain that to me.  I'm not sure --

19          A.      There was a TV show that was

20   on and they used to strike oil in their

21   backyard and they used to jump up and

22   down and say we're rich.

23          Q.      Okay.

24          A.      I was just joking around with
```


MAGNA
LEGAL SERVICES

Page 198

1    him when we hit the water and stuff.

2           Q.    So when you hit the water,

3    you just kind of said, oh, we struck oil

4    as a joke.

5           A.    Yes.

6           Q.    Did you send him a picture?

7           A.    I'm not sure if I sent him a

8    picture.

9           Q.    So is that because the water

10   was bubbling up the same as the oil did

11   on the Discovery channel show?

12          A.    It was -- it wasn't exactly

13   like that.  It was just our first job

14   that we did an excavation and water came

15   up and we were just talking about that

16   previous -- the previous week.  And I

17   just thought it would be funny to send to

18   him.

19          Q.    What was the name of that

20   show on the Discovery channel?

21          A.    I don't remember the exact

22   name of it.

23          Q.    Okay.  So you weren't saying

24   it because you actually believed you



1    struck oil or that oil was going into the

2    excavation.

3            A.    No.

4            Q.    Okay.

5            A.    It was just joking.

6            Q.    At any time, did Mr. Nace

7    instruct you that you should cease work

8    on the excavation because he was

9    concerned about what was inside the hole?

10           A.    No.

11           Q.    Did he ever tell you on

12   Monday afternoon, stop working until we

13   pump the hole out, the excavation out?

14           A.    (No verbal response.)

15           Q.    Let me be more -- more clear.

16   Do you want to say excavation or hole?

17   I'll say -- or do you want to just say

18   either one?

19           A.    Either one.

20           Q.    Okay.  You'll understand it

21   whichever one I use.

22           A.    Yeah.

23           Q.    Did Mr. Nace -- when -- when

24   you advised him that there was water



Page 200

1    entering the excavation, did he ever tell
2    you to stop working until a pump truck
3    came?
4         A.    No.
5         Q.    He did not?
6         A.    No.
7         Q.    Did you ever tell Mr. Nace
8    that some kind of fluids were -- were
9    go -- were leaching or leaking from
10   that -- that manhole next door into the
11   excavation?
12        A.    Yeah.  I said the water was
13   running from the manhole into our pit.
14        Q.    Was that the only source of
15   the water that was -- was that the source
16   of the water that was bubbling up in the
17   pit, do you think?
18        A.    No.
19        Q.    That was a different source.
20        A.    No.  It was just leveling --
21   leveled itself out.
22        Q.    How long did that take?
23        A.    It didn't take long once we
24   pumped it.



Page 201

```
 1          Q.      So what --
 2          A.      But then it started filling
 3    back up.
 4          Q.      What -- what day was it that
 5    you sensed that water was going from the
 6    manhole next door into -- into the
 7    excavation?
 8          A.      That would have been like the
 9    first day --
10          Q.      Friday?
11          A.      -- 'cause that's the --
12    that's the side we exposed first.
13          Q.      That was Friday.
14          A.      Correct.
15          Q.      But that eventually leveled
16    off and the water stopped moving from the
17    manhole into the excavation.
18          A.      Correct.
19          Q.      Was it water that was moving?
20          A.      Yes.  Liquid.
21          Q.      Well, was it water or liquid?
22          MR. LYNAM:  Objection to
23          form.
24          Q.      (Continued)  Which one was
```



Page 202

1    it?

2         A.    Liquid.

3         Q.    And what -- was that liquid

4    any different than the liquid that was

5    bubbling up?

6         A.    No.  It was just muddy

7    liquid.

8         Q.    Did it smell?  Sense

9    anything?

10        A.    No.

11        Q.    When you were down in that

12   manhole that was next to the excavation,

13   did it have any smell to it?

14        A.    Not that I can recall.

15        Q.    Did you sense any -- that

16   there were any chemicals in there?

17        A.    Not that I recall.

18        Q.    Did -- did Mr. Parise make

19   any comment that it had any smell or

20   there were any chemicals in it?

21        A.    Not that I remember.

22        Q.    Did you inspect that -- that

23   manhole before you started excavation on

24   Friday?



Page 203

1          A.     No.

2          Q.     When was the first time that

3    you took the cover off that manhole and

4    looked down into it?

5          A.     Friday afternoon.

6          Q.     And why did you do it?

7          A.     'Cause we seen the copper

8    line go into it.

9          Q.     Well, the copper line went

10   under it; right?

11         A.     Yeah.  It went in it,

12   underneath and up and in.

13         Q.     Okay.  Was there a -- was

14   there a -- a rubber tube that connected

15   the copper line to the -- what was the

16   line you called it?  Not the PVC line.

17   The poly line in there.

18         A.     Poly.

19         Q.     Let me reask the question.

20   Was there a rubber connector -- was there

21   rubber or some type of vinyl or something

22   that connected the copper to the poly

23   line within that manhole?

24         A.     I don't remember what was



Page 204

1   connecting it.

2          Q.     There was some connection

3   between -- I mean, copper just doesn't

4   naturally connect with poly, though;

5   right?

6          A.     No.  There's an adapter.

7          Q.     Right.  Okay.  And you had to

8   go out at one point and buy an adaptor;

9   right?  Like a Ford coupler or something?

10         A.     That was for copper to

11   copper.

12         Q.     Okay.  Did you buy a

13   separate -- or did Mr. Parise buy a

14   separate adapter for the poly to copper?

15         A.     Yes.

16         Q.     And what was that called?

17         A.     A poly adapter.

18         Q.     Okay.  Poly adapter.

19                And -- well, he brought that?

20         A.     Yes.

21         Q.     And why did you buy that?

22         A.     Because I don't put a used

23   part back on.

24         Q.     Well, okay.  I guess my



Page 205

1    question was:  Why -- when did the poly

2    and the copper line within the manhole

3    separate?

4            A.    When we pulled the old --

5    when we cut the copper to pull it out

6    from underneath.

7            Q.    Okay.  So were you going to

8    do a different run with this new copper

9    pipe?

10           A.    Yeah.  We had to replace a

11   10-, 12-foot section.

12           Q.    Okay.  So the new copper that

13   you put in, did it still go underneath

14   the wall of the manhole and then come up?

15           A.    Yes.

16           Q.    Was there a conduit there you

17   ran it through or how did you get it

18   underneath there?

19           A.    It was -- it was piled on

20   stone and we dug out the stone and put it

21   up through.

22           Q.    You dug out the stone at the

23   bottom of the manhole?

24           A.    Yeah.  Just like 6 inches, if



Page 206

1    that.

2          Q.     Okay.  Were you wet when you

3    were in the manhole?

4          A.     (No verbal response.)

5          Q.     Was there liquid in there

6    when you worked in there?

7          A.     A little bit.

8          Q.     What's a little bit?

9          A.     Maybe about 3, 4 inches.

10         Q.     Did you try to pump that out?

11         A.     Yes.

12         Q.     Did it replace itself like in

13   the excavation when you pumped it out?

14         A.     Yes.

15         Q.     Was there one particular day

16   where you spent most of the day in the

17   manhole?

18         A.     I don't remember.

19         Q.     Was the connection between

20   the poly pipe and the copper pipe in the

21   manhole the last work you did on that

22   job?

23         A.     Not the last work.

24         Q.     What was the last work?



Page 207

```
 1          A.      Finishing the concrete.
 2          Q.      Okay.  Well, before finishing
 3     the concrete, was the connection between
 4     the poly and the copper the last work you
 5     did?
 6          A.      No.
 7          Q.      What was before that?
 8          A.      The other side of the copper
 9     line.
10          Q.      You did that -- you did that
11     last?
12          A.      Yes.
13          Q.      So you did the manhole
14     connection and then the connection within
15     the excavation?
16          A.      Yes.
17          Q.      By the time that the flowable
18     fill was poured into the excavation, was
19     the connection within the excavation, the
20     copper connection, made?
21          A.      Yes.
22          Q.      Did anyone ever say to you --
23     anyone at all -- Mr. Parise, Mr. Noone --
24     anyone ever say to you that they were
```



MAGNA
LEGAL SERVICES

Page 208

1    concerned about the liquid that was in

2    the excavation on any of the four days

3    that you were there?

4          A.     Not that I can recall.

5          Q.     And you didn't have any

6    concern.

7          A.     No.

8          Q.     Would you take your Carhartts

9    off at the job site at the end of the

10   day?

11         A.     Yes.

12         Q.     And then throw them in the

13   back of the truck.

14         A.     Yeah.

15         Q.     Where would you do that at?

16         A.     Right on-site.

17         Q.     Like, just standing outside?

18         A.     Yeah.

19         Q.     Did you have to take your

20   boots off to get them off?

21         A.     Sometimes.

22         Q.     What would dictate whether

23   you had to?

24         A.     (No verbal response.)



Page 209

1          Q.      Take your boots off?

2          A.      If I wanted to stand there

3    and jump on one foot or just do it real

4    quick.

5          Q.      Okay.  You mean you'd have to

6    jump on one foot if you took your boots

7    off?

8          A.      Well, no.  If I would want to

9    struggle taking my Carhartts off over my

10   boots.

11         Q.      Oh.  Okay.  Would you sit in

12   your car when you took them off or sit on

13   your car seat at least when you took them

14   off?

15         A.      No.  Sit on the bumper of my

16   truck.

17         Q.      Okay.  So there was -- when

18   you would get to the site each day at the

19   Pilot, would you check in with someone?

20         A.      You'd check in at the kiosk.

21         Q.      Who manned the kiosk?

22         A.      No one.

23         Q.      So what would checking in at

24   the kiosk consist of?



Page 210

 1          A.      You'd have to type in the job
 2    number inside the Pilot and then you get
 3    a little printout.
 4          Q.      Explain to me what you mean.
 5    Would you go into the Pilot, like, store
 6    they had there?
 7          A.      Yes.
 8          Q.      And there was a computer you
 9    could type on?
10          A.      Yes.
11          Q.      Was it designated for
12    contractors or something?
13          A.      Contractors, truckers,
14    everybody.
15          Q.      And would you log on to a
16    website?
17          A.      It was pre -- it was a Pilot
18    in-house thing.
19          Q.      Oh.  And it would ask you to
20    put what, your name in and your company
21    and then your job number or how --
22    what -- what information would you put in
23    there?
24          A.      You give Pilot's number and



Page 211

1  then you would match it to REMCO's

2  number.  Like a PO -- two POs so it would

3  match.  And then you would say on-site

4  and then it would ask you what you are, a

5  vendor, contractor, trucker, and it just

6  kept going and going and going.

7          Q.      What other questions would it

8  ask you?

9          A.      What work you were gonna do,

10  what vendor you were, what contractor you

11  were.  Were you on the right site, were

12  you at this site.

13          Q.      Was there a similar program

14  that was part of your tablet?

15          A.      Not as entailed.

16          Q.      Not as detailed?

17          A.      Yeah.

18          Q.      But the one then on your

19  tablet, you would actually type in a --

20  an indication of when you got to the job

21  site each day?

22          A.      Sometimes, yes.

23          Q.      Was that mandatory that you

24  do that, though?



Page 212

```
 1          A.     Yeah.
 2          Q.     All right.  And you would
 3   type in when you got to the job site.
 4   Would you type in what you were doing
 5   each day?
 6          A.     Yeah.  At the end of the day.
 7          Q.     And would you do that
 8   yourself?  You would type that in?
 9          A.     Sometimes I did it.
10   Sometimes Tim did it.  Sometimes -- the
11   first day, Frank did it.
12          Q.     Well, if we have entries that
13   talk about the aboveground plumber versus
14   the underground plumber for this project,
15   which one would you be?
16          A.     Both.  I did both of them.
17          Q.     Okay.  But you don't remember
18   how -- was there a typical way that you
19   did your entries?  Were there certain
20   words you used all the time or did you
21   use caps or was there --
22          A.     I didn't --
23          Q.     -- any style you used?
24          A.     No.
```


MAGNA
LEGAL SERVICES

Page 213

1          Q.     So REMCO provided some
2    records that have just job descriptions
3    and then a name next to them.  Have you
4    ever seen those type of records?
5          A.     I never seen the -- that end
6    of it.
7          Q.     Okay.
8          A.     That was office stuff.
9          Q.     Did you look at any documents
10   to get ready for your deposition?
11         A.     No.
12         Q.     No documents?  No materials?
13   No one showed you any papers to get ready
14   and read on before your deposition?
15              MR. LYNAM:  I just object to
16         the question.  You actually --
17         you're not allowed to ask that
18         question in federal court.
19              MR. LAMB:  Oh, you're not?
20         Really?
21              MR. LYNAM:  No.  In state
22         court, you can, but federal court,
23         you cannot.  It's attorney-client
24         privilege.



Page 214

1                   MR. LAMB:  Learn something

2           new every day.

3                   MR. LYNAM:  He knew it.  He

4           knew it.

5                   MR. LAMB:  Tom knew it?

6                   MR. LYNAM:  Yeah.

7                   MR. LAMB:  Tom --

8                   MR. VILLARI:  Oh, you weren't

9           at those depositions --

10                  MR. HARRINGTON:  That's just

11          because I'm so much older than the

12          rest of you.

13                  MR. LAMB:  I'm not gonna

14          debate that fact.  But there you

15          go.  See.

16                  MR. LYNAM:  Yeah.

17                  MR. LAMB:  New -- learn

18          something every day.

19     BY MR. LAMB:

20          Q.   So you haven't seen those

21     REMCO documents that are the printouts of

22     what you did on a particular day or

23     anything like that?

24          A.   Not that I can recall, that I



Page 215

1    remember or anything.

2         Q.    So I am going to hand you

3    what we marked as -- we did it Exhibit 1

4    for this deposition.  And just -- just

5    take a look at this if you would and tell

6    me if you've ever seen this before.

7              MR. LAMB:  Can we get the air

8         turned off?

9              MR. HARRINGTON:  Cold now?

10             MR. LAMB:  I was never hot.

11        Now I'm freezing.

12             MR. HARRINGTON:  Okay.

13             MR. LAMB:  Are you cold?

14             MR. VILLARI:  (Counsel

15        indicating.)

16             MR. LAMB:  Are you -- you're

17        not cold?

18             MR. VILLARI:  I'm all right.

19             Are you all right?

20             JOY MARINO:  I'm okay.

21             MR. LAMB:  It's getting a

22        little chilly.

23             JOY MARINO:  It's getting

24        there.



Page 216

```
 1                 MR. LAMB:  Yeah.
 2                 MR. HARRINGTON:  I'll take
 3          care of it.  All right.  Go ahead.
 4                 MR. LAMB:  Do you want us to
 5          go without you?
 6                 MR. HARRINGTON:  Go without
 7          me.
 8                       -   -   -
 9                 (Whereupon, Mr. Harrington
10          left the deposition room.)
11                       -   -   -
12                 THE VIDEOGRAPHER:  Do you
13          want me to go off?
14                 MR. LAMB:  No, no.  We're
15          going to keep on going.
16                 Just take your time to look
17          at that.
18                 MR. LYNAM:  Any particular
19          piece of it or no?
20                 MR. LAMB:  No.  My first
21          question is has he ever seen it
22          before.  Then we'll go through it.
23                 THE WITNESS:  I don't
24          remember if I seen it.
```



Page 217

```
 1                    MR. LYNAM:  Wait for his
 2         question.
 3   BY MR. LAMB:
 4         Q.    That -- that's your first
 5   question.  Have you ever seen it before?
 6         A.    I don't remember if I seen
 7   it.
 8         Q.    Okay.  Can I grab that back
 9   from you?
10         A.    Yes.
11         Q.    When you were hired at REMCO
12   either time, do you remember being given
13   a safety policy book?
14         A.    I remember a handbook.
15         Q.    But you don't know if it --
16   if it's this one that I just showed you
17   that's Exhibit 1?
18         A.    I don't know if it's that
19   one.
20                    MR. LAMB:  Okay.  We'll make
21         this Marino 1.  We can change the
22         sticker.
23                       -   -   -
24                    (Whereupon, Mr. Harrington
```



Page 218

1          returned to the deposition room.)

2                        -   -   -

3              MR. HARRINGTON:  Mike is on

4          his way.

5          Q.    When you worked for REMCO,

6    did you think that the company followed

7    the basic objective that people and

8    property are the company's most important

9    company assets?

10         A.    Yeah.  I guess.

11             MR. LYNAM:  No, no, no.  We

12         don't want --

13             THE WITNESS:  I -- I mean --

14             MR. LYNAM:  We don't want you

15         guessing.  If they told you that --

16         Q.    I can reask the question.

17         A.    Yeah.  Reask.

18             MR. LAMB:  Can you just read

19         it back?  'Cause I don't know if I

20         can formulate it that way again.

21                        -   -   -

22             (Whereupon, the pertinent

23         portion of the record was read.)

24                        -   -   -



Page 219

1          A.      (Continued) Yes.

2          Q.      Did -- when you were working

3   for REMCO, did you share the company's

4   goal that the elimination of injuries to

5   people and damage to property was -- was

6   their single goal or your single -- let

7   me ask it a different way.

8                MR. LYNAM:   I just object to

9          the form.

10         Q.      (Continued) Was one -- was

11  your goal to eliminate the potential for

12  injuries to people when you worked for

13  REMCO?

14         A.      It never really crossed our

15  mind.  It's not like we -- like I recited

16  that.

17         Q.      Okay.  So when you were there

18  on Monday, Tuesday, and Wednesday and Mr.

19  Noone was not there, were you the job

20  superintendent?

21         A.      (No verbal response.)

22         Q.      Would REMCO have designated

23  you as job superintendent?

24         A.      No.  I was foreman.



Page 220

1          Q.     You were the job foreman.

2                 Who was the job

3    superintendent?

4          A.     I guess that would be -- I

5    don't know who that would be.

6          Q.     Well, there was only you and

7    Mr. Parise on-site; right?

8          A.     Correct.

9          Q.     So he was not the job

10   superintendent, right, 'cause he was

11   junior to you.

12         A.     Yes.

13         Q.     Were you aware that REMCO had

14   indicated that the job superintendent was

15   responsible for a continuous survey of

16   his or her operations so that he or she

17   is aware of the principal sources and

18   causes of possible injury or losses due

19   to unsafe physical conditions and unsafe

20   work practices or procedures?

21                MR. LYNAM:  Let me just

22          object to the form.  You're saying

23          generally that's their position.

24          Not with respect to this job?



Page 221

```
 1              MR. LAMB:  (Counsel
 2         indicating.)
 3              MR. LYNAM:  No, no.  What
 4         you're saying is are you aware that
 5         REMCO said this, that, and the
 6         other thing.  Are you asking him if
 7         somebody from REMCO communicated
 8         that to him with respect to this
 9         job?
10              MR. LAMB:  No, no.  I'll ask
11         it again.
12         Q.    (Continued)  Were you aware
13    that within REMCO's organization, there
14    was a job superintendent for every job?
15         A.    No.
16         Q.    You were not aware of that.
17         A.    We weren't -- it wasn't for
18    every job, no.
19         Q.    Were -- were there jobs you
20    were on where there was a job
21    superintendent?
22         A.    Construction jobs, yes.
23         Q.    Not service jobs.
24         A.    No.
```



Page 222

```
 1          Q.     And construction -- but
 2     you -- did you do any construction jobs
 3     with REMCO?
 4          A.     Yes.
 5          Q.     During your first tenure or
 6     second tenure?
 7          A.     Both.
 8          Q.     I thought during your second
 9     tenure, you were doing mostly the jet
10     work?
11          A.     Jet work.
12          Q.     But that wouldn't be a
13     construction job.
14          A.     No.
15          Q.     So during your second tenure,
16     you were mostly doing the jet work.  You
17     weren't doing construction projects;
18     right?
19          A.     Not much, no.
20          Q.     Okay.
21          A.     But I still went on them with
22     the jetter and stuff.
23          Q.     Oh.  So you'd go on to a
24     construction job with the jetter?
```



Page 223

```
 1          A.      Yeah.   We had to jet out some
 2   lines.
 3          Q.      When they were doing new
 4   construction?
 5          A.      Yeah.
 6          Q.      But if they were new lines,
 7   why would they be jetted out?
 8          A.      Packed with stone from a pipe
 9   getting broken off.   Gotta blow the
10   stones outs.
11          Q.      Okay.   So you're saying there
12   was no job superintendent on the job that
13   you were doing at Pilot.
14          A.      The superintendent on that
15   job would have been the person from
16   Sovereign that was there monitoring
17   everything.
18          Q.      Okay.   Did they tell you how
19   to do your job, this person from
20   Sovereign?
21          A.      No.
22          Q.      Did they stand around the
23   excavation and monitor it continuously
24   for conditions?
```



Page 224

1          A.     No.  But that's what they
2    were there for.
3          Q.     How do you know that?
4          A.     'Cause that's what they were
5    for.  They were monitoring their job.
6          Q.     Who -- who told you that?
7          A.     I just assumed.  I'm signing
8    their paper for billing.  They were in
9    charge of the job.
10          Q.     What did they do other than
11   have you sign a paper that indicated to
12   you that -- that Sovereign was in charge
13   of the job?
14          A.     That's what I assumed.
15          Q.     No.  That's not my question,
16   though.
17                What actions did the two
18   people from Sovereign, the man and the
19   woman, do that indicated to you that they
20   were in charge of the job that you were
21   doing?
22          A.     (No verbal response.)
23          Q.     Other than asking you to sign
24   a sheet of paper at the beginning and end



Page 225

1    of each day?

2          A.     That was it.

3          Q.     I mean, you said they didn't

4    even talk to you about what you were

5    doing.

6          A.     No.

7          Q.     They didn't give you any type

8    of advice on how to do it?

9          A.     No.

10         Q.     They didn't tell you what

11   tools to use?

12         A.     No.

13         Q.     And did anyone from Sovereign

14   tell you to stop working?

15         A.     No.

16         Q.     Did anyone from Sovereign

17   tell you when you could take your breaks?

18         A.     No.

19         Q.     They didn't tell you when to

20   take lunch; right?

21         A.     No.

22         Q.     And when to end your workday.

23   That was up to you?

24         A.     Correct.



Page 226

1          Q.     And your means and methods of

2    achieving what you were doing was your

3    choice of how you wanted to dig the hole,

4    fill the hole in, fix the pipe, all those

5    things.

6          A.     Correct.

7          Q.     Okay.  So did you feel when

8    you were on the job at the Pilot that you

9    were supposed to conduct a continuous

10   survey of the operations so that you were

11   aware of the principal sources and causes

12   of possible injury or losses due to

13   unsafe physical conditions and unsafe

14   work practices or procedures?

15         A.     You always looked out for

16   your safety.

17         Q.     Okay.  So you did feel you

18   had those responsibilities?

19         A.     On the plumbing end of it,

20   yes.

21         Q.     Did any of the safety people

22   from REMCO stop by the job site on any of

23   the four days when you were at Pilot?

24         A.     No.



Page 227

1          Q.     Did you ask them to?

2          A.     No.

3          Q.     Did you make anyone in the

4    safety hierarchy at REMCO or any of the

5    safety people aware of the presence of

6    the liquid in your excavation?

7          A.     No.

8          Q.     Did you think you had a

9    responsibility as the supervisor of Mr.

10   Parise to -- for his individual safety,

11   health, and well-being?

12         A.     In a way, 'cause once I got

13   wet, I told him not to get wet.

14         Q.     Was that because you were

15   concerned about his well-being?  You

16   didn't want him to get wet?

17         A.     No.  'Cause once I was wet,

18   there was no need for him to get wet.

19         Q.     So was that a safety issue or

20   was that just being a nice guy?

21         A.     Nice guy.

22         Q.     Okay.  But my question was a

23   different question.  Did you have a

24   concern for the safety, health, and



Page 228

```
 1   well-being of Mr. Parise on that job
 2   site?
 3           A.     I didn't have no concerns.
 4           Q.     Okay.  Did you try to ensure
 5   the safety, health, and well-being of Mr.
 6   Parise when he worked on that job site?
 7           A.     To an extent.
 8           Q.     And how did you do that?
 9           A.     Watched when I was on the
10   excavator and when we were digging,
11   making sure everything was coned off.
12           Q.     Okay.  Anything else?
13           A.     Made sure we had our breaks.
14           Q.     Now, was he ever exposed to
15   the liquid that was in the excavation on
16   any of the four days?
17                  MR. LYNAM:  Objection to the
18           form.
19                  Go ahead.
20           Q.     (Continued) I'm sorry.  I'll
21   be more clear.
22                  Was Mr. Parise exposed to --
23                  MR. LAMB:  You don't like the
24           word exposed?
```



MAGNA
LEGAL SERVICES

Page 229

1          Q.     (Continued) Did Mr. Parise --

2               MR. LYNAM:  Yeah.  I don't

3          know what you mean by that.

4          Q.     (Continued) Yeah.  Did Mr.

5     Parise ever get wet from the liquid that

6     was in the excavation over any of the

7     four days?

8          A.     I don't know.

9          Q.     You don't know if he ever

10    was -- stepped into it, stepped into the

11    water, the liquid --

12         A.     Well, I don't know if he was

13    wet.  He could have stepped in it.

14         Q.     Well, would you not get wet

15    if you stepped in it?  I mean --

16              MR. LYNAM:  I think the --

17              MR. LAMB:  Okay.

18              MR. LYNAM:  -- problem with

19         the question, Pat, are you talking

20         about his skin or his shoes?

21              MR. LAMB:  I'll ask it again.

22         I'll ask it again.

23         Q.     (Continued) Did Mr. Parise

24    wear rubber boots on any of the days that



Page 230

1    he was on the job site?

2           A.    I'm not exactly sure if had

3    rubber boots or regular boots on.    I

4    didn't pay --

5           Q.    He said at one point he put

6    on yellow rubber boots.   Do you remember

7    seeing him walking around in yellow

8    rubber boots?

9           A.    I don't remember.

10          Q.    And he said that also he

11   believed at some point that you put

12   rubber boots on.   But you don't recall

13   ever putting yellow boots on.

14          A.    No.

15          Q.    And you're -- you're sure

16   about that?

17          A.    I'm positive.

18          Q.    And you don't recall whether

19   he had them on or not?

20          A.    I don't remember if he had

21   them on.

22          Q.    Did Mr. Noone wear boots at

23   all, rubber boots?

24          A.    Don't remember if he had them



Page 231

1    on or not.

2           Q.    Did REMCO ever tell you that

3    it was vitally interested in safety and

4    that you were to look to promote safety

5    within your crew or crews?

6           A.    We always looked out for

7    safety.  Like I said, we would always

8    look out for something.

9           Q.    Did you guys -- did you and

10   Mr. Parise or you, Mr. Parise, and Mr.

11   Noone have a toolbox talk each day before

12   you started work or just a quick talk

13   about what you were going to do and the

14   safety concerns?

15          A.    No.

16          Q.    Did you ever attend a toolbox

17   talk while you were at REMCO?

18          A.    When?

19          Q.    Either time.  The first or

20   second time you were there.  Did you ever

21   attend a toolbox talk meeting?

22          A.    Every now and then, we had

23   them.

24          Q.    What was every now and then?


MAGNA
LEGAL SERVICES

Page 232

1          A.     Like when I would be on a

2   construction site, you had them once a

3   week.

4          Q.     What about when you were on

5   service sites?

6          A.     I don't remember when we had

7   them all.

8          Q.     Okay.

9               MR. VILLARI:  Do you notice

10          how nice I'm being to you today,

11          Pat?

12              MR. LYNAM:  Why?  Is it about

13          to end?

14              MR. VILLARI:  I was just

15          asking.

16              I have been nice to you

17          today, too.

18              MR. HARRINGTON:  (Counsel

19          indicating.)

20              MR. VILLARI:  I may need

21          another one of those later.

22   BY MR. LAMB:

23          Q.     Was there an instance where

24   Mr. Noone asked you to put a hard hat on



Page 233

1    on the job site and you did not do so?

2         A.    I don't remember.

3         Q.    Did -- did REMCO teach you

4    lockout/tagout responsibilities?

5         A.    Yes.

6              MR. LAMB:  All right.  Let's

7         take a break.  We're out of video

8         again.

9              THE VIDEOGRAPHER:  We're now

10        going off the record.  The time is

11        1:32 p.m.

12                  -   -   -

13             (Whereupon, a brief recess

14        was taken.)

15                  -   -   -

16             THE VIDEOGRAPHER:  Now back

17        on the record.  The time is 1:36

18        p.m.

19   BY MR. LAMB:

20        Q.    Mr. Marino, let me say, your

21   attorney just asked if you were okay.  It

22   reminds me.  If there's a time when you

23   get to -- where you say to yourself, I

24   need to take break or I need to stop, you



Page 234

1   don't have to be Cal Ripken or the iron

2   man here.  You know what I mean?  Just

3   whatever we've got to do, we will -- we

4   will accommodate you.

5           I don't want you -- I don't

6   want you to get to a point where you're

7   so tired you have to say, the last 20

8   minutes of what I said, I don't even know

9   what I was saying.  Do you know what I

10  mean?

11      A.    All right.

12      Q.    So just make sure you're

13  okay.

14      A.    Yeah.

15      Q.    It does us no good if you're

16  not with us and, you know, understanding

17  what's going on.

18          Sorry.  I just have to

19  swallow.

20          In the safety policy for

21  REMCO, they have a section 10.  And it

22  says:  List of hazardous chemicals.  And

23  I'll be happy to show it to you and I am

24  not going to try to trick you.  I just



Page 235

1    want to ask you some questions generally

2    before you look at it.

3              Did the -- did anyone from

4    REMCO give you any what's called material

5    safety data sheets for any of the jobs

6    you ever did for them?

7         A.    Not that I can recall.

8         Q.    Okay.  And material safety

9    data sheets are also abbreviated as MSDS

10   sheets.  Did anyone ever give you any

11   MSDS sheets from REMCO?

12        A.    Not that I can remember.

13        Q.    When you went to Pilot to do

14   the work at this gas station that

15   obviously had gasoline and diesel, did

16   anyone from REMCO give you any type of

17   information just about the safety aspects

18   of gasoline or diesel?

19        A.    No.

20        Q.    Okay.  And I think you've

21   already testified no one talked to you

22   about that either.

23        A.    No.

24        Q.    Did anyone ever give you an


MAGNA
LEGAL SERVICES

Page 236

1    MSDS for the primer and the glue that

2    would be used on PVC piping?

3           A.    It was probably put in our

4    trucks.

5           Q.    Did you ever see it?

6           A.    Not that I remember.

7           Q.    All right.  Did anyone ever

8    give you an MSDS for the flux or for the

9    solder that you would use on copper

10   pipes?

11          A.    Probably if there was one, we

12   probably had it in our truck somewhere.

13          Q.    Or -- but you don't know.

14          A.    I don't know.

15          Q.    The jetting that you did --

16   let me -- let me jump away from this

17   hazardous chemicals.  We'll come back to

18   it.

19                But the jetting work that you

20   did, explain to us what that is.  Like,

21   you get to a job site.  Tell us what the

22   machine is, how you would set it up, what

23   would be shot through the pipes, kind of

24   what happened there.



Page 237

1           A.      It's just a tank that holds

2    like 500 gallons of water and it goes

3    through a motor that creates pressure

4    like a pressure hose.  Pressure washer.

5    But instead of having a handle on it, the

6    handle's back at the machine.  You stick

7    it in the plumbing pipe, push it down,

8    turn it on, and it takes off.

9           Q.      And it just shoots everything

10   out of the pipe.

11          A.      4300 PSI of water.

12          Q.      Wow.  Okay.  So is that

13   gas-driven, that pump?

14          A.      It's diesel.

15          Q.      Diesel.

16          A.      (Witness nods head.)

17          Q.      And would you have to fill

18   that up when you did the jetting?

19          A.      Not much.  Didn't use much --

20   every now and then, you'd have to fill

21   it, of course.

22          Q.      So you would go jet a line

23   at, like, a supermarket or -- or a big

24   office building or something like that.



Page 238

```
1            A.      Yeah.
2            Q.      Is that because of natural
3   maintenance of the lines or because the
4   lines are clogged?
5            A.      Maintenance and 'cause the
6   line's clogged.
7            Q.      Okay.  And would you have to
8   warm up the -- the machine, the pump and
9   the motor?
10           A.      Yeah.
11           Q.      So it would have to run a
12  little time -- warm up before you'd
13  actually start doing the procedure.
14           A.      Correct.
15           Q.      And how big was the fuel tank
16  on that thing?
17           A.      I don't know how many gallons
18  it was.
19           Q.      Did you get the impression it
20  was more gallons than, like, a car gas
21  tank?
22           A.      No.
23           Q.      Okay.  So it was probably
24  less than 20?
```



Page 239

```
 1        A.     Yeah.
 2        Q.     Did you get the idea it was
 3   less than 10?
 4        A.     I don't.
 5        Q.     When you would -- when you
 6   would gas it up or fill it up with
 7   diesel, would you take it straight to the
 8   service station or would you use a -- a
 9   container of diesel that you had ready to
10   go?
11        A.     To the service station.
12        Q.     All right.  And do you
13   remember how much the average cost was to
14   fill it up?
15        A.     40.  40 bucks.
16        Q.     Okay.  All right.  And you
17   would do that, that jetting?
18        A.     Me and I had a helper.
19        Q.     And were you -- the jetting
20   that was being done, it seemed like the
21   second time you were at REMCO, which was
22   July 2013 through -- to 2014, you were
23   mostly doing the jetting during that
24   time; right?
```



Page 240

1          A.     Correct.

2          Q.     Now, someone described it as

3    kind of a dirty, messy job, I thought, in

4    one of your performance reviews.  Was it

5    a messy job?

6          A.     Certain jobs.

7          Q.     What would make them messy?

8    I'm -- I'm -- I didn't get -- I got the

9    impression you just kind of put the tube

10   in the pipe and start the machine and it

11   would shoot itself out.

12         A.     It would go down the line and

13   the cleanup plug came off and the water

14   would came out and run onto the floor.

15         Q.     Oh.  So would you have to

16   clean that up then?

17         A.     Yeah.  You just squeegee it

18   up.

19         Q.     Okay.  Fair enough.  Any

20   chemicals placed into that water?

21         A.     No.

22         Q.     Did you jet pipes when you

23   originally worked for REMCO from April

24   2008 to December of 2011?



Page 241

1          A.      Yes.

2          Q.      Did you do it that whole time

3    you were there?

4          A.      Whenever the job arose and

5    you were the one that was given that job,

6    yeah.

7          Q.      So your first stint at REMCO

8    was about three and a half years.   A

9    little over three and a half years.   So

10   how many -- how much of that three and a

11   half years -- what percentage of that

12   would have been doing the jet work?

13         A.      Not even a quarter.

14         Q.      Not even a quarter.   Okay.

15               Was there a place at REMCO

16   where material safety data sheets were

17   kept in the safety department office?

18         A.      I'm not sure.

19         Q.      Do you know if there was any

20   place at REMCO where they kept material

21   safety -- safety data sheets?

22         A.      Not exactly sure where they

23   would keep it.

24         Q.      Now, the REMCO safety policy



Page 242

1    says that -- under employee training--

2    under section 10, which is the hazardous

3    chemical section, indicates that -- and

4    I'll quote this.  It says:  Initially,

5    all employees may be required to attend a

6    training on hazardous -- or training

7    session on hazardous chemicals in their

8    work area.  The training session should

9    cover the following.  And then it has a

10   list.

11              And before I go down the

12   list, were you ever brought to a training

13   session by anyone at REMCO to discuss

14   hazardous materials in your work area or

15   hazardous chemicals in your work area?

16        A.     I'm not sure if we had a

17   video that we watched when we got hired

18   or -- we watched a whole bunch when we

19   got hired.

20        Q.     You don't remember?

21        A.     I don't remember.

22        Q.     It's possible it happened but

23   you don't remember.

24        A.     Correct.



Page 243

1          Q.     And do you remember --
2    whether or not you remember it, do you
3    remember any training you ever received
4    on dealing with hazardous chemicals?  At
5    any employer.
6          A.     At some of the employers,
7    stay away if it was -- if you thought it
8    was hazardous, stay away and the correct
9    people would be there to determine.
10         Q.     Did anyone ever teach you
11   that if you confronted a liquid that you
12   didn't know the source of and didn't know
13   what it was that you should step away
14   from it and get someone and call a
15   supervisor or a safety person?
16         A.     Yeah.
17         Q.     Who taught you that?
18         A.     Well, it's common sense.
19         Q.     Okay.  So if -- if you were
20   doing a job and you confronted a liquid
21   that you didn't know what it was, you
22   would step away and call a safety person.
23         A.     Yeah.  If -- if there was
24   nobody there to tell you who it was, yes.



Page 244

```
 1          Q.      Tell you what it was, you
 2    mean.
 3          A.      Yes.
 4          Q.      Okay.  So there was no
 5    training session where anyone indicated
 6    to you or reviewed the chemicals that
 7    could be present in your workplace
 8    operations while you were at REMCO.
 9          A.      I'm not saying that they
10    didn't.  I just don't remember exactly --
11          Q.      Okay.  Let me ask you a
12    question I haven't asked you today.
13    Has -- does your kidney condition and the
14    dialysis that you get, does that affect
15    your memory at all or do any of the
16    medications you're taking affect your
17    memory?
18          A.      Yes.
19          Q.      How do they affect your
20    memory?
21          A.      (Witness indicating.)
22          Q.      If you know.  Or has someone
23    described it to you?
24          A.      I don't know exactly what it
```



Page 245

1    is.   It's...

2         Q.     Do you feel your memory is

3    not as good as it used to be?

4         A.     Sometimes.

5         Q.     Okay.  So if I were to show

6    you -- if someone from REMCO were to

7    say -- come in and say, no, hey, listen,

8    Mr. Marino, he definitely received this

9    training session on hazardous chemicals,

10   there's no question in my mind that we

11   taught him all this stuff, would you be

12   able to debate them at this point or

13   would you -- would you disagree with them

14   that they did that?

15        A.     I wouldn't -- like I said, we

16   did a whole bunch of safety stuff in the

17   beginning.  It was a whole day.  You sat

18   there for eight hours and watched videos.

19        Q.     But you don't remember it

20   now.

21        A.     Yeah.  I don't remember it.

22        Q.     Did you have any trouble --

23   to your memory, did you have any trouble

24   understanding those videos or those



MAGNA
LEGAL SERVICES

Page 246

1    instructions at the time that you

2    received them?

3           A.     No.

4           Q.     Okay.  Working at this Pilot

5    gas station, was that a routine thing for

6    you or was that something different than

7    you normally did at REMCO?

8           A.     What do you mean by...

9           Q.     Sure.  And -- and the safety

10   manual talks about nonroutine tasks.  I

11   guess there are certain routine tasks

12   that you did all the time --

13          A.     Yeah.

14          Q.     -- like the jetting of the

15   lines and certain nonroutine tasks.

16                 And what I'm asking is, let's

17   be specific and say going to a gas

18   station, excavating out a hole, and going

19   down into that hole and also going down

20   into a manhole next to it, was that a

21   routine task for you or was that

22   something kind of unique that you hadn't

23   done that often?

24          A.     We haven't done that often.



Page 247

1          Q.     Had you ever gone down into a

2    manhole at a gas station before March

3    2014?

4          A.     Not at a gas station, no.

5          Q.     Had you ever excavated soil

6    or dug -- dug a pit or excavation or hole

7    at a gas station before March of 2014?

8          A.     Not that I can remember.

9          Q.     Okay.  So if I -- if I said

10   that that work was nonroutine for you,

11   meaning it wasn't something you routinely

12   did, would that be fair?

13         A.     Correct.

14         Q.     Okay.  And REMCO says that if

15   you were doing something, meaning, you,

16   Mr. Marino, their employee, that was

17   nonroutine, that prior to starting the

18   work on that project, each affected

19   employee, meaning you, Mr. Marino, will

20   be informed by the safety director about

21   hazards to which they may be exposed and

22   appropriate protective safety measures.

23   For instance, using a respirator or

24   getting proper ventilation.



Page 248

1          Did anyone from REMCO, the

2   safety director or anyone else, talk to

3   you about the hazards that you may be

4   exposed to at Pilot?

5          A.    No.

6          MR. LAMB:  I'll leave this

7      right there.

8          Q.    I'm going to hand you what

9   we've marked as Marino 2.  Make sure your

10  counsel sees it, too.

11         MR. LYNAM:  What --

12         MR. LAMB:  And just let me

13     hold it before I do.

14         MR. LYNAM:  Yeah.

15         Q.    (Continued) This is a listing

16  that's titled the following is a summary

17  of the REMCO Inc. Safety Program and

18  Training.  This was contained in the

19  materials that we received that come --

20  that were your employment file from

21  REMCO.

22              So what I'm going to ask you

23  is -- I'm going to show it to your

24  attorney first.  He's going to take a



Page 249

1   look at it.  But then when you get it, I

2   want you to tell me if you recall going

3   through all of these safety topics or if

4   this is any -- in any way refreshes your

5   recollection as to the safety topics that

6   REMCO taught you when you worked there on

7   the first or second time.

8            MR. LAMB:  (Counsel

9        indicating.)

10           MR. LYNAM:  Thanks.

11           Uncomfortable chairs.

12           MR. LAMB:  Well, why don't we

13       take a second and go switch the

14       chairs.  I -- I mean, there --

15       there's a ton of nice chairs in the

16       next room.

17           MR. LYNAM:  It's okay.

18           MR. LAMB:  I couldn't do it.

19       I mean, my back and my hamstring is

20       so bad, I -- I just couldn't do it

21       after two hours.  It was killing

22       me.

23   BY MR. LAMB:

24       Q.    Okay.  Let's go back.



Page 250

1    There's a question pending, but I'll

2    restate and rephrase the question.

3              Looking at what we marked as

4    Marino 2, does that refresh your

5    recollection in any way as to the safety

6    training you received from REMCO?

7         A.    Yes.

8         Q.    Tell me how it refreshes your

9    recollection.

10        A.    I remember going through some

11   of it.

12        Q.    Okay.  What do you remember

13   going through?

14        A.    The lockout/tagout.  The

15   forklift.  The safe driving.  The scissor

16   lifts.  Vehicle reports.

17        Q.    Okay.  Do you remember the

18   workplace safety DVD or DVDs indicated in

19   the first paragraph there?

20        A.    What sticks in my mind is

21   forklift training.

22              MR. HARRINGTON:  Is what?

23              THE WITNESS:  The forklift

24        training.

Page 251

1           Q.      That's fine.  I mean,

2    sometimes -- yeah.  You never know what's

3    going to stick in your mind; right?

4           A.      Yeah.

5           Q.      Okay.  So we're done with

6    that.  You can -- you can hand that back

7    to me if you would, please, and I'll put

8    that in the pile here.  Thank you.

9    Unless you need to look at it.

10          A.      (Witness indicating.)

11          Q.      This is -- we've marked this

12   as Marino 4 and this is a truck report.

13   And tell us what this is if you recall,

14   please.

15                  MR. LYNAM:  (Counsel

16          indicating.)

17                  MR. LAMB:  Oh.  Sorry, Tom.

18          A.      The good old truck reports.

19          Q.      I'm sorry.  Do you know what

20   it is?

21          A.      Yes.

22          Q.      Oh.  Could you tell us what

23   it is?

24          A.      It's the truck reports.


MAGNA
LEGAL SERVICES

Page 252

1          Q.      How about a little more

2    detail than that, Mr. Marino.

3                  MR. LYNAM:  Ask him for

4          detail.

5          Q.      (Continued) Could you provide

6    us a little more detail than that?

7          A.      You got a -- I believe it was

8    either at the 1st of the month or the end

9    of the month and you have to put down all

10   your vehicle information and go down and

11   check what was working and what was not.

12         Q.      Did REMCO ever have something

13   similar to that but for safety equipment

14   where each month you'd have to check off

15   what safety equipment you had on your

16   truck?

17         A.      Not that I remember.

18         Q.      Okay.  Did -- how did REMCO

19   confirm that you had the necessary safety

20   equipment to do your job?

21         A.      When you were hired, you were

22   given earplugs, goggles, and a hard hat.

23         Q.      Okay.  And they just assumed

24   you kept those the whole time.



Page 253

```
 1          A.      Correct.

 2          Q.      They didn't give you gloves?

 3          A.      Yes.  Well, yeah, gloves.

 4          Q.      Oh.  They gave you gloves.

 5          A.      Yes.

 6          Q.      And describe those gloves

 7   again.  Were they -- you said something

 8   like they had a rubber palm and a cloth

 9   back?  I don't want to mischaracterize

10   them.  Just tell me how they were.

11          A.      You can go to Home Depot and

12   get whatever gloves -- like leather

13   gloves or the rubber gloves.

14          Q.      And they would reimburse you,

15   REMCO?

16          A.      You would just put it on your

17   company credit card.

18          Q.      Okay.  And did you on any of

19   the four days you were working at Pilot,

20   ever go back to Home Depot to get

21   different types of gloves to work in that

22   situation?

23          A.      No.  I had a -- you could buy

24   them by bulk.  And I -- once every so
```



Page 254

1    often when I'd run low, I would go get

2    new ones.  So I had those.

3          Q.    Was it those -- I think I use

4    the same ones.  The gray fabric ones

5    where the inside is, like, a -- it's

6    either a gray or a red rubberized thing

7    and the back of it is just, like,

8    loose-knit cloth?

9          A.    Correct.

10         Q.    And they just come in, like,

11   small, medium, large?

12         A.    Yes.

13         Q.    You buy like 6 pairs for 10

14   bucks or something?

15         A.    Yes.

16         Q.    Okay.  They're disposable

17   basically.

18         A.    Yes.

19         Q.    Okay.  So they're not

20   waterproof.

21         A.    No.

22         Q.    I want to bring you back to

23   the excavation for a second.  When --

24   you -- you seem to have said a couple



Page 255

1    times that the liquid in the -- in the

2    excavation was up to your knees?

3            A.      (Witness nods head.)

4            Q.      How did you ever access the

5    pipe to fix it?

6            A.      You would dig the hole deeper

7    than what you needed.

8            Q.      Okay.

9            A.      And then put the pump in

10   there and do your work.

11           Q.      But didn't you tell me that

12   your first -- your own pump broke.

13           A.      Yes.

14           Q.      So it was the pump truck

15   pump.

16           A.      Yes.

17           Q.      So are you saying the pump

18   truck could pump enough liquid out that

19   you could do the work?

20           A.      Yes.

21           Q.      So how much liquid -- while

22   you were actually doing the pipe repair,

23   how much liquid was in the excavation?

24           A.      The whole pit was solid mud.



Page 256

 1          Q.     But that wasn't my question.
 2   My question was:  While you were actually
 3   doing the -- you were actually working on
 4   the pipe, putting the coupling in,
 5   attaching the two pieces of copper in
 6   that excavation, how much water -- how
 7   much liquid was in that excavation?
 8          A.     It was maybe... almost knee
 9   height.  'Cause like I said, we dug the
10   hole deeper than what we really needed.
11   That way, we could have -- be able to
12   work.
13          Q.     Well, I guess what I don't
14   understand was -- was the -- so even
15   while the truck was pumping, the -- the
16   liquid in the hole was still knee height?
17          A.     Well, yeah.  'Cause you would
18   sink in the mud and the water would fill
19   it in.  That's how it was...
20          Q.     So this -- this pump -- this
21   giant pump truck is there and it's
22   pumping full steam but it's not able to
23   keep up with the liquid that's coming
24   into the hole?



Page 257

```
 1          A.     Well, 'cause then it would

 2    suck the mud and then it would have to

 3    get moved into a different hole till that

 4    hole filled up.  And you'd move it back.

 5    You were moving it back and forth.

 6          Q.     Was there more than one --

 7    more than one bottom to the excavation?

 8          A.     Yeah.  I'd put a couple

 9    scoops in for -- you want to make a low

10    point.  That way, the water will go to

11    the low point first.

12          Q.     So are you saying that there

13    was enough water that it filled up your

14    low point and then started filling up

15    your work area, too?

16          A.     Yes.

17          Q.     So if your work area got to

18    knee height, your low point might have

19    been to waist height?

20          A.     Yes.

21          Q.     So that's a lot of water.

22                 MR. VILLARI:  Objection.

23                 MR. LYNAM:  Objection to the

24          form.
```



Page 258

1          Q.    I mean, am I wrong?  Is

2     that -- if it's up to waist height in one

3     part of the excavation and knee height in

4     your part of the excavation, that's a lot

5     of liquid in there; right?

6          A.    Yes.

7          Q.    You can -- if you -- you can

8     keep that or give it back.  It doesn't

9     matter.

10         A.    (Witness indicating.)

11         Q.    Thank you.

12              So at one point, did you

13     apply for workers' compensation from

14     REMCO?

15         A.    Not that I remember.

16         Q.    Okay.  Did you ever put REMCO

17     on notice that you thought that your --

18     the issues with your kidneys were related

19     to work that you did at REMCO?

20         A.    Yes.

21         Q.    When did you do that?

22         A.    I'm not exactly sure when the

23     date was.

24              MR. HARRINGTON:  I can't hear



Page 259

1          you.  I'm sorry.

2                THE WITNESS:  I don't

3          remember when the date was.

4          Q.    Okay.  But you did do that.

5          A.    Yes.

6          Q.    Did you apply for workers'

7    compensation benefits?

8                MR. LYNAM:  He -- he just

9          answered that question.  I don't

10         think he understands --

11               MR. LAMB:  Well, I'm not sure

12         he understood it the first time I

13         asked it.  That's why I'm asking it

14         again.

15               MR. LYNAM:  I think he still

16         doesn't understand it.  So you

17         might want to ask it another way.

18               MR. LAMB:  Sure.  Sure.

19               MR. LYNAM:  Because he's not

20         involved in the application

21         process.

22               MR. LAMB:  Well, that's

23         probably -- that's a good point.

24               MR. LYNAM:  He's got to talk



Page 260

```
 1              to his HR person.

 2                   MR. LAMB:   That's a good

 3              point.   Okay.

 4  BY MR. LAMB:

 5              Q.    So you put REMCO on notice at

 6  some point that you thought your kidney

 7  issues were related to work you did at

 8  REMCO.  Is that right?

 9              A.    Yes.

10              Q.    Did REMCO then talk to you

11  about a workers' compensation claim?

12              A.    I haven't heard anything.

13              Q.    Did -- did anyone from human

14  resources at REMCO talk to you?

15              A.    No.

16              Q.    Do you know if they talked to

17  your wife?

18              A.    I'm not sure.

19              Q.    Do you know if they talked to

20  your attorneys?

21              A.    I'm not sure.

22              Q.    Do you know what workers'

23  compensation is?

24              A.    Yes.
```



Page 261

1          Q.      'Cause you got workers' comp

2    for your foot?

3          A.      Yes.

4          Q.      Back when you worked for

5    whomever -- I forget -- Worth & Company

6    or someone, you hurt your foot; right?

7          A.      Correct.

8          Q.      So have you received any

9    benefits, workers' compensation benefits?

10          A.      No.

11          Q.      You did apply for short-term

12    disability, though; right?

13          A.      Correct.

14          Q.      And you got payments through

15    short-term disability?

16          A.      Correct.

17          Q.      Have you gotten payments from

18    anywhere else since the time that you,

19    you know, developed the kidney issues?

20          A.      Short term and Social

21    Security.

22          Q.      Are you on Social Security

23    disability?

24          A.      Yes.



Page 262

```
 1          Q.      Okay.  And how much do you
 2   receive from that per month?
 3          A.      I don't know the exact
 4   amount.  It's like...
 5          Q.      Approximately?
 6          A.      2100 bucks.
 7          Q.      Okay.  And does your wife
 8   work?
 9          A.      Yes.
10          Q.      Where does she work?
11          A.      Genesis.
12          Q.      And what does she do for
13   them?
14          A.      CNA, unit clerk.
15          Q.      Okay.  And are you able to
16   live on the Social Security disability
17   you receive and her income?
18          A.      No.
19          Q.      What's your financial
20   situation right now?
21          A.      In the dumps.
22          Q.      Okay.  What do you mean by
23   that?
24          A.      I don't have enough money to
```



Page 263

1    pay my bills.

2         Q.    Okay.  Are you still -- do

3    you have a mortgage on your house?

4         A.    Yes.

5         Q.    Are you able to pay the

6    mortgage?

7         A.    No.

8         Q.    Okay.  Is your house in

9    foreclosure?

10        A.    I don't think so.  Not yet.

11        Q.    Okay.  Do your kids -- what

12   school do your children go to?

13        A.    My oldest son, 6-year-old,

14   goes to Peters Elementary.

15        Q.    Okay.

16        A.    And my youngest son goes to

17   Slatington... preschool.

18        Q.    So they're -- they're in --

19   there -- there's no tuition associated

20   with those schools; right?

21        A.    Preschool, yes.

22        Q.    Preschool, there is.  Okay.

23   Okay.

24             Are you still able to pay for



Page 264

1    your son to go to preschool?

2          A.    My father's paying that.

3          Q.    Okay.  And have there -- do

4    you have a vehicle still?

5          A.    Yes.

6          Q.    How many vehicles in your

7    household?

8          A.    One.

9          Q.    And whose is that, yours or

10   your wife's?

11         A.    It's in my name.

12         Q.    And what is it?

13         A.    Cadillac SRX.

14         Q.    Okay.  And are you still

15   paying a loan on that or do you own that?

16         A.    Paying on it.

17         Q.    Okay.  And that's your --

18   that was whose car?

19         A.    She drives it predominantly.

20         Q.    Well, you had a pickup truck

21   of your own or not?

22         A.    No.  I had a work truck.

23         Q.    Oh.  I misunderstood.  I

24   thought you had a separate pickup truck.



Page 265

```
 1          A.     No.
 2          Q.     So did anyone ever inform you
 3   that your application for workers'
 4   compensation was denied by your employer?
 5          A.     Yeah.  I got a paper for it a
 6   long time ago.
 7          Q.     And did you appeal that at
 8   all?
 9          A.     I don't know.
10          Q.     Okay.
11          MR. LAMB:  Can you -- after
12          we're done, can you just give me
13          the lowdown on what happened there?
14          MR. LYNAM:  Yeah.
15          MR. LAMB:  Okay.
16          So this is Noone 1.
17          Unfortunately, our prior court
18          reporter only sent us one-sided
19          copies of Noone 1.  So can you take
20          a look at it?  I'm going to show it
21          to your client with what we have --
22          MR. LYNAM:  Yeah.
23          MR. LAMB:  -- but we -- he --
24          we've asked him twice to send us
```



Page 266

1          both sides.  He only gave us one

2          side.

3                  MR. VILLARI:  (Counsel

4          indicating.)

5                  MR. LAMB:  Yeah.  Yeah.

6          Yeah.  That guy.

7                  MR. VILLARI:  What is it,

8          Pat?

9                  MR. LAMB:  It's just a Hazard

10         Communication Quiz 2012.

11                 I'm going to hand that to

12         you.

13                 Is it getting cold in here

14         again or is it me?

15                 MR. HARRINGTON:  I asked them

16         to turn it down.

17                 MR. LAMB:  It's unbelievable,

18         this place.

19                 MR. VILLARI:  Is this as cold

20         as it was in that pit?

21                 THE WITNESS:  This ain't that

22         bad.

23                 MR. LAMB:  I guess I deserved

24         that after all this time.



Page 267

```
 1    BY MR. LAMB:
 2         Q.    So can you take a look at
 3    that that I've just handed to you?
 4    That's been marked Noone 1.  And I've
 5    placed on the record, it's not a complete
 6    copy of Noone 1 because the court
 7    reporter has the only copy of that from
 8    our prior deposition and hasn't been able
 9    to give us the full copy.  But we'll --
10    we'll go with what we have and we'll
11    attach this to the record so we can see
12    in the future what we had today.
13              Is that your name at the top?
14         A.    Yes.
15         Q.    Did you write that?
16         A.    Yes.
17         Q.    And did you write company
18    division there, REMCO plumbing?
19         A.    I might have.
20         Q.    It looks like your writing --
21         A.    Yeah.
22         Q.    It looks like the same
23    writing.  Is that you?
24         A.    Yeah.
```



Page 268

```
 1          Q.     And if you see instructor,
 2  did you write that name?
 3          A.     I don't think so.
 4          Q.     Who -- who's the instructor
 5  named there?
 6          A.     Adam Gsell.
 7          Q.     Okay.  Could you --
 8  G-S-E-L-L?
 9          A.     Yes.
10          Q.     Okay.  And the date on that?
11          A.     10/29/03.
12          Q.     Or '13?
13          A.     Yeah.  '13.  My bad.  Sorry.
14          Q.     It's okay.  And did you write
15  that date?
16          A.     Probably, yes.
17          Q.     Do you recall taking this
18  quiz?
19          A.     I don't remember it exactly
20  but...
21          Q.     Since you see your name at
22  the top, do you believe you took this
23  quiz?
24          A.     Yes.
```



Page 269

```
 1          Q.     Did you have to take quizzes
 2    while you were at REMCO as a condition of
 3    employment?
 4          A.     When you got hired.
 5          Q.     Okay.  Do you see -- are you
 6    able to see on this copy your response to
 7    Number 2?
 8          A.     All of the above.
 9          Q.     That was your response;
10    right?  And what was the question?
11          A.     Chemicals -- chemicals can
12    cause injury due to...
13          Q.     And what was the third one
14    that was included in all of the above?
15          A.     Direct contact with the skin.
16          Q.     Okay.  Thank you.
17                 MR. LAMB:  I guess that will
18          be 6.  Yep.  6; right?
19                 MR. LYNAM:  Is that it with
20          this one, Pat?
21                 MR. LAMB:  That's it with
22          this -- yeah, this one.
23                 You don't have the two-sided
24          copy, do you?
```



MAGNA ▶
LEGAL SERVICES

Page 270

 1                    MR. LYNAM:  No.  I have Noone

 2           1, the same thing you have.

 3                         -   -   -

 4                 (Whereupon, Exhibit Marino 6

 5           was marked for identification.)

 6                         -   -   -

 7  BY MR. LAMB:

 8           Q.    This is another seven-page

 9  quiz that I think was actually included

10  as part of Noone 1.  We have both sides

11  of this quiz.

12                 I'm just going to ask you if

13  that's -- if -- if you did this quiz and

14  if that's your name at the top?

15           A.    Yes.

16           Q.    That's your name at the top?

17           A.    Yes.

18           Q.    And you completed this quiz?

19           A.    Correct.

20                 MR. LAMB:  We'll mark that --

21           let's -- I am not trying to confuse

22           you too much.  We'll mark this as

23           Marino 7.  I'll write it right here

24           on the Post-it note so you have it.



Page 271

```
 1          Okay.  That's the seven-page test
 2          as Marino 7.
 3                      -   -   -
 4              (Whereupon, Exhibit Marino 7
 5          was marked for identification.)
 6                      -   -   -
 7              MR. HARRINGTON:  Are we up to
 8          7?
 9              MR. LAMB:  Yes.
10  BY MR. LAMB:
11      Q.     Marino 8.  Is this your --
12  this is a Safety Checklist.  Is this your
13  signature at the top there?
14      A.     Yeah.
15              MR. LAMB:  Okay.  That will
16          be 8.
17                      -   -   -
18              (Whereupon, Exhibit Marino 8
19          was marked for identification.)
20                      -   -   -
21      Q.     Number -- Marino 9 is an
22  Issuance of Personal Protective Equipment
23  form.  I'll show this to your counsel and
24  then I'll ask you if -- if that is it
```



Page 272

1    your signature on there.

2                          -   -   -

3                    (Whereupon, Exhibit Marino 9

4            was marked for identification.)

5                          -   -   -

6            A.     Yes.

7            Q.     Do you remember signing that?

8            A.     Yep.

9            Q.     And that was when you were

10   hired back to REMCO in July 2013?

11           A.     Yes.

12           Q.     Okay.

13                         -   -   -

14                   (Whereupon, Exhibit Marino 10

15           was marked for identification.)

16                         -   -   -

17           Q.     (Continued) Next is Marino 10

18   that I'll give to you.  And this has no

19   title per se but I'll show it to your

20   counsel and then I'll ask you to read

21   off -- to -- to confirm that's your

22   signature first.

23                    Is that your signature?

24           A.     Yes.



Page 273

1        Q.      And can you read off what you
2   signed to on there?
3        A.      I, Jason Marino, agree to
4   read -- read REMCO, Inc.'s safety policy.
5   I understand it and will apply the safety
6   rules at all times while REMCO, Inc.
7   employs me.
8        Q.      Did you understand that when
9   you read it?
10       A.      Yep.
11       Q.      And you understood it when
12   you signed it?
13       A.      Yep.
14       Q.      Do you remember seeing a
15   DuPont DVD, one that was made by DuPont
16   Chemical?
17       A.      I don't remember.
18       Q.      I'm going to show you what
19   we're going to mark as Marino 11.
20               Do you see that?
21       A.      Yes.
22       Q.      And is that your signature?
23       A.      Yeah.
24       Q.      And when would -- when did



Page 274

1    you sign that?

2            A.      10/29/13.

3            Q.      Okay.  So that would have

4    been during your second time at --

5            A.      Yes.

6            Q.      -- REMCO; correct?

7            A.      Correct.

8            Q.      And could I see that back,

9    please, if you don't mind?

10           A.      (Witness indicating.)

11           Q.      Thank you.

12                   When -- this first thing

13   that's highlighted -- do you see where it

14   says:  This is to certify that I have

15   attended the above training program which

16   has informed me of the following, colon.

17   And then the first one that you signed

18   off on says:  The methods and

19   observations that may be used to detect

20   the presence or release of a hazardous

21   chemical in the work area.

22                   Do you remember getting that

23   training?

24           A.      I don't remember getting the



Page 275

1   training but...

2          Q.     Do you remember the methods

3   and the observations that they taught you

4   that could be used to detect the presence

5   or release of a hazard chemical --

6   hazardous --

7                MR. LYNAM:  Objection to the

8          form.

9          Q.     -- chemical in the work area?

10               MR. LYNAM:  Objection to the

11         form.

12               Go ahead.

13         A.     I don't remember.

14                      -   -   -

15               (Whereupon, Exhibit Marino 11

16         was marked for identification.)

17                      -   -   -

18               MR. LAMB:  Okay.  So just a

19         little cleanup here.  Exhibit 10,

20         for some reason, the date was

21         knocked out by the copier.  So I'm

22         just going to hand the witness 10-A

23         and ask him if that's his -- his

24         date on there.



Page 276

```
 1                 Do you see what I mean?  This

 2        one.

 3                 MR. LYNAM:  Yes.  Right.

 4                 MR. LAMB:  I don't know what

 5        happened.

 6                 THE WITNESS:  Yes.

 7                 MR. LAMB:  Okay.  So we'll

 8        have 10 and 10-A.

 9                    -   -   -

10                 (Whereupon, Exhibit Marino

11        10-A was marked for

12        identification.)

13                    -   -   -

14   BY MR. LAMB:

15        Q.   Sir, I'm going to hand you

16   Noone 3.  Noone 3 is a REMCO Allentown

17   invoice.  And this was marked as Noone

18   Exhibit 3.  Just give me one second.  I'm

19   going to need one second to get the

20   second page.

21                 MR. LAMB:  Do you have the

22        second page of this handy with you?

23                 MR. HARRINGTON:  Yeah.

24        (Counsel indicating.)
```



Page 277

1            MR. LAMB:  Oh.  Okay.  Okay.
2       Can I borrow that?
3            MR. HARRINGTON:  Yeah.
4            MR. LAMB:  Then we'll just
5       mark it as an exhibit.
6            So we'll re-mark this.  This
7       is actually going to be four pages.
8       We'll mark it as 12.  Marino 12.
9            THE COURT REPORTER:  (Court
10      reporter indicating.)
11           MR. LAMB:  That was 10 --
12      yeah.  There's 11 in here.  That's
13      11.
14           MR. LYNAM:  What are the
15      other two pages?
16           MR. LAMB:  I'll show it to
17      you.  I'll give them to you.
18           I am not sure all four pages
19      were originally associated with
20      each another.  But I also don't
21      want to start tearing apart more
22      exhibits.
23           MR. LYNAM:  Oh.  Okay.  Your
24      next two pages are -- were Noone 4?



Page 278

```
 1              MR. LAMB:  Right.  That's
 2         what -- yeah, I know.  But I'm
 3         just --
 4              MR. LYNAM:  Yeah.  Okay.
 5              MR. LAMB:  Instead of trying
 6         to coordinate with Noone -- that
 7         whole Noone thing --
 8              MR. LYNAM:  No, no.  That's
 9         fine.  I just want to be able to
10         follow along.  That's all.
11              MR. LAMB:  Yeah.  Sure.
12                   -   -   -
13         (Whereupon, Exhibit Marino 12
14         was marked for identification.)
15                   -   -   -
16  BY MR. LAMB:
17         Q.   So I'm going to hand you what
18  we've marked as Noone 12.  Just take a
19  look at that if you could.
20              MR. LYNAM:  Noone 12?  Marino
21         12.
22              MR. HARRINGTON:  Marino.
23         Q.   (Continued)  Marino 12.
24              MR. LAMB:  Keep on me.
```



Page 279

```
 1          Q.     (Continued) Take a look at

 2    that.  It's probably going to take you a

 3    couple seconds to look through it.

 4                      -  -  -

 5                (Whereupon, a discussion was

 6          held off the record.)

 7                      -  -  -

 8    BY MR. LAMB:

 9          Q.     Okay.  Are you ready to go?

10          A.     Yeah.

11          Q.     So looking at the first page

12    of this exhibit -- and I -- I'd ask you

13    to tell me, if you can, whether any of

14    the entries there under description of

15    work are yours.

16                MR. VILLARI:  Excuse me.

17          A.     The underground plumbing.

18          Q.     Which -- now -- now let's go

19    through it.  There's work -- there's

20    3/21.  Did you have any entries on 3/21?

21          A.     (No verbal response.)

22          Q.     Do you want me to point it

23    out to you on this?

24                MR. LYNAM:  It's the first
```



Page 280

```
 1          two paragraphs.
 2          Q.     (Continued) Yeah.  Let me --
 3     let me -- can I just -- I'm not trying to
 4     be difficult here.
 5               The first entry is work
 6     performed 3/21, aboveground plumbing.  Is
 7     that your entry?
 8          A.     I'm not sure if that one's
 9     mine.
10          Q.     Okay.  Then it says 3 -- the
11     next -- like two paragraphs down, it says
12     3/21/14.  Aboveground plumbing upon
13     arrival.  And it continues for a whole
14     paragraph.
15               Is that paragraph yours?
16          A.     I don't think so.
17          Q.     Okay.  The next entry seems
18     to be work performed 3/24/14.
19     Aboveground plumbing.  And it's one
20     sentence.  It starts with:  Assisted with
21     digging.
22               Is that your entry?
23          A.     I'm not sure.
24          Q.     Well, did you assist with
```



Page 281

1    digging and cleaning out the hole and

2    exposing the copper waterline?

3         A.    Yeah.

4         Q.    Would you have written,

5    though, you assisted?

6         A.    No.

7         Q.    Would -- that probably would

8    have been Mr. Parise?

9         A.    Yes.

10        Q.    Okay.  And then the next one:

11   Underground plumbing in parenthesis.  Is

12   that the entry that you believe is yours,

13   where it says:  Got to the job, checked

14   in with manager -- or mod, MOD.  Then

15   went and started to dig?  Is that your

16   entry?  Why don't you do this --

17        A.    Yeah.

18        Q.    I'll give you a

19   highlighter -- I can give you a

20   highlighter and ask you to highlight --

21        A.    I'm not exactly sure if it's

22   mine but...

23             MR. LYNAM:  Well, okay.

24        So --



MAGNA
LEGAL SERVICES

Page 282

1           MR. LAMB:  So -- yeah.

2           MR. LYNAM:  Can we do it this

3      way --

4           MR. LAMB:  I -- I -- I'll

5      instruct him.  I'll just --

6           MR. LYNAM:  Let's do it this

7      way.  Just read all of it.  If you

8      recognize any of it as your own,

9      tell us.

10          THE WITNESS:  All right.

11          MR. LAMB:  Yeah.  And mark

12     it.

13          Can I give him this blue pen

14     to mark it?  This --

15          MR. HARRINGTON:  Do you want

16     a highlighter?

17          MR. LYNAM:  Sure.

18          MR. LAMB:  Well, a

19     highlighter won't show up on

20     copies.  So I'm going to ask you

21     to -- let me just do this.  Let me

22     hold this up.

23          Because of the nature of the

24     exhibit, we had to use a substitute



Page 283

```
 1          exhibit.  This already has Noone
 2          Exhibit 3 written on it as well as
 3          a checkmark.  So that's -- before
 4          the witness makes any indications,
 5          that's on there.
 6               I'm going to give him a blue
 7          felt-tip pen and ask the witness to
 8          in this left-hand side here bracket
 9          off anything that he may believe is
10          his -- his entry.
11  BY MS. LAMB:
12          Q.    Okay?  Do you understand the
13  instructions?
14          A.    Yes.
15               MR. LAMB:  That's all I want
16          him to do.  Anything he believes is
17          his.
18               MR. VILLARI:  That he may
19          believe but not with certainty --
20               MR. LAMB:  No, no.
21               Believe like has a strong
22          belief that it's yours.  Don't
23          guess.
24               MR. LYNAM:  You're not --
```



Page 284

1          you're not guessing at anything.

2          If you typed it, put a checkmark

3          next to it.

4               MR. LAMB:  Right.

5               MR. LYNAM:  If you're not

6          sure, then you're not sure.  Tell

7          us.

8          A.    (Witness indicating.)

9          Q.    So you put -- you put more

10    checkmarks.

11               MR. LAMB:  And I'll just hold

12          it up on -- on the record.  So this

13          blue checkmark was indicated by the

14          witness.  Correct, Mr. Lynam?

15               MR. LYNAM:  Correct.

16               MR. LAMB:  And then this one

17          was too.

18               MR. LYNAM:  Both on the

19          left --

20               MR. LAMB:  Yes.  And the one

21          on the right was preexisting.

22               MR. LYNAM:  Correct.

23    BY MR. LAMB:

24          Q.    So you've checked off the



Page 285

```
 1   entry that starts with:  Got to job,

 2   checked in with MOD.  That entire

 3   entry -- and -- and the reason I wanted

 4   you to bracket it or put lines, can you

 5   indicate to me where your entry starts

 6   and where it stops?

 7        A.    (Witness indicating.)

 8        Q.    Why don't we give you a

 9   highlighter.  Hold on.  It might be too

10   messy now.  Here's a highlighter.  You

11   can highlight the exact words that are

12   yours, where they start and all the

13   words.

14             MR. LAMB:  We'll get a color

15        copy.

16        A.    (Witness indicating.)

17        Q.    Okay.  Thank you very much.

18             MR. LAMB:  So we'll -- we'll

19        mark this as Marino 12.  And I'll

20        hold this up for the video to see

21        what he's -- so that we can -- even

22        if we have a black and white copy

23        later on, we can see it.

24             Do you got that?  Is that
```



MAGNA
LEGAL SERVICES

Page 286

1          okay?

2               THE VIDEOGRAPHER:  Yeah.

3               MR. LAMB:  Are you getting

4          the detail of everything?  Do you

5          need me to hold it closer?

6               THE VIDEOGRAPHER:

7          (Videographer indicating.)

8               MR. LAMB:  I don't really

9          want to be on the video, so...

10               MR. LYNAM:  Should have worn

11          a tie.

12               THE VIDEOGRAPHER:  That's --

13          that's -- that's good.  It's not --

14          you can read it but it's not...

15               MR. LAMB:  Okay.

16               MR. VILLARI:  (Counsel

17          indicating.)

18               MR. LAMB:  No.  Thanks, Len.

19          Appreciate that.

20    BY MR. LAMB:

21          Q.   Do you ever recall making

22    some calls when you were there at the job

23    site at the Pilot?

24          A.   I don't remember exactly what



Page 287

1    calls I made but I would make calls.

2           Q.    Well, here, it's -- in the --

3    in the first paragraph, you

4    highlighted -- it says:  Made some calls.

5    Right here.

6                 Do you know who you called in

7    those calls?

8           A.    I probably went into the --

9    or I called my boss, Kevin.

10          Q.    Do -- do you remember,

11   though?

12          A.    I don't --

13          Q.    Do you sit here and remember

14   who you called?

15          A.    I don't remember exactly.

16          Q.    Okay.  Who in your -- and

17   sometimes we ask questions about what you

18   would normally do.  Now this is a

19   question of what your practice would be,

20   your normal thing would be.  Who would

21   you normally call if you were on a job

22   site and you had a question?

23          A.    Kevin.

24          Q.    Okay.



Page 288

```
 1              MR. LAMB:  Do you want to
 2         take a couple-minute break?  I want
 3         to use the restroom and just look
 4         over my notes and then probably
 5         start damages.  Unless there is
 6         something substantial I want to
 7         talk about.
 8              MR. LYNAM:  Okay.
 9              THE VIDEOGRAPHER:  Going off
10         the record.  The time is 2:23 p.m.
11                   -   -   -
12              (Whereupon, a brief recess
13         was taken.)
14                   -   -   -
15              THE VIDEOGRAPHER:  We're now
16         back on the record.  This begins
17         DVD Number 3.  The time is 2:21
18         p.m.
19    BY MR. LAMB:
20         Q.    Mr. Marino, if we were in the
21    courtroom right now and a jury was a
22    across the -- across the room from you,
23    how would you explain to them how your
24    life has changed since your work at the
```


MAGNA
LEGAL SERVICES

Page 289

1    Pilot in March 2014?  What would you say?

2             A.     It's changed dramatically.

3             Q.     Okay.  How would -- what

4    details would you provide them?

5             A.     I go to dialysis three times

6    a week for three hours.  I get a

7    needle -- two needles stuck in my arm the

8    size of IV needles.  And I can't do

9    day-do-day activities like I used to.

10                   And you're in pain.  You

11   can't eat whatever you want.  You go out,

12   you can't do whatever you want.

13            Q.     What are you limited in terms

14   of physical activity?  What are your

15   limits?

16            A.     You're tired all the time.

17            Q.     Okay.  Are you able to have a

18   catch with your kids?

19            A.     To what?

20            Q.     Have a catch with your kids,

21   like throw a ball with your kids?

22            A.     Not every day.  The day of

23   dialysis, I can't.

24            Q.     Okay.  But on nondialysis



Page 290

1    days, are you able to?

2            A.    If I'm up to it.

3            Q.    All right.  Are you able to

4    assist your wife with the stuff around

5    the house?  I think you said you still

6    cut the lawn?

7            A.    Yeah.

8            Q.    Do you do other things at the

9    house?

10           A.    Not really.

11           Q.    Do you do any laundry or help

12   out with that?

13           A.    No.

14           Q.    Any food shopping?

15           A.    I'll walk with, yeah.

16           Q.    Okay.  You can walk to the

17   food store?

18           A.    Yeah.

19           Q.    Do you carry bags on the way

20   home?

21           A.    Sometimes.

22           Q.    Or do have one of those

23   roller carts?

24           A.    No.  If -- it all depends how



Page 291

1    I feel.  Every day's different.  It all

2    depends how dialysis went the day before

3    or that day.

4         Q.    And you're doing dialysis

5    three days a week?

6         A.    Yes.

7         Q.    Is there a plan to cut that

8    down at any point?

9         A.    No.  It's permanent.  Till

10   you get a transplant.

11        Q.    Okay.  Are you able to cut

12   the grass at your house in one session;

13   in other words, when you start, do you

14   finish the same time or in the same day

15   kind of, same session?

16        A.    Like, I'll cut the grass and

17   then I'll do the weed trimming later.

18        Q.    Okay.

19        A.    I'll go in and lay down.

20        Q.    You go in and lay down after

21   cutting it and then come back the same

22   day or the next day?

23        A.    Sometimes the same day.

24   Sometimes the next day.



Page 292

```
 1          Q.      Have you engaged in any
 2    employment at all since you left REMCO?
 3          A.      No.
 4          Q.      Have you sought any
 5    employment?
 6          A.      No.  Because I can't be --
 7    'cause I'm a plumber.  And I can't be
 8    around bacteria.
 9          Q.      Okay.  Have you tried to find
10    if there are other jobs that you could
11    do?
12          A.      No.
13          Q.      You have not sought any other
14    part-time employment or anything like
15    that?
16          A.      No.  'Cause you don't know
17    how you're gonna feel from day to day.
18          Q.      Okay.  How many months have
19    you been getting dialysis?
20          A.      It's been over a year now.
21          Q.      Okay.  Was there ever a
22    history in your family of anyone having
23    any type of kidney disease?
24          A.      No.
```



Page 293

```
 1          Q.      Anyone in your family ever
 2   have any underdeveloped kidneys?
 3          A.      Not that I know of.
 4          Q.      Including yourself?
 5          A.      (Witness shakes head.)
 6          Q.      No?
 7          A.      Not that... no.
 8          Q.      Okay.  Prior to March of last
 9   year, did you have any problems with
10   urination or pain in your kidney area or
11   anything like that?
12          A.      No.
13          Q.      Did you ever see your urine
14   change colors over time, like strange
15   colors or anything like that?
16          A.      No.
17          Q.      Before the incident, did you
18   ever see any bubbles in your urine?
19          A.      No.
20          Q.      When you would urinate into a
21   toilet or anything, was there a lot
22   bubbles or anything like that?
23          A.      No.
24          Q.      None?
```



Page 294

1          A.      None.

2          Q.      Have you heard of any

3    autosomal recessive polycystic kidney

4    disease?

5                  MR. LYNAM:  Are you serious?

6                  MR. LAMB:  (Counsel

7          indicating.)

8                  MR. LYNAM:  Okay.  Go ahead.

9                  MR. LAMB:  It was his -- I'm

10         going to ask him his diagnosis, if

11         he's heard it.

12         Q.      (Continued) Has anyone

13   ever -- ever talked to you about

14   autosomal recessive polycystic kidney

15   disease?

16         A.      No.

17         Q.      Okay.  Do you know what that

18   is?

19         A.      No.

20         Q.      Okay.  From 1988 onwards, can

21   you tell me who your family doctors were?

22         A.      Dr. Blasiol.

23         Q.      And where is Dr. Blasiol

24   located?



Page 295

1          A.     Topton.

2          Q.     Okay.  When was Dr. Blasiol

3    your family doctor?

4          A.     I don't know the exact year.

5    But then Dr. Brennan-Christine.  I never

6    went to a doctor.  I was never sick.

7          Q.     Okay.  Dr. Blasiol, is it

8    B-L-A-S-I-O?

9          A.     I am not exactly sure.

10          MR. LAMB:  Your wife can give

11     me the spelling.  Go ahead.

12          JOY MARINO:  I'm not exactly

13     sure, but it has an L in there.

14          MR. LAMB:  Okay.

15          JOY MARINO:  He's Topton

16     Family Medical Practice.

17          Q.     (Continued) And where were

18    they located at?

19          A.     Topton.

20          Q.     No.  What street in Topton?

21          A.     I don't know.

22          Q.     And do you know, was that the

23    most recent family doctor you went to or

24    was that the one in 1988 you went to?



Page 296

```
 1            A.      That's the most recent one.
 2            Q.      Who was your family doctor
 3   before Dr. Blasiol?
 4            A.      Dr. Brennan-Christine.
 5            Q.      Brennan -- dash -- Christine?
 6            A.      Yes.
 7            Q.      And where was Dr. Brennan-
 8   Christine located?
 9            A.      In Walnutport.
10            Q.      Where?
11            A.      Walnutport.
12            Q.      Okay.  And why did you leave
13   Dr. Brennan-Christine?
14            A.      'Cause they split.
15            Q.      Dr. Blasiol split?
16            A.      No.  Dr. Brennan-Christine --
17   their practice went and then, plus, I
18   moved to Topton so he was close.
19            Q.      And who was your family
20   doctor before Dr. Brennan-Christine?
21            A.      I don't know.  It was always
22   Dr. Brennan-Christine.
23            Q.      For how many years?
24            A.      Since I was -- since I can
```



Page 297

1    remember.

2           Q.    Had you ever seen a

3    nephrologist for kidney issues before

4    2014?

5           A.    I did when I was in junior

6    high.

7           Q.    Okay.  And what happened when

8    you were in junior high?

9           A.    Just routine checkup.

10          Q.    You went to a kidney doctor

11   in junior high?

12          A.    'Cause I was gonna play

13   football.

14          Q.    Okay.  Why did you go see a

15   kidney doctor because you were gonna go

16   play football?

17          A.    'Cause my mom was a worried

18   mom and she read that you can get hit in

19   the kidneys -- that was before they had,

20   like, the kidney pads that you wore and

21   stuff.  And she was all worried about the

22   safety and stuff.  I had to go get a

23   whole physical before I could play.

24          Q.    Who was the nephrologist you



Page 298

```
 1   went to?

 2          A.     Lehigh Valley.

 3          Q.     Lehigh Valley?

 4          A.     Yes.

 5          Q.     And where are they located

 6   at?

 7          A.     I don't know where they are

 8   anymore.

 9          Q.     Where were they back then?

10          A.     On 15th Street in Allentown.

11          Q.     Here in Allentown?

12          A.     Yes.

13          Q.     And was that a hospital

14   practice or was that -- they were in

15   their own building?

16          A.     They were attached to the

17   hospital.

18          Q.     Okay.  And you're sure they

19   were nephrologists.

20          A.     Positive.

21          Q.     And what kind of -- what kind

22   of testing did they do on you?

23          A.     From what I remember, it was

24   a urine test and one of those machines
```



Page 299

1    you sat in and they -- (Witness

2    indicating) -- scanned you.

3              Q.    MRI?

4              A.    I'm not sure.

5              Q.    Was there a lot of banging

6    going on and you were laying on a

7    board --

8              A.    I don't remember.

9              Q.    No?  Okay.

10             A.    And I got the clean bill of

11   health to go -- go play football and

12   report it to my mother.

13             Q.    Okay.  Before the work you

14   did at Pilot, was your diet heavy in any

15   type of carbohydrates, pasta, potatoes,

16   stuff like that?  Did you eat a lot of

17   carbohydrates?

18             A.    No.  I just had a normal

19   diet.

20             Q.    Okay.  Did you ever notice

21   the consistency of your urine change,

22   thicker to thinner or thinner to thicker,

23   anything like that?

24                        -   -   -



Page 300

```
 1                (Whereupon, Mr. Lynam left
 2          the deposition room.)
 3                     -   -   -
 4          A.     No.
 5          Q.     Did you ever notice the
 6  strength of your urination change before
 7  your work at the Pilot center where it
 8  was stronger or weaker or anything like
 9  that?
10          A.     After the Pilot.
11          Q.     How did it change after the
12  Pilot?
13          A.     I would wake up in the middle
14  of the night to go to the bathroom.
15          Q.     And that was different?
16          A.     Yes.
17          Q.     And how many times per night
18  would you wake up?
19          A.     Once or twice.
20          Q.     And how many nights per week
21  would you wake up?
22          A.     Almost every night.
23          Q.     And that was different after
24  the Pilot?
```



Page 301

1          A.     Yes.

2          Q.     Did you notice any other

3    changes in your urination after working

4    at Pilot?

5                    -   -   -

6               (Whereupon, Mr. Lynam

7          returned to the deposition room.)

8                    -   -   -

9          Q.     (Continued) Anything.

10         A.     Not that I remember.

11         Q.     What symptoms led you to go

12   to the hospital, St. Luke's?

13         A.     The symptoms?  I was

14   nauseating -- nauseated.  I was vomiting.

15   And I was -- right after the job, I --

16   I'd be driving down the road and

17   everything would go green.  And I would

18   just -- (witness indicating).  It would

19   go away then.

20         Q.     When you say right after the

21   job, do you mean the days after you

22   finished working at Pilot?

23         A.     Yes.

24         Q.     So that would be March into



Page 302

1    early April 2014.

2            A.    Correct.

3            Q.    You'd be driving down the

4    roadway, driving your truck and

5    everything would suddenly appear green?

6            A.    Yeah.

7            Q.    And then what would happen?

8    Your vision would go away or the green

9    would go away?

10           A.    The green would go away.

11           Q.    Did you contact a doctor

12    about that?

13           A.    No.  I just thought I was

14    getting the flu from being in the water

15    and being wet and being in the cold.

16           Q.    Well, in the week after you

17    got done at Pilot, late March -- let's

18    look at the three weeks.  Late March to

19    maybe middle of April.  What were your

20    physical symptoms during that time other

21    than you already told me about your

22    vision changing and seeing things green?

23    Did you have any other physical symptoms

24    between the last day you were at Pilot



Page 303

1    and the middle of April?

2         A.    Nauseated.  Stomach always

3    hurt.  My appetite wasn't the best.  I

4    couldn't eat right and I would throw up.

5         Q.    Were those your only physical

6    symptoms?

7         A.    And I -- starting, like,

8    daydreaming.  Zoning out.

9              MR. VILLARI:  I'm sorry.

10         What did you say, Jason?

11             THE WITNESS:  Zoning out.

12             MR. LYNAM:  Zoning out.

13             MR. VILLARI:  Zoning out.

14         Q.    When -- what do you mean?

15    When you were watching TV or when you

16    were driving or when you were doing work?

17         A.    When I was driving.

18         Q.    Okay.  So you were distracted

19    easily?  Is that what you're saying?

20         A.    Yeah.

21         Q.    When you were actually

22    on-site at Pilot, on any of those four

23    days, meaning the full 24-hour period of

24    each day -- well, let me make it more



Page 304

1    clear.

2              Between Friday morning when

3    you got to Pilot and Thursday afternoon

4    when you were finished there, did you

5    ever suffer any burns or rashes on your

6    skin?

7         A.    Not that I can remember.

8         Q.    Okay.  When you were --

9    between Friday and that Thursday -- okay?

10   So we're talking Friday, the 21st, when

11   you first started at Pilot and then

12   Thursday when you were done at Pilot,

13   which is the day after you finished.  Did

14   you ever notice any dizziness that you

15   had?

16        A.    I was dizzy.

17        Q.    When were you dizzy?

18        A.    Like, when I would bend down,

19   I would get dizzy.  Or sometimes when I

20   was just standing there, I would get

21   dizzy.

22        Q.    This is while you were

23   working at Pilot.

24        A.    No.



Page 305

1          Q.     Oh.  Well, this is what I'm

2     asking.  I am asking for the time between

3     the Friday when you started at Pilot and

4     the Thursday morning, when -- the day

5     after you finished.  Did you experience

6     any dizziness?

7          A.     No.  It wasn't until after --

8     like a day after I was there.

9          Q.     Okay.  So a day after you got

10    done at Pilot, you started to experience

11    dizziness.  Describe that to me.

12         A.     It would just -- I would just

13    be standing there and I would get,

14    like -- be almost, like, light-headed and

15    then I would just -- I would just stay

16    still and then it would go away.

17         Q.     Did it ever cause you to fall

18    down or have any problems?

19         A.     No.  I mean --

20         Q.     You were still able to drive

21    your truck.

22         A.     Yes.  Till I blacked out the

23    one time and -- (witness indicating) --

24    smacked into the back of a

Page 306

```
 1    tractor-trailer on the Turnpike.

 2         Q.    Yeah.  I heard about that.

 3    Was that -- did you black out or did you

 4    fall asleep?

 5         A.    We think I blacked out.

 6         Q.    Who thinks you blacked out?

 7         A.    The cop.  But he put it down

 8    as I fell asleep.

 9         Q.    Was there anyone in your

10    vehicle with you?

11         A.    No.

12         Q.    What time of morning was it

13    that it happened?

14         A.    4:20 in the morning.

15         Q.    4:20 a.m.

16         A.    (Witness nods head.)

17         Q.    And why had you been up at

18    4:20 a.m.?

19         A.    We were doing a night job.

20         Q.    Okay.  So you were doing a

21    jet job?

22         A.    No.

23         Q.    Oh.  A different job?

24         A.    Yeah.
```



Page 307

```
 1          Q.      What job was it?

 2          A.      It was a drain repair at a

 3    Save-A-Lot.

 4          Q.      Okay.  Who were you working

 5    with that night?

 6          A.      Who was that?  Oh,

 7    Brickerman.

 8          Q.      Were you ever diagnosed with

 9    anemia?

10          A.      When?

11          Q.      Any time in your life.

12          A.      Anemia meaning what?

13          Q.      Low iron, I believe it is, in

14    your blood --

15          A.      Now I -- now I am.

16          Q.      Now you do?

17          A.      Yes.

18          Q.      Before -- before you worked

19    at Pilot, did you ever have anemia?

20          A.      No.

21          Q.      Did you ever -- did anyone

22    ever tell you that you appear to be

23    jaundice, meaning your skin was kind of

24    yellow?
```



Page 308

```
 1          A.     No.

 2          Q.     No?

 3          A.     When I was -- within that

 4   month period, yes.

 5          Q.     You became jaundiced within

 6   that month?

 7          A.     Yes.

 8          Q.     Who noticed it?

 9          A.     My wife.

10          Q.     Okay.  You can take a drink.

11   I'm sorry for asking you questions while

12   you were about to take a drink.

13          A.     (Witness indicating.)

14          Q.     Were you injured in that car

15   accident when you rear-ended the

16   tractor-trailer?

17          A.     No.

18          Q.     You didn't make any claim for

19   injuries?

20          A.     No.

21          Q.     Do you know how fast your

22   vehicle was going when it hit the

23   tractor-trailer?

24          A.     My GPS in my truck said I was
```



Page 309

```
 1    doing 64 miles per hour.

 2         Q.    Okay.  Do you coach one of

 3    your sons in baseball?

 4         A.    Yes.

 5         Q.    Which one?

 6         A.    Giovanni.

 7         Q.    And the six-year-old?

 8         A.    That's the six-year-old.

 9         Q.    Do you still do that?

10         A.    I help out.

11         Q.    I'm sorry.  I'm just trying

12    to find another list of questions that I

13    have in here.

14               You smoked at one point?

15         A.    Yes.

16         Q.    For about ten years?

17         A.    Correct.

18         Q.    You still don't smoke; right?

19         A.    Every now and then.

20         Q.    Okay.

21         A.    'Cause I talked to my

22    transplant coordinator about that.  With

23    stress and everything like that, they

24    said not to, like, become a pack-a-day
```



Page 310

1    person.

2          Q.     So how many cigarettes do you

3    smoke per day right now?

4          A.     All depends on the day.

5    Like, on a dialysis day, it's really bad

6    because you feel horrible.  And I talked

7    to the transplant about that and they

8    said, you know, it's common 'cause how

9    your body feels.  I'll smoke maybe two or

10   three a day.

11         Q.     On a dialysis day?

12         A.     Yes.

13         Q.     And you've been smoking for

14   about ten years?

15         A.     Correct.

16         Q.     Are you chewing Nicorette gum

17   today?

18         A.     No.

19         Q.     Oh.  Okay.  Just checking.

20                Did -- were your kids ever

21   tested for kidney issues?

22         A.     No.

23         Q.     Did you ever take intravenous

24   drugs?



Page 311

```
 1              A.      No.

 2              Q.      Okay.  Did any doctor ever

 3       explain to you why you suffered from

 4       acute renal failure other than that one

 5       conversation you had?

 6              A.      No.

 7              Q.      I'm sorry.  I'm looking for

 8       one particular thing, sir.  I'm trying to

 9       see if I can find it.

10                      Has your hair loss improved?

11       You -- you complained of some hair loss

12       at one point.  Has that improved -- has

13       that stopped, your hair loss?

14              A.      Correct.

15              Q.      So you're still -- your hair

16       is fine now?  You're not losing hair?

17              A.      No.

18              Q.      At one point, you received

19       three steroid shots.  Was that from your

20       family doctor before you went to St.

21       Luke's?

22              A.      No.  That was for the -- for

23       the hair.

24              Q.      Okay.  And who gave those to
```



Page 312

1   you?

2         A.    That was... I forget the name

3   of the place.

4         Q.    Do you remember?

5         A.    No.  I can't remember the

6   name of the place.

7         Q.    Okay.  Who came with you to

8   the emergency room when you first went to

9   St. -- to St. Luke's in Allentown?

10        A.    My father.

11        Q.    Did he help giving you a --

12  giving your history to the doctors?

13        A.    I'm not exactly sure 'cause

14  when I went in there, the only thing I

15  remember him saying is, you're not gonna

16  make it through the night.

17        Q.    The doctor said that to you?

18        A.    Yes.

19        Q.    Did he tell you why?

20        A.    He said I was in kidney

21  failure.  I was filling up with toxins.

22  He didn't know how I was walking.

23        Q.    Are you on a list to -- to

24  have your kidneys replaced?



Page 313

1          A.     Yes.  I'm on the transplant

2    list.

3          Q.     And do you know -- has anyone

4    given you an idea of when that will

5    happen?

6          A.     It can happen anywhere

7    between now and two more years, three

8    more years.  I just gotta sit in dialysis

9    every other day until that happens.

10          Q.     Okay.  What -- where are you

11    at on the list?  I mean, what's your

12    priority level?

13          A.     I'm in the top 3%.

14          Q.     Is that a nationwide -- like,

15    nationally, you're in the top 3%?

16          A.     Nationally, yes.

17          Q.     Okay.  And they don't give

18    you any estimate as to when that will

19    happen?

20          A.     No.  There's no actual,

21    you're one, you're two.  There's -- it's

22    a myth.

23          Q.     Right.  Right.  Is there

24    anything you can do to improve your --



Page 314

1    your level on that list?

2           A.    Stay healthy.

3                 MR. LAMB:  Tom, do you want

4           to go?

5                 MR. HARRINGTON:  If you're

6           done.

7                 MR. LAMB:  I'm done for now.

8           Yeah.

9                 MR. HARRINGTON:  Okay.

10                THE VIDEOGRAPHER:  Do you

11          want to switch mics?

12                MR. HARRINGTON:  Can I have

13          the mic, please?

14                MR. LAMB:  Sure.

15                MR. HARRINGTON:  How's that?

16                THE VIDEOGRAPHER:

17          (Videographer indicating.)

18    BY MR. HARRINGTON:

19          Q.    Mr. Marino, hi.  I'll

20    introduce myself again.  My name is Tom

21    Harrington and I represent Pilot Travel

22    Centers.  Okay?

23                Do you take any prescriptions

24    for your kidney problems?  Besides going



Page 315

1    to dialysis, do you have any

2    prescriptions that you take on a daily

3    basis?

4           A.    Yes.

5           Q.    How many?

6           A.    I take a vitamin, I take a

7    thyroid, and I take a binder.

8           Q.    A binder?

9           A.    Yes.

10          Q.    What's that for?

11          A.    It's to -- it binds the

12   phosphorus out of the food.

13          Q.    Okay.  Do you have side

14   effects from any of those medications?

15          A.    Yeah.

16          Q.    What?

17          A.    Sometimes you get itchy from

18   it.  Vomiting from the -- the -- the

19   thyroid medicine.  And irritability.

20          Q.    Is that it?  I don't want to

21   interrupt you.  Is that the end of your

22   answer?

23          A.    And sometimes memory.

24          Q.    Okay.



Page 316

```
 1          A.      Your memory.
 2          Q.      How often do you -- do you
 3   suffer from each one of those side
 4   effects that you've just identified?
 5          A.      The vomiting, I haven't had.
 6          Q.      In how long?
 7          A.      In almost a year.
 8          Q.      Okay.
 9          A.      To get mad real easy 'cause
10   everything's out of whack, I believe it
11   happens on a daily basis.
12          Q.      Okay.
13          A.      And itching, you constantly
14   got an itch somewhere.
15          Q.      Okay.
16          A.      And you just get used to it.
17          Q.      When you're in a bad mood and
18   you get angry, how long does it take you
19   to come out of that mood?
20          A.      It all depends.  I'll go for
21   a walk or I'll just go to bed.  Go lay
22   down.  'Cause it's uncontrollable.
23          Q.      The anger.
24          A.      Yeah.
```



Page 317

```
 1          Q.      Okay.  Who are most of those

 2   anger episodes with?

 3          A.      My wife and my kids.

 4          Q.      Okay.  If I were to use an

 5   expression, normal activities of daily

 6   life, would you have an idea of exactly

 7   what I was talking about?

 8          A.      Yes.

 9          Q.      Okay.  Can you tell me what

10   activities of normal daily life you

11   cannot do now?

12          A.      I can't go to work.

13          Q.      Right.

14          A.      I can't pay my bills.

15          Q.      Yeah.

16          A.      I can't help out with stuff

17   around the house.

18          Q.      Did you say can't?

19          A.      Can't.

20          Q.      Okay.  I couldn't hear you.

21   That's all right.

22          A.      And helping out with the

23   kids.

24          Q.      In what respect?
```



Page 318

```
 1            A.     You know, giving them baths

 2     and stuff like that at night and -- some

 3     nights, I can.  Some nights, I can't.  It

 4     all depends on the day.

 5            Q.     Okay.

 6            A.     And normal activities, like

 7     going -- my friend -- my friend races

 8     cars.  I used to go and do that.  I can't

 9     do that 'cause all the dirt going around

10     and everything.  Can't go fishing.

11            Q.     Why is that?

12            A.     Because of the bacteria from

13     the fish.

14            Q.     Okay.

15            A.     I can't go hunting --

16            Q.     Okay.

17            A.     -- 'cause of the bacteria.

18     If you get something, you can't go

19     cutting something open.

20            Q.     Uh-huh.

21            A.     I just can't enjoy the

22     summers.

23                   And you walk around and

24     everybody looks at you.  They think --
```


MAGNA
LEGAL SERVICES

Page 319

1    you know, you wear short sleeves.  I'm

2    skinny now and I got this huge vein where

3    they stick needles in.  I look like, you

4    know, a junkie.

5           Q.    Okay.  Before you developed

6    your kidney problems, how often would you

7    go to watch your friend race cars?

8           A.    Every -- every weekend.

9           Q.    Okay.  Before you had your

10   kidney problems, how often would you give

11   your children baths at night?

12          A.    Every night, I gave my son a

13   bath.

14          Q.    And now you can't do it at

15   all?

16          A.    Not every night.

17          Q.    But you can do it on

18   occasion?

19          A.    Every now and then, yes.

20          Q.    Okay.  How often did you used

21   to go fishing?

22          A.    I would take my -- my oldest

23   son, I would take him every weekend that

24   it was nice out to a lake.



Page 320

1          Q.     So you'd go fishing and do

2    the -- the race cars every weekend?

3          A.     That was a Saturday deal.

4    I'd go with the -- my kids in the

5    morning.  Spend the afternoon with my

6    wife.  Go racing at night.

7          Q.     When you say go racing, were

8    you just observing or were you actually

9    racing the vehicles?

10         A.     Observing.

11         Q.     Okay.  Now, are there -- of

12   any of those activities you've just

13   described that you can no longer enjoy,

14   can you enjoy any of them with assistance

15   from your wife or some other person?

16         A.     No.  'Cause I can't be around

17   bacteria.

18         Q.     Okay.  Oh, I forgot.  How

19   many times would you go hunting?

20         A.     During the seasons.

21         Q.     What?  Deer?

22         A.     Deer.  I would go deer

23   hunting.  Bear.  That was the normal.

24   Deer and bear.



Page 321

1          Q.     Okay.  They're about a week

2     or two weeks each?

3          A.     Two weeks, one week.  All

4     depends on the season and the year.

5          Q.     Does anyone other than your

6     wife assist in the normal daily

7     activities that you can't do now?  Such

8     as, you know, taking care of the kids at

9     night, giving them baths.  Does anyone

10    other than your wife participate in that

11    activity?

12         A.     My parents, my grandparents,

13    and my other set of grandparents.

14         Q.     They come to your house to do

15    that?

16         A.     They'll come to our house or

17    the kids will go to their house.

18         Q.     And how often does that

19    happen?

20         A.     Every week.

21         Q.     For how many days a week?

22         A.     Mondays, Wednesdays, and

23    Fridays.

24         Q.     Because they're the days that



Page 322

1    you go for dialysis?

2           A.    Correct.

3           Q.    Okay.  What is -- well, do

4    you know what treatment you will require,

5    if any, whenever you do get a transplant?

6           A.    You gotta take immune

7    suppression pills, which they can't tell

8    you how you're gonna be after you take

9    those.  It's a steroid and everybody acts

10   different.

11          Q.    Do you know of any other

12   treatment that you will have to continue

13   to receive once you get a transplant?

14          A.    You -- you got to always

15   watch your diet after a transplant.  I

16   mean, you can eat a little bit different

17   than I can now but it's not a cure.  It's

18   a treatment.

19          Q.    And when you get a

20   transplant, you will be getting one

21   kidney?

22          A.    Unless it's an infant under

23   the age of one.  Then you get two of

24   them.

Page 323

```
 1          Q.     Okay.  To your knowledge, Mr.
 2   Marino, did your parents ever take you to
 3   Children's Hospital when you were an
 4   infant to have your kidneys evaluated?
 5          A.     Not that I'm 100% sure of.
 6          Q.     Are -- well, if you're not
 7   100%, are you less than 100% sure that
 8   they did?
 9          A.     I... less than 100% sure.  I
10   don't know exactly what they...
11          Q.     Okay.  You don't know exactly
12   what happened?
13          A.     Yeah.
14          Q.     But do you have some
15   knowledge or inclination that they did,
16   in fact, take you to Children's Hospital
17   for evaluation of your kidneys when you
18   were an infant?
19          A.     Yeah.  They evaluated.
20          Q.     Okay.  Now, have your parents
21   ever told you what the results of that
22   evaluation was?
23          A.     It was -- there was nothing
24   wrong.
```



Page 324

1          Q.     And when did they tell you

2     that there was nothing wrong with your

3     kidneys?

4          A.     When I was -- I don't know.

5     When I was... before I was a teenager.

6          Q.     Before you were a teenager.

7          A.     Yeah.

8          Q.     Do you know if your mother's

9     insistence that you be examined by a

10    nephrologist before she allowed you to

11    play football in junior high school was

12    because of the consultation that they had

13    had previously at Children's Hospital?

14         A.     It probably was, but she

15    wanted to be safe and she didn't want to

16    scare me about anything so...

17         Q.     So she never told you when

18    you were going to the nephrologist before

19    playing football in junior high school

20    that her concern was based upon what she

21    was told when they took you to Children's

22    Hospital for evaluation.

23         A.     She never really said.

24         Q.     She never said that; right?




Page 325

1          A.      Nothing really.

2          Q.      Okay.  When you went to work

3    for REMCO, did -- and you went through

4    your orientation training -- for want of

5    a better word -- okay? -- for new

6    hires -- I think that's the way they

7    referred to it -- did they ever say to

8    you during your safety training that

9    there was no job that was important

10   enough to risk injury or death?

11         A.      I don't remember if they said

12   that.

13         Q.      You don't remember.

14                 Do you -- you do remember the

15   name of the man who gave you that

16   training, though, right, Mr. -- Mr.

17   Gsell?

18         A.      Yes.

19         Q.      Okay.

20                 MR. HARRINGTON:  Now, may I

21         see the exhibits, please?  Because

22         I couldn't keep track.  We were

23         marking them so quickly.

24                 MR. LAMB:  (Counsel



Page 326

 1              indicating.)

 2         Q.     (Continued) Okay.  Let me

 3   show you what was marked as Marino

 4   Exhibit 10-A if I may.  Okay?  This is a

 5   document which you signed that says that

 6   you would agree to read REMCO, Inc.'s

 7   safety policy.

 8              Do you recall if you read

 9   that document?

10         A.     I'm sure I probably read it.

11         Q.     You're sure you did?

12         A.     (Witness nods head.)

13         Q.     I just want to be sure I

14   heard you right.

15         A.     Yeah.  I -- I read through

16   it.

17         Q.     You read through it.

18              Did you read every page?

19         A.     Probably not every page.

20         Q.     And why would that be when

21   you said that you're agreeing to read

22   REMCO's safety policy?

23              MR. LYNAM:  I'm going to

24         object to the form.  It's



1          argumentative.  There's not a word

2          in that document that talks about

3          benzene, methylbenzene, gasoline,

4          diesel.  None of it.  And you're

5          not going to badger this witness.

6               MR. HARRINGTON:  I'm not

7          going to badger the witness.  You

8          guys are --

9               MR. LYNAM:  You're right,

10         you're not --

11              MR. HARRINGTON:  -- much

12         better at that than --

13              MR. LYNAM:  You're right

14         you're not going to badger the

15         witness.

16              MR. HARRINGTON:  -- I have

17         ever, ever been.  Okay?  So

18         let's -- I'm learning from you two

19         guys how to badger.

20    BY MR. HARRINGTON:

21         Q.   Is there any reason why you

22    would not have read everything in that

23    booklet?

24         A.   You're just -- you know, they



Page 328

1  just hand you a stack of papers and say,

2  here you go.  Go to work today.

3        Q.    Okay.  So would you say you

4  didn't think it was necessary or

5  important to do it?

6              MR. LYNAM:  Objection to the

7        form.  He said he did do it.

8        You're now changing his answer.

9              MR. HARRINGTON:  Let's do it

10       again.

11       Q.    (Continued) Do you recall if

12  you read every single page in the

13  booklet?

14       A.    Not every -- not every single

15  page.

16       Q.    Okay.  Is that because you

17  didn't think it was important or

18  necessary to do that?

19       A.    No.

20       Q.    Why was it that you didn't

21  read every single page?

22       A.    'Cause I had to go out and

23  work.

24       Q.    Okay.  You didn't have time.



Page 329

1    You had to get on the job.

2           A.    Correct.

3           Q.    Were you asked by anyone from

4    REMCO, Mr. Gsell or anybody else, whether

5    or not you had, in fact, read it?

6           A.    No.

7                 MR. VILLARI:  And I object to

8           the use of the word badger.  I like

9           antagonize better.

10                MR. HARRINGTON:  You may use

11          whatever verbalization you prefer.

12                MR. VILLARI:  Antagonize.  I

13          prefer antagonize.

14                MR. HARRINGTON:  Okay.

15          That's good.  I didn't bring it up.

16          Remember, you're talking to your

17          partner.  He's the one that said

18          badger.

19                MR. VILLARI:  Well, he's

20          antagonistic as well.  That's why

21          we get along so well.

22    BY MR. HARRINGTON:

23          Q.    Did Mr. Gsell ever tell you

24    that if you encountered any situation on



Page 330

1    a work site that you were not expecting

2    that you should feel free to call him to

3    report that?

4              A.    Yes.

5              Q.    When you thought you had

6    encountered oil in your pit, did you

7    think it important enough to call Mr.

8    Gsell with that information?

9              A.    I called my chain of command.

10             Q.    Mr. Nace.

11             A.    Mr. Nace.

12             Q.    Okay.

13             A.    And we found out that that

14   wasn't an oil/water separator 'cause we

15   were going on the maintenance guy that

16   was on the site.  And it wasn't an

17   oil/water separator.

18             Q.    Maybe you better explain that

19   answer to me again, please.  Okay?

20   'Cause I didn't understand your answer.

21   You found out that the oil that you

22   reported to Mr. Nace --

23             A.    We thought was oil.

24             Q.    Okay.



Page 331

```
 1                    -- was not oil?

 2          A.     It was not oil and it was not

 3   coming from an oil/water separator.  It

 4   was just sludge coming out from the --

 5   the stones.  And it was not an oil/water

 6   separator 'cause we were going on Billy

 7   Bob from the Pilot, the maintenance guy,

 8   saying that's what it was.  And it was

 9   not that.

10          Q.     Okay.  You mentioned people

11   from Pilot coming over to the excavation

12   site during the time that you were there.

13   And I think you said one of them was a

14   maintenance guy.

15          A.     Yes.

16          Q.     Is that the gentleman you

17   just referred to as Billy Bob?

18          A.     Correct.

19          Q.     How did you find out that he

20   was a maintenance person?

21          A.     'Cause he was doing

22   maintenance around the place.

23          Q.     What kind of maintenance was

24   he doing around the place?
```



Page 332

1          A.     He was checking for fuel,

2     make sure a gallon was actually coming

3     out at a gallon.  And he knew where all

4     the maintenance stuff in the back was.

5     Where water heaters were.  'Cause we had

6     to bleed it off when we fixed the water

7     main.  He knew where everything was.

8          Q.     Did you get the impression

9     from talking to him that most of his

10    maintenance duties were with regard to

11    the facility where food and everything

12    else was served rather than being out in

13    the diesel and the gasoline-dispensing

14    areas?

15         A.     No.  'Cause he would go out

16    when the truckers would pull the -- the

17    pump off, rip the quick connect off.  He

18    would go out and fix those.

19         Q.     Did anyone from REMCO ever

20    tell you that if you encountered a

21    substance and were unable to identify it,

22    you should not attempt to clean it up

23    because that was not your job function?

24         A.     I don't remember exactly



Page 333

1    saying that.

2         Q.    Something similar to that?

3         A.    Similar, yes.

4         Q.    Okay.  Did they also tell you

5    that if you encountered a situation like

6    that, that you should not clean that

7    situation up, that you should stop

8    working at that site?

9         A.    Yeah.  If -- if it would

10   arise.

11        Q.    If it was what?

12        A.    If it would arise.

13        Q.    Okay.

14        A.    Something like that.

15        Q.    Thank you.

16              When you reported oil in your

17   hole to Mr. Nace, did he tell you to stop

18   working in the hole?

19              MR. LYNAM:  Asked and

20         answered.

21              But you can answer it again.

22        A.    I don't remember what he

23   exactly said.  I don't.

24        Q.    When you were working for



Page 334

1    Worth & Company, did you receive a safety

2    orientation program similar to what you

3    received when you were at REMCO?

4         A.    Yeah.  We would have went

5    through a safety.

6         Q.    Okay.  When you were

7    testifying earlier about having to fill

8    up equipment that you were taking to a

9    work site before, you know, leaving or,

10   you know, stopping at a gas station in

11   order to do that, did you say that you

12   used to wear gloves when you were pumping

13   the fuel into those pieces of equipment?

14        A.    Yeah.  You'd just put a pair

15   of -- like those gloves that he explained

16   with the rubber and, like, cloth on the

17   back.

18        Q.    Okay.  And were you -- did

19   you put those gloves on so that none of

20   the fuel would come in contact with your

21   hands?

22        A.    It was just a normal thing

23   that we did when we fueled up the

24   excavators.



Page 335

1          Q.     I understood that it was a

2    normal -- but was the reason that you did

3    it, the reason that it was a normal thing

4    to do, to keep the fuel that you were

5    pumping into the machines from coming in

6    contact with your hands?

7          A.     Yes.

8          Q.     And were you trying to keep

9    the fuel from coming into contact with

10   your hands because you knew that that was

11   a hazardous substance?

12         A.     We knew it was -- you

13   wouldn't -- you didn't want it on 'cause

14   then you would smell.  And it was...

15         Q.     Did you -- did you have --

16   strike that.

17                When you were wearing those

18   gloves as you were fueling your

19   equipment, was the reason that you were

20   doing it to keep the gas and diesel off

21   your hands because --

22                MR. LYNAM:  (Counsel

23         indicating.)

24                MR. HARRINGTON:  Go ahead.



Page 336

```
 1              MR. LYNAM:  No, no.  Go
 2         ahead.  I thought you were done.
 3         It sounded like you were asking the
 4         same exact question and I was going
 5         to instruct him not to answer.  But
 6         I -- I cut you off.  So you can ask
 7         the part that's going to make it
 8         different than the question you
 9         just asked a minute ago.
10              MR. HARRINGTON:  Why don't
11         you tell me what I was going to ask
12         so I'll avoid the --
13              MR. LYNAM:  Go ahead.
14              MR. HARRINGTON:  -- problem.
15              MR. LYNAM:  No.  My mistake.
16         I -- I cut you off.  Go ahead.
17              MR. VILLARI:  We're
18         antagonistic.  We nag people.  Why
19         would we help you?
20    BY MR. HARRINGTON:
21         Q.    Don't pay any attention.
22    They're fooling around.
23              All right.  Let's go back.
24    You said you put the gloves on so that
```



Page 337

1   you would not get any of the fuel on your

2   hands; correct?

3          A.     Correct.

4          Q.     Was the reason that you were

5   trying to avoid getting the fuel on your

6   hands because you knew that it was a

7   hazardous substance and could be toxic to

8   you?

9               MR. LYNAM:  Objection.

10              Don't answer the question.

11              You just asked the same exact

12         question.  He gave you the answer.

13         He told you the reason.  You're not

14         going to sit here and keep asking

15         him the same question until you get

16         an answer you like.

17              MR. HARRINGTON:  Okay.

18              MR. LYNAM:  Don't answer the

19         question.

20              MR. HARRINGTON:  I don't

21         believe that that's a legitimate

22         grounds for instructing the witness

23         not to answer --

24              MR. LYNAM:  He gave you the



Page 338

```
 1          answer.
 2                MR. HARRINGTON:   -- under the
 3          Federal rules of Civil Procedure --
 4                MR. LYNAM:   Tom --
 5                MR. HARRINGTON:   -- which you
 6          like to quote.
 7                MR. LYNAM:   Tom, he said that
 8          he didn't want to get the smell on
 9          his hands.   And you're trying to
10          twist that answer into something
11          you can use.   And I don't think
12          it's appropriate.
13                MR. HARRINGTON:   Well, that's
14          fine, but that's not grounds for
15          giving an instruction to the
16          witness to not answer the question.
17                MR. LYNAM:   Yeah.   How many
18          times?   Can you ask him a question
19          eight times?   Nine times?   Ten
20          times?   How many times under the
21          federal rules, Tom, can you ask the
22          guy the same exact question?
23                MR. HARRINGTON:   It wasn't
24          the same exact question.
```



Page 339

1              So I hate to do this do to

2        you, Court Reporter, but can you go

3        back to my last question, please.

4              MR. VILLARI:  Or the one

5        before that where he asked the same

6        thing.

7              MR. HARRINGTON:  I'll settle

8        for the last one, please.

9              MR. VILLARI:  Plus, it's not

10       a fair question.

11             MR. HARRINGTON:  Let's wait

12       until she asks it and then you can

13       register your objection, too.

14       Okay?

15             MR. VILLARI:  Thank you.

16             Can I register my objection

17       first?

18             MR. HARRINGTON:  No.

19             MR. VILLARI:  All right.

20                   -   -   -

21             (Whereupon, the pertinent

22       portion of the record was read.)

23                   -   -   -

24             MR. VILLARI:  My objection is



Page 340

```
 1          it's not really a fair question
 2          because unlike knowing when you're
 3          going to pump gasoline that it's
 4          actually gasoline, nobody at
 5          Sovereign and Pilot tried to
 6          explain to him --
 7               MR. LAMB:  All right.
 8          Objection.
 9               MR. VILLARI:  -- tried to
10          explain --
11               MR. LAMB:  Objection --
12               MR. HARRINGTON:  Keep going.
13               MR. VILLARI:  -- explain to
14          him what the -- what the -- what it
15          was in the hole --
16               MR. LAMB:  Lenny, don't make
17          a speech, please.
18               MR. VILLARI:  -- and,
19          therefore, you just wasted
20          everybody's time.  That's -- that's
21          my objection.
22               MR. HARRINGTON:  Okay.  Well,
23          we object to your speech and
24          coaching of the witness.
```



Page 341

```
 1              MR. VILLARI:  Well, I mean,
 2         it's -- it's obvious.  It's like
 3         the big elephant in the room.
 4              But go ahead.  Answer it --
 5         answer it again.
 6              MR. HARRINGTON:  No, no, no,
 7         no --
 8              MR. LYNAM:  He's not
 9         answering the question --
10              MR. HARRINGTON:  Are you
11         done?  Because there's no sense
12         going on unless you're finished
13         with your speech.
14              MR. VILLARI:  I'm done for
15         the moment.
16              MR. HARRINGTON:  Okay.
17    BY MR. HARRINGTON:
18         Q.   Mr. Marino, can you remember
19    the question or may I have the court
20    reporter read it back again, please?
21              MR. LYNAM:  Tom -- Tom,
22         respectfully, I -- he already
23         answered it once.  He's not going
24         to answer it again.  Can we move on
```



Page 342

1        to the next question?

2               MR. HARRINGTON:  It's not a

3        valid objection and one that gives

4        rise to the right to direct the

5        witness not to answer.

6               MR. LYNAM:  Respectfully,

7        Tom -- and I am not trying to fight

8        with you -- you just asked the same

9        thing.  You just asked the same

10       thing.  He gave you the answer.

11       Because he didn't want his hands to

12       smell.  And then you asked the same

13       exact question again and you're

14       trying to get him to change his

15       answer.  We're not doing it.  Okay?

16              He's not going to answer this

17       question.  If I'm wrong --

18              MR. HARRINGTON:  Yes.

19              MR. LYNAM:  -- if I'm wrong,

20       file a motion and -- and -- and the

21       judge will tell me I'm wrong and I

22       will -- I will accept that.

23              MR. HARRINGTON:  We'll bring

24       him back for another deposition?



Page 343

 1                     MR. LYNAM:  I will -- I

 2          will -- I will respect whatever the

 3          judge rules.  But I think that it

 4          is inappropriate what you're trying

 5          to do here.

 6                     MR. HARRINGTON:  Okay.

 7                     MR. LYNAM:  He -- he was

 8          asked this question and he gave you

 9          an answer.  And I think we should

10          move on now.

11     BY MR. HARRINGTON:

12          Q.    In -- in your response to one

13     of Mr. Lamb's questions, you said that

14     you were always told that if there was

15     any hazard, you would not be working in

16     that environment.

17                     Do you remember that?

18          A.    Correct.

19          Q.    Okay.  What -- how could that

20     rule apply when you didn't know what

21     hazard you were going to experience

22     before you got to the site?

23          A.    'Cause we were

24     subcontractors.  If there's a hazard, you



Page 344

1    would have to explain that in a contract

2    to my employer.

3            Q.      Okay.

4            MR. LYNAM:  That didn't work.

5            Q.      (Continued) Are you on a

6    restricted diet right now?

7            A.      Yes.

8            Q.      What are you not supposed to

9    eat?

10           A.      Phosphorus.  Can't have

11   phosphorus.  I gotta watch my protein

12   intake.  Calcium.

13           Q.      (Counsel indicating.)  I'm

14   waiting.  I'm waiting go for you to

15   finish.  That's all.

16           A.      You gotta watch -- almost

17   everything you eat, you gotta watch.

18           Q.      Okay.

19           A.      'Cause your levels got to

20   stay below a certain thing.

21           Q.      Okay.

22           A.      Below a certain number or...

23   it's bad for you.

24           Q.      Okay.  I am not a



Page 345

1    nutritionist.  So can you tell me what

2    foods you avoid because of the phosphorus

3    issue?

4          A.    Phosphorus is in almost

5    everything.  So that's why you got to

6    take a binder.  Like soda, there's

7    phosphorus in it.  Meats, when they

8    process it to make it have a longer shelf

9    life, it's a brine that they put it in.

10   It's phosphorus.

11         Q.    Okay.

12         A.    So you got to watch -- you

13   got to watch what meats you get.  You

14   can't have salts.  A lot of salts.

15         Q.    So do you do a calculation

16   every day to see how much protein and

17   phosphorus you've consumed or is there

18   some other way that you watch the diet?

19         A.    The phosphorus, you can't

20   really calculate 'cause a lot of things

21   don't have it -- they'll have it on but

22   not a percentage.  But your salt, you

23   watch.  And, like, when I -- like, the

24   first month, you're, like, looking it up



Page 346

1    every now and then to see what you can

2    eat and what you can't.  But now you just

3    know what you can eat.

4         Q.    Okay.

5         A.    No pizzas, you know, stuff

6    like that.

7         Q.    And after you get the

8    transplant, you'll have to have somewhat

9    of a restricted diet but not as

10   restricted as it is now?

11        A.    Yeah.  You can have it but

12   they don't want you to eat pizza every

13   day for lunch.  You know?

14        Q.    My favorite food.

15              Did Mr. Gsell ever tell you

16   that if you encountered a situation on a

17   job site that you felt required more

18   protective personal equipment than you

19   had, that you should feel free to call

20   him to request it?

21        A.    Yeah.  You go through your

22   chain -- chain of command.

23        Q.    So you -- you would not call

24   Mr. Gsell first?  You would call Mr.



Page 347

1    Nace?

2          A.    Yes.

3          Q.    And -- okay.  Did you request

4    any additional personal protective

5    equipment for the work that you did at

6    Pilot?

7          A.    No.

8          Q.    When you were operating the

9    excavator on Monday to redig the hole,

10   was Mr. Parise your spotter in the hole

11   to tell you where you could and could not

12   go with the claw?

13         A.    He never went in.

14         Q.    Never went in?

15         A.    He stayed on the back side --

16   well, I shouldn't say he didn't go in.

17   'Cause we ripped out a piece of asphalt

18   which was stone underneath the asphalt

19   and that's where he stayed with the

20   shovels.

21         Q.    When you were using the

22   electric pump that you brought to the

23   site, was it running all the time?

24         A.    Yeah.



Page 348

1          Q.      And had you or Mr. Noone dug

2    areas of the pit that were lower than

3    most of the pit in order to draw water

4    into them?

5          A.      Yes.

6          Q.      And were you moving the hoses

7    or whatever you call it on a pump from

8    low point to low point to low point to

9    keep the water level down?

10         A.      Yeah.  We were moving the

11   pump back and forth.

12         Q.      And even with the pump

13   working, the water level was still up to

14   your knees?

15         A.      Yes.  'Cause you were

16   sinking.

17         Q.      Sinking in mud?

18         A.      Uh-huh.

19         Q.      When the pump truck showed up

20   on Tuesday -- would that be right?

21         A.      (Witness indicating.)

22         Q.      I'm asking --

23         A.      I don't remember the exact

24   date when it was.



Page 349

```
 1          Q.      Okay.  When the pump truck
 2    showed up and started pumping out the
 3    pit, did it get most of the liquid out of
 4    the pit?
 5          A.      Freestanding liquid.  But you
 6    still had the liquid within the mud.
 7          Q.      Within the mud.
 8          A.      Yes.
 9          Q.      Okay.  And after it stopped
10    pumping, you would go back into the pit
11    to work at trying to fix the broken water
12    pipe?
13          A.      No.  You were in there the
14    whole time.
15          Q.      You were in there the whole
16    time.
17          A.      Yes.
18          Q.      So did the vacuum pump ever
19    stop pumping out?
20          A.      No.  It ran the whole time we
21    were there.
22          Q.      Okay.  Eight, ten hours,
23    whatever it was.
24          A.      Yes.
```



Page 350

```
1          Q.     Okay.

2                 THE VIDEOGRAPHER:

3          (Videographer indicating.)

4                 MR. HARRINGTON:  And this is

5          as good a place as any.

6                 THE VIDEOGRAPHER:  Now going

7          off the record.  The time is 3:25.

8                    -   -   -

9                 (Whereupon, a discussion was

10         held off the record.)

11                   -   -   -

12                THE VIDEOGRAPHER:  Now back

13         on the record.  Time is 3:25.

14   BY MR. HARRINGTON:

15         Q.     While the vacuum pump was

16   there working, I think you said that you

17   would place the hose wherever it was

18   needed?

19         A.     Correct.

20         Q.     Would that be the two lowest

21   sections that had been dug out to act as

22   a -- a water draw area?

23         A.     Correct.

24         Q.     Mr. Marino, have you reviewed
```



Page 351

1    any of the other depositions that have

2    been taken in this case up to today?

3            A.    No.

4            Q.    How did you know that the

5    Sovereign people were there to monitor

6    the job?

7                  MR. LAMB:  Objection to the

8            form.

9                  MR. VILLARI:  You -- you can

10           answer.

11                 THE WITNESS:  Oh.

12           A.    'Cause you signed in with

13   them and --

14           Q.    'Cause you signed in with

15   them?  Is that what you meant?  I

16   couldn't hear you.  Sorry.

17           A.    Yeah.  'Cause I signed in

18   with them.

19           Q.    Okay.  When you were working

20   on the broken water pipe, did you ever

21   have to lie on your back in order to work

22   on the -- the pipe?

23           A.    Yes.  'Cause where the water

24   pipe went, it went underneath the



Page 352

1    sidewalk and right at the edge of the

2    sidewalk, they had the DEF lines coming

3    up.

4         Q.    What's the word?  What's that

5    word?

6         A.    DEF.

7         Q.    Is that D-E-F?

8         A.    Yes.

9         Q.    Line?

10        A.    Line.

11        Q.    Okay.

12        A.    Which goes to the pumps for

13   the trucks.  And we did not want to hit

14   those.  So we had to hand dig that and we

15   had to get around them that I could

16   actually get the tool in there.  I had a

17   24-inch pipe wrench to tighten up the --

18   the Ford coupling for the waterline.

19        Q.    Okay.  Now, when you were

20   lying on your back, were you lying in

21   water or mud?

22        A.    Muddy water.  It was a little

23   bit of both.  I mean, I can't just say it

24   was mud.



Page 353

1          Q.      Okay.   Were you under any

2    sort of schedule to finish this job by a

3    certain date?

4          A.      I forget the exact date when

5    it was supposed to be done.

6          Q.      How were you informed of a

7    date on which it was supposed to be done?

8          A.      When we initially went to the

9    job.

10         Q.      So when you were dispatched

11   to the job --

12         A.      Yes.

13         Q.      -- were you told that it was

14   supposed to be done on a date certain?

15         A.      Well, they tell you we bid

16   this job for, for instance, three days.

17         Q.      Okay.

18         A.      That's the time allowed.

19         Q.      So they tell you that when

20   you're dispatched to the job.

21         A.      Yes.

22         Q.      Okay.   Were you ever made

23   aware that REMCO submitted a revised

24   invoice to Pilot because of the liquid



Page 354

1    that you found in your hole?

2          A.    I'm not on that end of it.    I

3    just...

4          Q.    Okay.   Were you ever told

5    that the date of completion had been

6    extended by REMCO for any reason?

7          A.    No.   I'm not on that end.

8          Q.    So you worked the whole time

9    you were there --

10          A.    Yes.

11          Q.    -- under the assumption that

12    it was a three-day job.

13          A.    I -- for instance, I said

14    three day.   But I don't know exactly how

15    long that job was.   I don't remember how

16    long they said it was for.   And what I

17    always -- I always -- I never had a

18    problem getting the job done in time.

19          Q.    All right.   I'm confused now.

20    I just want to make sure of something

21    before I follow up with a question.

22                Were you under the impression

23    that this was a job that was supposed to

24    be completed in three days?



Page 355

1          A.      I don't know how many days
2     that job was.
3          Q.      Okay.  So when you were
4     dispatched, you did not know how long the
5     job was supposed to take?
6          A.      Then I did, but I don't
7     remember --
8          Q.      You don't remember now?
9          A.      I don't remember.
10         Q.      Okay.  Thank you.
11                 In any of your interviews
12    with any of the physicians that you've
13    seen for treatment of your kidney
14    failure, have you ever recounted to them,
15    told them, about the possibility that you
16    were seen at Children's Hospital as an
17    infant for kidney issues?
18         A.      Not that I remember.
19         Q.      Okay.  Do you know if either
20    of your parents have told any of those
21    doctors?
22         A.      I don't know.
23         Q.      Okay.  When you were going to
24    go out for football in junior high



Page 356

```
 1    school --

 2          A.     Correct.

 3          Q.     -- was that the first time

 4    you were ever going to participate in a

 5    contact sport?

 6          A.     No.  'Cause I did wrestling

 7    and baseball.

 8          Q.     What position did you play in

 9    baseball?

10          A.     Pitcher and second baseman.

11          Q.     And as a second baseman, did

12    you ever have to take any runners coming

13    from first base trying to break up a

14    double play hit you?

15                 MR. VILLARI:  Jesus Christ.

16          Q.     (Continued)  Do you recall?

17                 MR. VILLARI:  Wow.

18          A.     Normal play.

19          Q.     Yeah.  That's why I'm asking.

20          A.     You wouldn't get hit, though.

21    It was mandatory slide.

22          Q.     Okay.  Thank you.  I didn't

23    know that.

24          A.     Yeah.
```



MAGNA
LEGAL SERVICES

Page 357

```
 1          Q.      When did you participate in

 2    wrestling?

 3          A.      Junior high.  7th grade year.

 4          Q.      And did you drop it after

 5    that one year?

 6          A.      Yeah.

 7          Q.      What is the extent to which

 8    you help out in coaching your son's

 9    little league team?

10          A.      I stand behind where they're

11    hitting and tell them to keep her elbow

12    up, front elbow down, widen your stance.

13          Q.      Okay.

14          A.      It's T-ball.

15          Q.      Okay.

16          MR. VILLARI:  Have him send

17          you a video.

18          Q.      (Continued)  Did you ever

19    repair your own car or the racing cars

20    that you used to go to see on weekends?

21          A.      No.

22          Q.      Did you order the flowable

23    fill for the Pilot site?

24          A.      No.
```



Page 358

1          Q.     Did you take any photos of

2     the work site while you were working at

3     the Pilot facility?

4          A.     Yes.

5          Q.     Do you remember how many?

6          A.     I don't remember.

7          Q.     What were you taking photos

8     of?

9          A.     Always take photos of your

10    job site.

11         Q.     Okay.  Did you take photos of

12    the pit that you were working in?

13         A.     Yeah.  I took pictures of

14    everything.

15         Q.     Okay.  And did you send them

16    all to Mr. Nace?

17         A.     I believe I did.

18         Q.     Okay.

19         A.     (Witness indicating.)

20         Q.     Excuse me.

21                Did you understand why the

22    soil that was removed from the pit had to

23    be put into a separate Dumpster?

24         A.     No.



Page 359

1          Q.     Were you told to do that by

2    Mr. Nace?

3          A.     Yes.

4          Q.     One of the entries in the

5    invoice that had type -- a description of

6    the work done said that further

7    excavation needed to be done.

8                 Do you remember what further

9    excavation needed to be done?

10                MR. VILLARI:  Do you want to

11          show him which one we're talking

12          about?  What are we talking about?

13                MR. HARRINGTON:  Okay.  May I

14          see the exhibits again, please, or

15          are they all up here?

16                MR. LYNAM:  They're in front

17          of you.

18                MR. HARRINGTON:  Okay.

19                It's the one that had four

20          pages.  It looks -- starts like

21          this.

22                MR. LYNAM:  Nace 3, the front

23          page?

24                MR. HARRINGTON:  Yeah, but I



Page 360

1          don't want the front page.  I want

2          all four pages.  Remember, we

3          marked a new one today that had

4          four pages to it?

5                MR. LYNAM:  Yeah.  I -- I

6          don't have it.  They're all on your

7          side of the table.  I don't have

8          any.

9                MR. HARRINGTON:  Okay.  I

10         think I found it.  Yes.  I did.

11         Okay.  Sorry.

12    BY MR. HARRINGTON:

13         Q.    Let me direct your attention,

14    Mr. Marino, to an entry on Page 3 of this

15    exhibit.  It's dated 3/21/14.  It says:

16    Work performed.  And the name opposite it

17    is -- is Frank P. Noone.  Okay?  So it's

18    down in this section.  I'd like you to

19    take a look at that if you would, please,

20    sir.

21                MR. LAMB:  We're not --

22         that's part of the exhibit

23         previously marked; right?

24                MR. HARRINGTON:  Yes --



Page 361

```
 1                    MR. LAMB:  Okay.

 2                    MR. HARRINGTON:   -- part of

 3          the exhibit previously marked.

 4          A.     That was Frank Noone that put

 5    that.

 6          Q.     Okay.  Do you see the section

 7    in there where he says:  Further

 8    excavation needed to be done?

 9          A.     Yes.

10          Q.     Did you know what he was

11    referring to when he said that?

12          A.     Yes.  'Cause we only exposed

13    the one side of the pipe.

14          Q.     And where was the other side

15    of the pipe?  In the vault?

16          A.     No.  That was the side we

17    exposed first.

18          Q.     Okay.

19          A.     Down the side of the vault.

20    The other side was underneath the

21    sidewalk somewhere.  We didn't know.

22          Q.     Okay.  Was the excavation

23    site expanded?

24          A.     No.
```



Page 362

1          Q.    So was Mr. Noone wrong when

2    he said that further --

3                MR. LYNAM:  Objection to the

4          form.  I -- I --

5                MR. HARRINGTON:  I'm just

6          asking do you know.

7                MR. LYNAM:  No.  He --

8                MR. VILLARI:  No, no.  Just

9          object.  That's it.

10   BY MR. HARRINGTON:

11         Q.    During the time that you were

12   working on the Pilot project, were you

13   still smoking at that time?

14         A.    Yes.

15         Q.    Approximately how much per

16   day?

17         A.    Less than a half a pack.

18         Q.    Less than a half a pack?

19               When you did have a smoke,

20   did you have to get out of the pit in

21   order to do that?

22         A.    Yeah.  We wouldn't smoke in

23   the pit.

24               MR. HARRINGTON:  I think



Page 363

1          that's all I have.

2                    MR. LYNAM:  I've got a

3          couple.

4                    MR. LAMB:  I've got some

5          more.  Do you want to wait till the

6          defense side is done and then --

7                    MR. LYNAM:  Fine with me.

8          Okay.

9                    MR. HARRINGTON:  Oh.  Sorry.

10                    MR. LAMB:  I just realized I

11          didn't have it.

12                    MR. HARRINGTON:  I forgot.

13  BY MR. LAMB:

14          Q.    Before you got to the Pilot

15  center in March 2014, were you aware that

16  sometimes when people pump gas, they

17  would pull the nozzle out and gasoline or

18  diesel could drip on the ground?

19          A.    Yes.

20          Q.    Had you -- had that ever

21  happened to you where you pulled the

22  nozzle out and a couple drips fell on the

23  ground?

24          A.    Probably.



MAGNA
LEGAL SERVICES

Page 364

1          Q.     Okay.  And while you were

2    doing work at the Pilot center, did you

3    experience any physical symptoms at all

4    other than what you've described already?

5          A.     No.

6          Q.     So for those four days,

7    including the weekend in between Monday

8    and Friday -- so let's make it six days.

9    For those six days, did you experience

10   any physical changes or physical symptoms

11   at all?

12         A.     Not that I know of.

13         Q.     Okay.  No burning, itching,

14   rashes, shortness of breath, passing out

15   during those six days?  Nothing like

16   that?

17         A.     Right after, I had the

18   itching and the green and stuff like

19   that.

20         Q.     I'm not talking about right

21   after.  I am taking while you were there

22   working.

23         A.     No.

24         Q.     Had you had any prior



Page 365

1   surgeries before March 2014?

2          A.     No.

3          Q.     Any times when you spent time

4   in the hospital before March 2014?

5          A.     I didn't spend time.  When I

6   broke my foot, I was in the ER.  That was

7   in the hospital.

8          Q.     Okay.  But other than that,

9   no -- no other hospital admissions?

10         A.     No.

11         Q.     Okay.  Were you on any

12   medications as of March 2014?

13         A.     No.

14         Q.     And who was your insurer back

15   when you worked -- back at the different

16   employers that you worked at?  I can go

17   through them all.  But Worth & Company,

18   do you know who insured you?

19         A.     I have no clue.

20         Q.     Okay.  Is there any family

21   history of cancer in your family?

22         A.     Not that I know of.

23         Q.     Any history of hypertension

24   in your family?  High blood pressure?



Page 366

1          A.     Not that I know of.

2          Q.     Were you ever diagnosed with

3     hypertension or high blood pressure?

4          A.     Now that I'm on dialysis.

5          Q.     Now you are.  I understand.

6                 Before -- I'm sorry.  Before

7     you worked at Pilot, were you ever

8     diagnosed with hypertension or high blood

9     pressure?

10         A.     No.

11         Q.     Were you ever diagnosed with

12    any cardiovascular or heart issues before

13    you worked at Pilot?

14         A.     No.

15         Q.     Did you have treatment for

16    any medical conditions in the three years

17    leading up to your work at Pilot in March

18    2014?

19         A.     No.

20         Q.     No medical issues?  Nothing

21    going on?

22         A.     No.

23         Q.     Okay.  Did you have any

24    headaches before March 2014 that were



Page 367

1    unexplained headaches?

2         A.    No.

3         Q.    Any low back pain before

4    March 2014?

5         A.    No.

6         Q.    There was one reference in

7    the records that you might have given a

8    recorded statement at some point.  Did

9    you ever give a recorded statement?

10        A.    (Witness indicating.)

11        Q.    Not to your attorneys.  To

12   either the workers' compensation carrier

13   or your employer.

14        A.    I don't remember...

15        Q.    Okay.  And there was a note

16   in your personnel file about traffic

17   violations.  Did you have traffic

18   violations while you were driving for

19   REMCO on one of your two employment times

20   when you were there?

21        A.    Yes.

22        Q.    And what was that -- can you

23   just give us an explanation of what that

24   was?



Page 368

```
 1            A.     It was -- I was speeding on
 2    the way home.
 3            Q.     Oh.  It only happened once?
 4            A.     That I remember.
 5                   MR. LAMB:  Okay.  Other than
 6            following up with whatever Tom
 7            asks, I don't have anything else.
 8                   MR. HARRINGTON:  I have no
 9            further questions.
10                   MR. LAMB:  I mean this Tom.
11                   MR. HARRINGTON:  I'm sorry.
12                   MR. LAMB:  Tom, Mr. Lynam.
13    Sorry.
14    BY MR. LYNAM:
15            Q.     A couple of quick questions
16    for you.
17                   So if you go out to a site to
18    do some plumbing work and the client, the
19    customer, knows about some hidden hazard
20    that you don't see -- maybe some kind of
21    hidden hazard that's maybe underground --
22    is it your expectation as a plumber that
23    that customer is going to tell you about
24    that hazard?
```



Page 369

1          A.      Yes.

2                  MR. LAMB:  Objection.

3                  MR. HARRINGTON:  Objection to

4          the form.

5          Q.      And did anybody from Pilot or

6     did anybody from Sovereign tell you that

7     a little more than a month before you got

8     there, they found 2 feet of fuel in a

9     water well right in the area where you

10    were digging?

11                 MR. LAMB:  Objection to form.

12                 MR. HARRINGTON:  Objection.

13         Q.      (Continued)  Did anybody tell

14    you that?

15         A.      No.

16         Q.      Let -- let me ask you this:

17    So let's talk about your ability to

18    figure out what this stuff was in the

19    hole.  Would I be correct to say that

20    REMCO doesn't have an environmental

21    division; correct?

22         A.      Correct.

23         Q.      REMCO doesn't hire

24    geologists; correct?



Page 370

```
 1          A.     No.
 2          Q.     So it's also been the
 3   testimony that we had in this case that
 4   nobody from Pilot and nobody from
 5   Sovereign told REMCO about the fact that
 6   those two companies knew about the
 7   underground fuel.
 8              MR. LAMB:  Objection to form.
 9          If -- if that was the question.
10          Sorry.
11          Q.     (Continued) Yeah.  If --
12   if -- if Pilot and Sovereign doesn't tell
13   REMCO, is there anybody at REMCO that's
14   qualified to figure out what this
15   substance is and determine that it was,
16   in fact, a hazard?
17              MR. LAMB:  Objection.
18              MR. HARRINGTON:  Objection.
19          Q.     (Continued)  You can answer.
20          A.     No.
21              MR. HARRINGTON:  Badgering
22          the witness.
23              MR. LYNAM:  (Counsel
24          indicating.)
```



Page 371

```
 1          Q.     Let me ask you this:  Billy
 2   Bob, right, this is the maintenance
 3   guy --
 4          A.     Yes.
 5          Q.     -- at Pilot.
 6                 So did Billy Bob ever tell
 7   you that they had found fuel in the water
 8   well that you guys were digging up?
 9          A.     No.
10          Q.     Okay.  How many times do you
11   think you saw Billy Bob while you were
12   there?  Was it every day?
13          A.     Yeah.
14                 MR. HARRINGTON:  Objection to
15          the form.
16          Q.     And he had never mentioned
17   that to you?
18          A.     No.
19          Q.     Okay.  Did -- do -- do you
20   know who Ina Fukson (phonetic)?
21          A.     (No verbal response.)
22          Q.     Let me ask you this:  Do you
23   remember a Russian manager at Pilot?
24          A.     Yes.
```



Page 372

1           Q.      Okay.  Did you ever speak to

2    her?

3           A.      Yes.

4           Q.      Did she ever tell you that a

5    month -- a little more than a month

6    before you got there, they found fuel in

7    the area where you were digging?

8                   MR. LAMB:  Objection.

9                   MR. HARRINGTON:   Object.

10          Q.      (Continued)  Did they tell

11   you that?

12          A.      No.

13          Q.      Okay.  How about the guy who

14   worked for Sovereign.  All right?  Now,

15   he -- if I understand what you said, the

16   majority of the time he was there, he was

17   in his car because it was cold; right?

18          A.      Correct.

19          Q.      Okay.

20                  MR. LAMB:  Objection.

21          Q.      (Continued) Any of the times

22   that he got out of his car to walk over

23   to where you were working, did he tell

24   you that he knew or that Sovereign knew



Page 373

1    that there was fuel in that area where

2    you were digging?

3              MR. LAMB:  Objection.

4              MR. HARRINGTON:  Objection.

5         A.    No.

6         Q.    How about the -- the woman

7    from Sovereign.  Did she stay in her car

8    most of the day as well?

9         A.    Correct.

10        Q.    Because it was cold out?

11        A.    Correct.

12             MR. LAMB:  Objection.

13        Q.    Okay.  Any of the couple of

14   times that she may have come over to

15   where you were working, did she tell you

16   that Sovereign knew that there was fuel

17   in that hole?

18        A.    No.

19             MR. LAMB:  Objection.

20        Q.    Okay.  So let me ask you

21   this:  There is -- you were asked a bunch

22   of questions about, you know, what's a

23   hazard, what's not a hazard.  Sovereign

24   prepared a document for Pilot that said



Page 374

1   that the fuel that was on-site caused

2   kidney damage.

3                  Did either Sovereign or Pilot

4   show you that document?

5                  MR. LAMB:  Objection.

6                  MR. HARRINGTON:  Objection.

7        A.     No.

8                  MR. VILLARI:  Boy, you ask a

9          lot of objectionable questions.

10                 MR. LYNAM:  Yeah.

11                 MR. VILLARI:  They've

12         objected to every one of your

13         questions.  I wonder why.

14                 MR. LYNAM:  I have no idea.

15       Q.     Let's talk about Kevin Nace

16   for a couple of minutes.  He gave some

17   testimony the other week.  And if I had

18   it here, I -- I'd show it to you.  But we

19   don't have his transcript yet.  So I'll

20   tell you what I remember.  And if I get

21   it wrong, I'm sure these gentlemen will

22   object.

23                  What -- what he said was that

24   when you first saw the substance kind of



Page 375

1    bubbling up in the hole, you contacted

2    him.  That much you agree with; correct?

3          A.    Correct.

4          Q.    Okay.  And then he said

5    something along the lines of he

6    instructed you to stay out of the hole

7    until it was cleaned up and then he would

8    let you know when it was okay to get back

9    in the hole.

10               Did that ever happen?

11         A.    No.

12               MR. LAMB:  Objection.

13               MR. HARRINGTON:  Objection.

14         Q.    Okay.  So let me ask you

15   this:  Have you ever been on a job with

16   REMCO where you needed a part to come in

17   or another subcontractor had to come in

18   to finish something before you could

19   finish your plumbing work?

20         A.    Yes.

21         Q.    Okay.  And when that happens,

22   does REMCO pay you to stand around and --

23   and do nothing while you're waiting

24   for -- for that thing or do they send you



Page 376

1    to another job?

2           A.    You go to another job.

3           Q.    Okay.  So based upon the way

4    things worked back at -- strike that.

5    Let me go back.

6                 If -- if you are not allowed

7    in the pit and you are not allowed in the

8    manhole next to the pit, is there

9    anything else at that job site for you to

10   do?

11          A.    No.

12          Q.    Okay.  So based upon the way

13   things worked at REMCO back then, if

14   Kevin Nace actually told you to stop

15   working until that area was remediated or

16   cleaned up, you would have been assigned

17   to another job until it was safe to go

18   back?

19          A.    Correct.

20                MR. LAMB:  Objection.

21                MR. HARRINGTON:  Objection.

22          Q.    Okay.  And that never

23   happened; correct?

24          A.    No.



Page 377

1              MR. HARRINGTON:  Objection to

2        that question, too.

3        Q.    Let me ask you a couple of

4   questions about the damage piece of this

5   that we really didn't get into.

6              Did you enjoy working?

7        A.    Yeah.  I liked work.

8        Q.    Did you take pride in the

9   ability to work and earn money and

10  support your family?

11       A.    Yes.

12       Q.    Okay.  Tell us about how you

13  feel now that you can't do that.

14       A.    It's like you're...  I always

15  classify it as a roach living off of

16  everybody.  And you can't -- like, your

17  kids want -- back when I was working,

18  your kids wanted a LEGO that was 60

19  bucks, you'd go and get the LEGO.  Oh,

20  well.  Now, $60, that's my wife getting

21  to work with gas.

22       Q.    Have you had -- have you had

23  any conversations with any health care

24  providers about your life expectancy?



Page 378

```
 1          A.      They haven't really got into
 2   it, but it will be shorter.   A kidney
 3   transplant lasts about 10 to 15 years.
 4   That's right around the general vicinity
 5   of when my kids will graduate from high
 6   school.
 7          Q.      Tell us about the experience
 8   of being on this transplant list and what
 9   it means to not yet get a kidney for
10   transplant.
11          A.      It's... you just -- you don't
12   know -- like, you go to sit on the
13   machine.   It's like playing Russian
14   roulette.   Every time that spins, you
15   don't know if your heart's going to
16   explode this time.   Made it that minute.
17   That's what it feels like.   'Cause that's
18   what happens to a dialysis patient.
19   You're sitting on the machine and your
20   heart explodes 'cause you're pulling too
21   much blood, your heart's pumping and
22   that's what happens.   Heart attack.
23              MR. HARRINGTON:   Can you just
24          tell me, what machine are we
```



Page 379

```
 1              talking about?   The CAT scan?
 2                   MR. LYNAM:   The dialysis
 3         machine.
 4                   THE WITNESS:   Dialysis
 5         machine.
 6                   MR. HARRINGTON:   Oh.   Oh.
 7         I'm sorry.
 8         Q.    Has any medical person
 9  explained to you that the longer you're
10  on dialysis, the greater your risks are?
11         A.    The longer you're on
12  dialysis, the more you have -- your heart
13  will give out, your veins give out.   Your
14  whole body starts to break down.   Because
15  dialysis ain't good for you.
16                   MR. LYNAM:   That's all I
17         have.
18                   MR. LAMB:   I don't have
19         anything else.
20                   MR. HARRINGTON:   No
21         questions.
22                   MR. LYNAM:   You're done.
23         Thank you.
24                   THE WITNESS:   Yep.
```



Page 380

1          THE VIDEOGRAPHER:  That

2     concludes the deposition.  We're

3     now going off the record.  The time

4     is 3:55 p.m.

5              -   -   -

6          (Whereupon, the witness was

7     excused.)

8              -   -   -

9          (Whereupon, the videotape

10    deposition concluded at

11    approximately 3:55 p.m.)

12             -   -   -

13

14

15

16

17

18

19

20

21

22

23

24



Page 381

```
 1                    CERTIFICATE
 2
 3
 4            I HEREBY CERTIFY that the
 5    witness was duly sworn by me and that the
 6    deposition is a true record of the
 7    testimony given by the witness.
 8
 9
10
          Maura B. Doyle
11        Registered Professional Reporter
          and
12        Notary Public
          Date:  May 26, 2015
13
14
15
16
17
18            (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```



```
 1                    LAWYER'S NOTES

 2      PAGE     LINE

 3      ____     ____     _____

 4      ____     ____     _____

 5      ____     ____     _____

 6      ____     ____     _____

 7      ____     ____     _____

 8      ____     ____     _____

 9      ____     ____     _____

10      ____     ____     _____

11      ____     ____     _____

12      ____     ____     _____

13      ____     ____     _____

14      ____     ____     _____

15      ____     ____     _____

16      ____     ____     _____

17      ____     ____     _____

18      ____     ____     _____

19      ____     ____     _____

20      ____     ____     _____

21      ____     ____     _____

22      ____     ____     _____

23      ____     ____     _____

24      ____     ____     _____
```


MAGNA
LEGAL SERVICES