# Exhibit D

## CURRICULUM VITAE

**Name:**        Mark A. Roberts, M.D., Ph.D., FACOEM
                Principal Scientist, Health Practice

**Address:**     Exponent
                525 West Monroe Street
                Suite 1050
                Chicago, Illinois  60661
                Telephone:  312 999 4202
                Facsimile:  312 999 4299
                Cell:          312 961 9391
                E-mail:       mroberts@exponent.com

## EDUCATION

| | | |
|---|---|---|
| 1967-69 | A.S. | Pre-Veterinary Medicine.  Murray State College, Tishomingo, OK |
| 1969-71 | B.S. | Zoology. University of Oklahoma, Norman, OK |
| 1971-72 | M.Ed. | Higher Education, Student Personnel Services, University of Oklahoma, Norman, OK |
| 1972-74 | M.P.H. | Biostatistics and Epidemiology. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1974-79 | Ph.D. | Biostatistics and Epidemiology. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1982-86 | M.D. | College of Medicine. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |

## POST GRADUATE TRAINING

| | |
|---|---|
| 1986-87 | Intern, Family Medicine, University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1987-89 | Resident Occupational Medicine Program University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1989-90 | Research Fellow in Occupational Medicine Program University of Oklahoma, Health Science Center Oklahoma City, OK |
| 1990 | American College of Occupational Medicine, Medical Review Officer Training Course for Urine Drug Testing, October 12-13, 1990, Pittsburgh, PA |
| 1996 | American College of Occupational and Environmental Medicine, Medical Review Officer Refresher Course, October 27, 1996, Toronto, Ontario, Canada |

## MEDICAL SPECIALTY BOARD CERTIFICATION

1991-present        American Board of Preventive Medicine, Occupational Medicine

## LICENSURE

1988-present        Oklahoma 16402
1990-present        Wisconsin 31165
1998-present        Illinois 0036-098014

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1972-1979 | Staff Positions, Epidemiology Program, Division of Communicable Disease Control, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1979-1982 | State Epidemiologist and Chief of the Epidemiology Service, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1982-1986 | Consultant Environmental Epidemiologist, Environmental Health Services, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1987-1990 | Medical/Environmental Epidemiologist, Environmental Health Services, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1990-1996 | Assistant Professor, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1991-1997 | Medical Director, Employee Health Services, Miller Brewery, Aldrich Chemicals, St. Mary's Hospital, Wisconsin Centrifugal and Wisconsin Bell Milwaukee, WI. |
| 1994-1997 | Residency Programs Director, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1994-1997 | Assistant Professor, Medical College of Wisconsin, Health Policy Institute (Epidemiology), Milwaukee, WI. |
| 1995-1997 | Acting Chairman, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1995-1997 | Medical Consultant, Rowan & Blewitt, Inc., Washington, DC. |
| 1996-1997 | Associate Professor, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1996-1997 | Medical Director, Medical College of Wisconsin, Occupational Health Clinic, Milwaukee, WI. |
| 1996-1997 | Medical Advisor to Administrative Law Judge, Social Security Administration, Office of Hearings and Appeals, Milwaukee, WI. |
| 1997-1998 | Associate Corporate Medical Director, Amoco Corporation, Chicago, IL. |
| 1998-2000 | Associate Corporate Medical Director and Regional Medical Advisor for North America, BP Inc., London, UK. |
| 2000- 2003 | Corporate Medical Director and Regional Medical Advisor for North America, BP Inc., London, UK. |
| 2003-2007 | Senior Managing Scientist, Exponent, Chicago, IL. |
| 2007-present | Medical Advisor, West Allis Health Department, West Allis, WI. |
| 2007-present | Medical Advisor, Wauwatosa Health Department, Wauwatosa, WI. |
| 2007-present | Principal Scientist, Health Practice, Exponent, Chicago, IL. |

**PROFESSIONAL EXPERIENCE (continued)**

| | |
|---|---|
| 2009-2015 | Director, Exponent Center for Occupational and Environmental Health |
| 2010-present | Member, Exponent Institutional Review Board (IRB) |
| 2011-present | Member, Exponent Safety Committee |

**BOARDS, PANELS, COMMITTEES AND DIRECTORSHIPS**

| | |
|---|---|
| 1990- 1995 | Health Studies Review Group, Agency for Toxic Substances and Disease Registry, Division of Health Studies, Atlanta, GA. |
| 1991- 1996 | Member, Public Health Committee, Medical Society of Milwaukee County, Milwaukee, WI. |
| 1991- 1994 | Member, Commission on Environmental and Occupational Health, State Medical Society of Wisconsin, Madison, WI. |
| 1991-1998 | Representative of the State Medical Society, Wisconsin Hospital Association's Task Force on Environmental Issues, Madison, WI. |
| 1991-1992 | Special Committee on Medical Waste Disposal, Wisconsin Department of Natural Resources, Madison, WI. |
| 1991- 1993 | Member of Public Health Advisory Forum, Wisconsin Department of Health and Social Services, Division Health, Madison, WI. |
| 1992-1997 | Member, Environmental Medicine Committee, American College of Occupational and Environmental Medicine, Arlington Heights, IL. |
| 1993-1997 | Chairman, Committee on Liaison with Governmental Agencies, Council on External Affairs, American College of Occupational and Environmental Medicine, Arlington Heights, IL. |
| 1994-1998 | Chairman, Commission on Environmental and Occupational Health, State Medical Society of Wisconsin, Madison, WI. |
| 1994-1998 | Member, Great Lake Fish Consumption Advisory Protocol Panel, Michigan Environmental Science Board, Lansing, MI. |
| 1995-1998 | Member, Board of Scientific Counselors, Agency for Toxic Substances and Disease Registry, Atlanta, GA. |
| 1995-1996 | Member, Institutional Strategic Plan Task Force, Education Task Force for the Medical College of Wisconsin, Milwaukee, WI. |
| 1995-1996 | Member, Rehabilitation Center Task Force, Medical College of Wisconsin, Milwaukee, Wisconsin. |
| 2000-2007 | Member, Board of Directors, American College of Occupational and Environmental Medicine, Chicago, IL. |
| 2008-2011 | Member, Board of Directors, American College of Occupational and Environmental Medicine, Chicago, IL. |
| 2001-2002 | Member, Board of Directors, Vysis, Inc, Downers Grove, IL. |
| 2004-2010 | Member, Institute of Medicine of Chicago, Chicago, IL |
| 2005-2006 | Treasure, Medical Directors Club of Chicago, Chicago, IL |
| 2006-2007 | President, Medical Directors Club of Chicago, Chicago, IL |
| 2008-present | Associate Clinical Professor, Institute of Health and Society, Medical College of Wisconsin, Milwaukee, WI |
| 2010-Present | Board of Directors, Chicago Section of American Industrial Hygiene Association, Chicago, IL |

**BOARDS, PANELS, COMMITTEES AND DIRECTORSHIPS** (continued)

| | |
|---|---|
| 2010-Present | Advisory Board member, Illinois Occupational Surveillance Program at the University of Illinois at Chicago, Environmental and Occupational Health Science Division |
| 2010-Present | Residency Advisory Committee, University of Illinois at Chicago, Occupational Medicine Residency Program, Chicago, IL |
| 2011-Present | Board of Governors, Central States Occupational & Environmental Health Association, Chicago, IL |
| 2012- 2013 | Committee on Potential Health Risks from Recurrent Lead Exposure to DOD Firing Range Personnel, National Research Council, National Academies, Washington, DC |
| 2013-2014 | Vice President, American College of Occupational and Environmental Medicine, Arlington Heights, IL |
| 2015-present | President, American College of Occupational and Environmental Medicine, Arlington Heights, IL |

## PUBLICATIONS

Editor, Oklahoma Communicable Disease Bulletin, a weekly publication covering current topics of public health interest. 1977-82.

Saah A., Mallonee J., Tarpay M., Thornsberry C., Roberts M., Rhoades E. "Relative Resistance to Penicillin in Pneumococcus: A Prevalence and Control Study," J. Am. Med. Assoc., Volume 243, Number 18, 1980, pp. 1824-1827.

Bernard K., Roberts M., Sumner J., Winkler G., Mallonee J., Baer G., Chaney R."Human Diploid Cell Rabies Vaccine," J. Am. Med. Assoc., Volume 247, Number 8, 1981, pp. 1138-1142.

Morton D., Saah A., Silberg S., Owens W., Roberts M. "Lead Absorption Among Children of Employees in a Lead Related Industry," Am. J. Epid., Volume 115, Number 4, April 1982, pp.549-555.

Vernon A., Thacker S., Roberts M., Mallonee J., Beauchamp H. "Rabies in Oklahoma: An Epidemiologic View of the Problem in Animals," J. Okla. State Med. Assoc., Volume 76, Number 8, August 1982, pp. 293-299.

Helmick C., Vernon A., Schwartz S., Ward M., Roberts M. "Rabies in Oklahoma: Report of a Human Case," J. Okla. State Medical Assoc., Volume 76, Number 8, August 1982, pp. 287-292.

Tacket C., Barrett T., Mann J., Roberts M., Blake P. "Wound Infection Caused by Vulnificus, A Marine Vibrio, In Inland Areas of the United States," J. Clin. Micro., 1984, Volume 19, pp.97-99.

Felsenfeld A, Roberts M. "A Report of Fluorosis in the United States Secondary to Drinking Well Water, "J. Am. Med. Assoc., Volume 265, Number 4, January 1991, pp. 486-488.

**PUBLICATIONS** (continued)

Roberts M., O'Brien M. "Public Health and the Environment: Where Do We Go From Here?" Invited Article, Wisconsin Public Health Association Newsletter, Milwaukee, Wisconsin, March 1994.

Clarke C., Mowat F., Kelsh M., Roberts M. "Pleural Plaques: A Review Of Diagnostic Issues And Possible Non-Asbestos Factor," Arch. Env. & Occ. Health, Vol. 61, Number 4, July/August 2006, pg. 183-192.

Alexander D., Cushing C., Lowe K., Sceurman B., Roberts M. "Meta-analysis of animal fat or animal protein intake and colorectal cancer," Am. J. Clin. Nutr. 2009;89:1-8.

Hymel P, Loeppke, R., Baase, C., Burton, W., Hartenbaum, N., Hudson, W., McLellan, R., Mueller, K., Roberts, M., Yarborough, C., Konicki, D., and Larson, P., "Workplace Health Protection and Promotion: A New Pathway for a Healthier and Safer Workforce," J. Occ & Env Health Vol. 53, Number 6, June 2011, pp. 695-702

Roberts, J., Roberts, M., "Wind Turbines: is there a human risk," J. Env. Health, Vol. 75, Number 8, April 8, 2013.

**BOOK CHAPTERS**

Roberts M., "Role of Aviation in the Transmission of Disease," Fundamentals of Aerospace Medicine, Second Edition, 1996, Chapter 33, pp. 1003-1015.

Hudson, TW, Roberts, M., "Corporate Response to Terrorism," in Clinics in Occupational and Environmental Medicine, "Terrorism: Biological, Chemical and Nuclear, Volume 2, Number 2, February 2003, pages 389-404.

**REPORTS/SURVEYS**

Roberts, M., Walker F., "Cancer Cluster Investigation in Ponca City Oklahoma," Oklahoma State Department of Health, 1988, Oklahoma City, OK.

Greaves W., Roberts M., Moore S. "Investigation of Employee Health," November 1990, Modine Manufacturing Company, Emporia, KS.

Roberts, M., "Medical Waste Disposal in the State of Wisconsin: A Report of the Special Committee on Medical Waste Disposal, "Report to the Wisconsin Legislature, PUBL-AM-068-91, October 23, 1991, Madison, WI.

Roberts M., "Investigation of Suspected Building Associated Illness in a Public School Building," December 1993, Milwaukee, WI.

Roberts M., Cohen S. "Cancer Mortality Studies of a Petroleum Refinery Employee Cohort," January 1994, Milwaukee, WI.

Roberts M., Cohen S. "Utility of Health Surveillance in a Petroleum Refinery Employee Cohort," April 1994, Milwaukee, WI.

Roberts M., Kitscha D & Blessinger J. "Cohort Mortality Study Update of Employees at the Velsicol Chattanooga Plant 1943-1992," Milwaukee, WI.

**REPORTS/SURVEYS** (continued)

Fischer L., Bolger P., Calson G., Jacobson J., Knuth B., Radike M., Roberts M., Thomas P., Wallace K., Harrison K. "Critical Review of a Proposed Uniform Great Lakes Fish

Advisory Protocol," September, 1995. Michigan Environmental Science Board, Lansing, MI.

Roberts M., Kitscha D. "Evaluation of Respiratory Complaints Associated with Metal Milling Processes," Milwaukee, WI. August 1996

Roberts M., Kitscha D. "Evaluation of Indoor Air Quality in a Public School Setting: A Case Control Study," Kenosha, WI. October 1996

Roberts, M. "Evaluation of the Scientific Literature on the Health Effects Associated with Wind Turbines and Low Frequency Sound", prepare for Wisconsin Electrical Power Company (WEPCO), October 29, 2009, Milwaukee, WI.

**COURSE STUDY GUIDES**
*For Distance Learning Program*

Roberts, M., "Environmental Health: A Study Guide," Academic Program in Occupational Medicine, Medical College of Wisconsin, August 1992, Milwaukee, WI.

Roberts, M., O'Brien, M. "Biostatistics: A Study Guide," Academic Program in Occupational Medicine, Medical College of Wisconsin, April 1994, Milwaukee, WI.

**PRESENTATIONS**

"Preliminary Report on a Statewide Rabies Pre-exposure Prophylaxis Program," The International Northwestern Conference on Diseases in Nature Communicable to Man, August 12-14, 1974, Boise, ID.

"Geographical and Ecological Distribution of Rocky Mountain Spotted Fever in Oklahoma," Twenty-seventh Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 10-11, 1977, Austin, TX.

"Foodborne Illness Incidence and Investigation," National Society of Professional Sanitarians' Annual Meeting, November 1-3, 1979, Springfield, MO.

"A Serosurvey of Brucella canis Antibody Titers in Dogs and Their Owners," Thirtieth Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 27-28, 1980, Temple, TX.

"A Human Rabies Case in Oklahoma," Thirty-second Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 25-26, 1982, Austin, TX.

"On the Other Side of the Fence," Seventy-fourth meeting, American Occupational Health Conference, April 29-May 5, 1989, Boston, MA.

"Indoor Air Pollution - Update," University of Tulsa Division of Continuing Education and the Center for Environmental Research and Technology, May 8-9, 1989, Oklahoma City, OK.

**PRESENTATIONS** (continued)

"Issues and Decisions in Environmental Health," University of Oklahoma Academy of Retired Professors, Sept 26, 1989, Norman, OK.

"Balancing Public Health and Environmental Health," Oklahoma Society of Professional Sanitarians.  October 12, 1989, Oklahoma City, OK.

"Occupational Health and Epidemiology," University of Oklahoma, College of Public Health, Alumni Day 1989, Oklahoma City, OK.

"Environmental Aspects of Economic Development: Realities vs. Perceptions," Leadership Oklahoma 1990, March 2, 1990, Ponca City, OK.

"Occupational Health Team Members and Resources," Practical Approaches to Occupational Medicine, March 3, 1990, Oklahoma City, OK.

"Putting Environmental Health Back in Public Health," South Carolina Public Health Association Annual Meeting, May 24, 1990.  Myrtle Beach, S.C.

"Board Certification in Occupational Medicine," Industrial Epidemiology Forum, May 1990, Salt Lake City, UT.

"Environmental Epidemiology in Relation to Occupational Medicine," Midwestern Medical Director's Association (Insurance Medicine), October 26, 1990, Wausau, WI.

"Environmental Medicine: Fact or Fantasy," Oklahoma College of Occupational Medicine, Fifteenth Annual Fall Educational Meeting, November 2-3, 1990, Edmond, OK.

"Drug Testing in the Workplace," 21st Annual Winter Refresher Course for Family Physicians, January 21, 1991, Milwaukee, WI.

"Risk Communication: Challenge of Today's Society," Oklahoma Public Health Association Annual Meeting, April 4, 1991, Tulsa, OK.

"Social, Political and Legal Aspects of Environmental Health," American College of Occupational Medicine, State of the Art Conference, Seminar Director, October 28, 1991, St. Louis, MO.

"Workplace Standards Applied to the Non-Workplace Population," American College of Occupational Medicine, State of the Art Conference, October 31, 1991, St. Louis, MO.

"Strategic Planning for the Americans with Disabilities Act," Hospital Council of Greater Milwaukee Area, Co-Director, March 31, 1992., Milwaukee, WI.

"Health and Safety in the Health Care Workplace," Krukowski & Costello, S.C., Guest Speaker, June 6, 1992, Oconomowoc, WI.

"Trials and Tribulations of Occupational Medicine in Primary Care," Family Health Plan's Eight Annual Family Practice Symposium, Invited Speaker, August 5, 1992, Milwaukee, WI.

"Business Partnership Opportunities in Occupational and Environmental Medicine," Discussion Leader, Governor's Forum on Technological Transfer and Business Partnerships, September 24, 1992, Milwaukee, WI.

**PRESENTATIONS** (continued)

"Effects of the Americans with Disability Act on Industry," Wisconsin State Association of Occupational Health Nurses, 6th Annual Meeting, Invited Speaker, October 8, 1992, LaCrosse, WI.

"Community TB Control: The Good, the Bad and the Ugly," American Lung Associations' conference "TB in the '90s: An Aberration or an Epidemic?", Invited Speaker, October 16, 1992, Madison, WI.

"Occupational Medicine in the Hospital Setting," Medical Grand Rounds Williamsport Hospital & Medical Center, Invited Speaker, April 16, 1993, Williamsport PA.

"Sick Building Syndrome: Fact or Fantasy?" Milwaukee Area Medical Directors' Association, January 23, 1994, Milwaukee, WI.

"Biological Monitoring from the Industrial Viewpoint," American Occupational Health Conference, April 15-22, 1994, Chicago, IL.

"Biological Monitoring," Session Moderator, American Occupational Health Conference, April 15-22, 1994, Chicago, IL.

"Occupational Health: Resolve to Reform," Keynote Address, Southeastern Wisconsin Association of Occupational Nurses Annual Meeting, May 11, 1994, Milwaukee, WI.

"ADA Issues in the Hospital Setting," St. Mary's Hospital Administrative Staff, January 11, 1995, Milwaukee, WI.

"Update on the Clinical and Epidemiological Aspects of Indoor Air Complaints," Indoor Air Quality Seminar, January 19, 1995, Madison, WI.

"Plugging Occupational and Environmental Concepts into Medical Schools," ACOEM Session #137, "Integrating Environmental Health into Medical School Curricula," April 28-May 5, 1995, Las Vegas, NV.

"Bloodborne Pathogens: The Standard and Its Implementation," Milwaukee Area Medical Directors' Association, May 18, 1995, Milwaukee, WI.

"The Clinical Importance of Sick Building Syndrome," University of Oklahoma College of Medicine, Department of Family Medicine, Grand Rounds, August 24, 1995, Oklahoma City, OK.

"Psychological Factors in Occupational Medicine and Rehabilitation," Milwaukee Psychiatric Hospital, Invited Speaker, Contemporary Issues in Mental Health and Addiction Medicine, September 6, 1995, Milwaukee, WI.

"Multiple Chemical Sensitivity," Wisconsin State Association of Occupational Health Nurses, 8th Annual Meeting, Invited Speaker, October 4, 1995, Egg Harbor, WI.

"Health Problems Associated with Pesticide Contaminated Well Water" Conference on Common Rural and Agricultural Health Problems, sponsored by the Marshfield Clinic, May 9, 1996 Madison, WI.

"Indoor Air Complaint Evaluations: An Update", Central States Occupational Medicine Association, September 28, 1996, Milwaukee, WI.

**PRESENTATIONS** (continued)

"Summer and Vacation Safety," Milwaukee Area Safety Council, May 2, 1997, Milwaukee, WI.

"Basic Safety & Health for Occupational Health Practitioners," Veterans Affairs Medical Center, September 12, 1997, Little Rock, AR.

"Epidemiological Issues in Welding Fume Exposure." Harris Martin Welding Rods Conference, June 16th, 2004, San Francisco, CA.

"Silica: Complex Made Simple," Ohio Association of Civil Trial Attorneys Asbestos & Silica Litigation Conference, September 29, 2004, Cleveland, OH.

"Diagnosing and Proving Manganese Exposure." Mealey's Welding Rod Litigation Conference, October 8, 2004, West Palm Beach, Florida.

"Epidemiological Issues in Welding Fume Exposure." Mealey's Welding Rod Litigation Conference, November 15, 2004, New Orleans, LA.

"Welding Rod Litigation: A Primer on the Legal and Medical/Science Issues," DRI Telephone Conference, March 8th, 2005, Chicago, IL.

"Diagnosing and Proving Manganese Exposure." ACI Second National Forum on Welding Rod Litigation, June 20, 2005, Chicago, IL.

"What's the Next Deep Pocket Mass Tort to Hit the Automotive Industry?" Product Liability-Hot Topics Seminar for Defense Counsel, September 14, 2005, Troy, MI.

"Emerging Health Issues in Welding." Chicago Section AIHA and Northeastern IL Chapter of ASSE, November 16, 2005, Palatine, IL.

"Rules of the Communication Road." AIHce 2007 Roundtable "Communicating Risk / Communicating Cause," June 6, 2007, Philadelphia, PA.

"Integration of Health and Productivity Programs with Safety Performance" CICI Conference, November  27, 2007, Willowbrook, IL.

"Advanced Epidemiology: The Good, The Bad and The Ugly," DRI Complex Medicine Seminar, November 13, 2008, San Diego, CA.

"Careers in Occupational and Environmental Health: Public Health, Corporate Practice, Academia or Consulting?" UIC Occupational and Environmental Medicine Conference, March 4, 2009, Chicago, IL.

"Occupational and Environmental Health: Challenges in Public Health, Corporate Practice, Academia and Consulting?" UIC Occupational and Environmental Medicine Conference, August 18, 2010, Chicago, IL.

"Weighty Issues in the Workplace" Central States Occupational & Environmental Medicine, Spring 2013 Meeting, March 15, 2013, Lisle, IL.

"Weighty Issues in the Workplace" WorkSafe Iowa Spring 2013 Network Meeting Heartland Center for Occupational Health and Safety, University of Iowa College of Public Health, Cedar Rapids, IA May 2, 2013

**PRESENTATIONS** (continued)

 "Natural gas extraction -Rising energy demands mandate a multi-perspective approach" AIHA 2013 Fall Conference Workshop, Miami, FL October 1, 2013

## POSTER SESSIONS

Roberts M.  "TOMES/CCIS Computerized Information Systems," Health Information Technology Symposium, Medical College of Wisconsin, November 8, 1990, Milwaukee, WI.

Roberts M., Lindemann J, Simpson D., and Tyborski M. "Computerization of the Educator's Portfolio," Central Group on Educational Affairs, Innovations in Medical Education, Central Region Research in Medical Education, April 22, 1994, Chicago, IL.

Roberts M.M., Parks TJ, Wertsch JJ, and Roberts M.A., "Ulnar Sensory Responses in the Elderly", American Academy of Electromyography, Annual Scientific Meeting, September 30-October 1, 1994, San Francisco, CA.

Roberts M.M., Parks TJ, Wertsch JJ, Roberts M.A.  "Median, Ulnar, and Radial Sensory Responses in the Elderly," American Academy of Electromyography, Annual Scientific Meeting, September 30-October 1, 1994, San Francisco, CA.

Roberts M., Lindemann J, Simpson D, and Tyborski M "Results of Beta Testing of the Computerized Version of the Educator's Portfolio, 33rd Annual Research in Medical Education Conference, Association of American Medical Colleges, October 30-November 1, 1994, Boston, Massachusetts.

Lindeman J., Roberts M., Simpson D.  The Educator's Portfolio: Beta testing of the Computerized Version, Electronic Poster Session, 28th Annual STFM Spring Conference, New Orleans, 1995.

## ABSTRACTS

Hegmann KT, Greaves W., Moore SJ, Roberts M. "Case-Control Study of Respiratory and Reproductive Symptoms at an Automobile Parts Manufacturing Facility." Accepted for Society for Epidemiological Research, June 15-18, 1994, Miami Beach, FL.

Alexander D., Cushing C., Roberts M.  Quantitative assessment of red and processed meat intake and kidney cancer.  Experimental Biology, New Orleans, LA 2009.

## EDUCATIONAL ACTIVITIES
### Undergraduate

| | |
|---|---|
| 1992-97 | Lecturer, M-3 Ambulatory Medicine Course, Topic "Low Back and Shoulder Examination" |
| 1992-97 | Lecturer, M-1 Gross Anatomy, Topic "Plug in Concepts related to Low Back Pain," includes a series of 4 team-taught lectures. |
| 1994-97 | Senior Elective Preceptor & M-1 Mentor Program, Occupational & Environmental Medicine Medical College of Wisconsin. |

### Graduate

| | |
|---|---|
| 1992-98 | MPH Student Project Advisor, Distance Learning Program at Medical College of Wisconsin |

*Graduate (continued)*

| | |
|---|---|
| 1992-98 | Epidemiology Course Coordinator and Primary Instructor, Master's Degree in Public Health, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 49 students per trimester.) |
| 1992-98 | Environmental Health Course Coordinator and Primary Instructor, Masters Degree in Public Health, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 36 students per trimester). |
| 1992-1994 | Biostatistics Course Coordinator and Primary Instructor, Master's Degree in Public Health, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 34 students per trimester). |
| 1992-97 | Waukesha Memorial Hospital Family Medicine Residency Program, Resident supervisor for rotations in Occupational Medicine. |
| 1993-97 | Columbia Family Practice Residency Program, Resident supervisor for rotations in Occupational Medicine. |
| 1995 | Course Director and lecturer, Basic Curriculum in Occupational Medicine Part II presented to physicians attending the American College of Occupational and Environmental Medicine Meeting, October 21-22, 1995 Seattle, Washington. |
| 1995-99 | Lecturer, Basic Curriculum in Occupational Medicine Part II presented to physicians attending the American College of Occupational and Environmental Medicine Meetings |

*CME Courses*

Video Production- "Musculoskeletal Workshop Low Back/Shoulder Exam," a one hour presentation distributed by the Division of Educational Services, Medical College of Wisconsin, 1994.

Employee Health Services in the Hospital Setting, American Practitioners of Infection Control and Epidemiology, St. Michael's Hospital, October 6, 1994.

*Educational Software Development*

Educator's Portfolio --Directed the development of a computer software package to track educational activities of faculty members

**Professional Courses and Educational Programs**

| | |
|---|---|
| 2000-present | Various positions on the American College of Occupational & Environmental Medicine, Council of Education. |
| 2011-present | Course Co-Chairman, American College of Occupational & Environmental Medicine, Foundation Courses in Occupational & Environmental Medicine. |
| 2013 | Program Co-Chairman, Spring Meeting of Central States Occupational & Environmental Medicine, Lisle, IL. |

**OTHER EDUCATIONAL ACTIVITIES**

*Community Service Media Relations*

| | |
|---|---|
| 1994-97 | Seminars and Presentations related to Media Interaction |
| | "Working with the Media," Medical College of Wisconsin Symposium, Milwaukee, Wisconsin, September 20, 1995. |

### *National Television*

Public Broadcast System (PBS) Series "The World Can Make You Sick," Milwaukee, Wisconsin, November 19, 1993.

CNN News "A Health and Safe Thanksgiving," a five part series on preparation for Thanksgiving produced here in Milwaukee and aired on nationally on CNN November 28, 1996.

TiP-TV "Keys to Good Health: Wellness Programs & Preventive Medicine," June 6, 1997, 2:00-3:30 CTD, General Electric Company, 900 sites worldwide and approximately 15,000 participants.

Educational Outreach Video Conference, Managing Your Health & Health Care Program, "Maintaining a Healthy Lifestyle," a 2 ½ hour broadcast presentation,   Brookfield, Wisconsin, November 21, 1996.

Moderator, Spring Educational Outreach Program, Children's' Health and Parenting, "Perinatal to Newborn," a 2 ½ hour broadcast presentation, Brookfield, Wisconsin, April 3, 1997.

Moderator, Spring Educational Outreach Program, Children's' Health and Parenting, "Elementary School Ages," a 2 ½ hour broadcast presentation, Brookfield, Wisconsin, April 17, 1997.

### *Local Television*

1994-97     Write and Co-produce twice weekly segments addressing public health and clinical issues for WITI Channel 6 TV viewing audience estimated at 37,000 in greater Milwaukee area.

### *Radio (Commercial and Public Stations)*

1992-97     Frequent contributor to issues related to Preventive Medicine and Public Health for the Milwaukee radio market.

WTMJ-AM 620 Noon Show "Industrial, Environmental, and Occupational Medicine," July 18, 1994.

PBS Kathleen Dunn, Kathleen Dunn Show, WHAD-FM Wisconsin Public Radio discussing "Ebola Virus in Africa."

## PROFESSIONAL SOCIETIES

American College of Occupational and Environmental Medicine
Central States Occupational and Environmental Medical Association
Chicago Area Medical Directors Association
American Industrial Hygiene Association
American Conference of Governmental Industrial Hygienists

## REFERENCES UPON REQUEST

August 13, 2015

# Dr. Roberts' History of Trial and Deposition Testimony

| Date | Case Name | Jurisdiction | Attorney Name | Law Firm Name | Notes |
|---|---|---|---|---|---|
| **2015** | | | | | |
| August 11, 2015 | Macon County Permit Application hearing | Illinois | Michael Blazer | Jeep & Blazer, LLC | Provided hearing testimony |
| August 5, 2015 | Ava and Aubrey Campbell v. Allied Manufacturing, Inc., et al. | Missouri | Sherry Rozell | Turner Reid | Provided trial testimony |
| July 15, 2015 | Lawrence Graubart, et al. v. American Cyanamid Company, et al. | California | Alex Catalona | Becherer Kannett & Schweizer | Provided deposition testimony |
| July 14, 2015 | Ava Campbell and Aubrey Campbell v. Agco Corporation, et al. | Missouri | Sherry Rozell | Turner Reid | Provided deposition testimony |
| June 19, 2015 | Olga Pavlick, Personal Representative of the Estate of John Pavlick, Jr v. Advance Stores Co., et al. | Delaware | Christian Singewald | White and Williams | Provided trial testimony |
| February 26, 2015 | Sharron Mae Linsowe, et al. v. Ford Motor Company, a Corporation, et al. | California | Paul White and Jacqueline Sugapong | Yukevich Cavanaugh | Provided deposition testimony |
| February 24, 2015 | Joyce Stockton v. Ford Motor Company, et al | Illinois | Sam Tarry | McGuireWoods LLP | Provided deposition testimony |
| January 9, 2015 | John Thomas and Doris Thomas v. Pneumo Abex, et al. | Illinois | Patrick Ward | Sanchez Daniels & Hoffman | Provided deposition testimony |
| **2014** | | | | | |
| November 18, 2014 | Pleasant Ridge County Permit Application hearing | Illinois | Michael Blazer | Jeep & Blazer, LLC | Provided hearing testimony |

Ex. E

August 13, 2015

| August 21, 2014 | David Bergstrom and Kay Bergstrom v. 84 Lumber, et al. | Missouri | Jeffrey Hebrank | Hepler Broom, LLC | Provided deposition testimony |
| August 7, 2014 | Steven K. Allen and Judy Allen v. 3M Company, et al. and Debra J. Thien v. 3M Company, et al. | Illinois | Mark Winters | Sanchez Daniels & Hoffman | Provided deposition testimony |
| January 27, 2014 | Jennie M. Leidig and George K. Leidig, et al., v. 3M Company, et al. | California | Katherine Gardiner | Walsworth Franklin Bevins & McCall | Provided deposition testimony |
| **2013** | | | | | |
| November 14, 2013 | James Reef v. Georgia Pacific | Illinois | Jeff Hebrank Eric Hall | Hepler Broom, LLC | Provided trial testimony |
| October 30, 2013 | James Reef v. Georgia Pacific | Illinois | Jeff Hebrank Eric Hall | Hepler Broom, LLC | Provided deposition testimony |
| October 18, 2013 | Lisa Grande for Gerald Brantley v. Borg-Warner Morse TEC, Inc., et al. | California | Eric Bergstrom | Lankford Crawford Moreno & Ostertag | Provided deposition testimony |
| September 17, 2013 | Lori A. Erhart and David E. Stanley v. CSK Auto, Inc., et al. | California | Carolyn Collins | Nixon Peabody, LLP | Provided deposition testimony |
| August 22, 2013 | Kevin W. Fleischmann, et al. v. DJO LLC, et al. | California | Chris Young | DLA Piper, LLP | Provided trial testimony |
| July 22, 2013 | Donna & Marc Werner v. Great Northern Insurance Co, et al. | Illinois | Todd Schenk | Tressler, LLP | Provided deposition testimony |
| May 8, 2013 | Alte Marratt v. I-Flow, Inc., et al. | California | Christian Ryba | Segal McCambridge Singer & Mahoney | Provided deposition testimony |
| April 5, 2013 | Kenneth and Thelma Anderson v. AVOC Corporation, et al. | Kentucky | Jack Ditto | Reed Smith | Provided deposition testimony |

Exₓ

August 13, 2015

| 2012 | | | | | |
|---|---|---|---|---|---|
| December 4, 2012 | William Oddo, Jr. v. Asbestos Corporation LTD, et al. | Louisiana | Jamika Polk | Kuchler Polk Schell Weiner & Richeson, LLC | Provided trial testimony |
| November 13, 2012 | Toni Link Kucish v. Psychiatric Solutions, Inc., and ABS Lincs SC, Inc. d/b/a Palmetto Behavioral Health | South Carolina | Brian E. Johnson | Hood Law Firm | Provided deposition testimony |
| October 8, 2012 | DJO Cold Therapy Litigation | California | Michael Hurvitz | Morris Polich & Purdy | Provided deposition testimony |
| October 3, 2012 | Arvin N. Donner, Jr. et al. vs. Carmelo Ruta, Inc. et al. | Ohio | Brian A. Newberg | Cincinnati Insurance Company | Provided deposition testimony |
| August 24, 2012 | Lewis v. K-Mart v. PDX Inc. | Georgia | Jay O'Brien | Strawinski & Stout, P.C. | Provided deposition testimony |
| July 30, 2012 | Marcia Mauldin, et al. v. Georgia Pacific LLC, et al. | Georgia | Shep Wainger | McGuire Woods | Provided deposition testimony |
| July 27, 2012 | John Johnson and Sue Johnson vs. American Optical Corporation, et al. | California | Patricia Ball | Yukevich Calfo & Cavanaugh | Provided deposition testimony |
| July 26, 2012 | Robert Anthony Norman, Sr. and Diana Eberhardt Norman v. Asbestos Defendants | Louisiana | Jamika Polk | Kuchler Polk Schell Weiner & Richeson, LLC | Provided deposition testimony |
| July 18, 2012 | Jack Joe Svoboda v. 3M Company, et al. | California | Jim Ostertag | Lankford Crawford Moreno & Ostertag | Provided deposition testimony |
| June 11, 2012 | Marline and Joseph Petipas, Plaintiffs, v. Amcord Inc., et al., Defendants | California | Ed Martinovich | Yukevich Calfo & Cavanaugh | Provided deposition testimony |
| June 5, 2012 | William Oddo, Jr. v. Asbestos Corporation LTD, et al. | Louisiana | Jamika Polk | Kuchler Polk Schell Weiner & Richeson, LLC | Provided deposition testimony |

Exx

August 13, 2015

| April 19, 2012 | Dennis Hagy, Tamera Hagy, Dustin Hagy, and Clark Hagy v. Equitable Production Co., Warren Drilling Company, Inc., BJ Services Company, USA, and Halliburton Energy Services, Inc. | West Virginia | Allen Prunty | Robinson & McElwee, PLLC | Provided deposition testimony |
| March 22, 2012 | Lawrence Smith, Jr. and Eleanor M. Smith v. Arnott-Bennis Inc. et al. | California | Lauren Michals | Nixon Peabody | Provided deposition testimony |
| January 27, 2012 | Olga Pavlick, Personal Representative of the Estate of John Pavlick, Jr v. Advance Stores Co., et al. | Delaware | Rochelle Gumapac | White and Williams LLP | Provided deposition testimony |
| **2011** | | | | | |
| December 15, 2011 | Clifford Beilke and Susan Beilke, husband and wife, Plaintiffs, v. 3M Company, et al., Defendants | Washington | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| December 6, 2011 | Jeremy Bird v. I-Flow | Minnesota | Mark Crane | Segal McCambridge Singer & Mahoney | Provided deposition testimony |
| October 11, 2011 | Curtis Hunt and Judy Hunt, his wife, Plaintiffs, v. A.W. Chesterton Company, et al., Defendants | West Virginia | Greg Goodykoontz | Steptoe & Johnson | Provided deposition testimony |
| October 11, 2011 | Howard E. Hughes and Betty Kay Hughes, Plaintiffs, v. A.W. Chesterton Company, et al., Defendants | West Virginia | Greg Goodykoontz | Steptoe & Johnson | Provided deposition testimony |
| September 30, 2011 | Lynn K. Staub and John P. Staub v. Breg, Inc. | Arizona | Jenny Covington | Bowman & Brooke | Provided deposition testimony |

**Ex**

August 13, 2015

| Date | Case | State | Expert | Firm | Testimony |
|---|---|---|---|---|---|
| September 27, 2011 | Barbara Ann Capetillo and Efrem Capetillo v. American Honda Motor Co., Inc., et al. | Illinois | Mark Winters | Sanchez Daniels & Hoffman | Provided deposition testimony |
| September 6, 2011 | Jacob and Norma Jager v. 3M Company, et al. | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| July 27, 2011 | Richard Steiner and Christie Steiner v. Advance Auto Parts, et al. | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| May 2, 2011 | Gerold Ricks and Margaret Ricks v. A.W. Chesterton, et al. | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| March 4, 2011 | John A. Cowan and Thelma Cowan v. AGCO Corporation, et al. | New Jersey | Tom Sweeney | Eckert Seamans | Provided deposition testimony |
| January 7, 2011 | Ashworth & Patrick v. I-Flow et al. | Arizona | Christian Ryba | Segal McCambridge Singer & Mahoney | Provided deposition testimony |
| **2010** | | | | | |
| October 18, 2010 | Richard Spencer v. Ford Motor Company, et al. defendants | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| May 14, 2010 | Vicky L. Denzer, Individually and as Special Administrator of the Estate of Fay M. Denzer v. Aftermarket Auto Parts Alliance, Inc., et al. | Wisconsin | Roshan Rajkumar | Bowman & Brooke | Provided deposition testimony |
| May 12-13, 2010 | Catherine Singer, individually and as Special Administrator on Behalf of the Estate of John D. Pender v. Brake Supply Co., Inc., et al. | Wisconsin | Johan Flynn | DeFay & Elliston | Provided trial testimony |

August 13, 2015

Exhibit E

| | | | | | |
|---|---|---|---|---|---|
| May 9, 2010 | Catherine Singer, individually and as Special Administrator on Behalf of the Estate of John D. Pender v. Brake Supply Co., Inc., et al. | Wisconsin | Johan Flynn | DeHay & Elliston | Provided deposition testimony |
| April 8, 2010 | McLain & Hamilton v. BREG et al. / Paugh, Gibbs & Hughes v. I-Flow et al. | Indiana | Jenny Covington | Bowman & Brooke | Provided deposition testimony |
| March 1, 2010 | Ruben Razo v. John Deere & Co., et al. defendants | California | Jack Henning | Dillingham & Murphy | Provided deposition testimony |
| February 15, 2010 | Juan Barragan and Mercedez Barragan v. American Honda Motor Company, Inc. et al. | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| February 11, 2010 | Clara Labrenz v. Allis Chalmers et al. | California | Bill Sayer | McKenna Long & Aldrich | Provided deposition testimony |
| February 8, 2010 | Lonnie Jo Kysiak, individually and as representative of the estate of Irving Hoff v. Ford Motor Company, et al. Defendants | Texas | Ron Lopez | Nixon Peabody LLP | Provided deposition testimony |
| January 22, 2010 | Donald Smalley, et al. v. American Standard, et al. | California | Steve Celba | Celba LLP | Provided deposition testimony |
| January 20, 2010 | Johnny Page v. Royal Crown Bottling Co. | North Carolina | Kelli Burns | Hedrick Gardner Kincheloe & Garofalo | Provided deposition testimony |
| **2009** | | | | | |
| December 14, 2009 | Clark M. Tunison and Loretta Tunison, Plaintiffs, v. Baker Hughes Oilfield Operations, Inc., et al., | California | Steven Smelser | Yukevich Calfo & Cavanaugh | Provided deposition testimony |
| November 10, 2009 | George and Annette Morris v. Asbestos Corporation, Ltd. et al. | California | Jim Ostertag | Nixon Peabody LLP | Provided deposition testimony |

August 13, 2015

| November 6, 2009 | Vincent and Barbara Barnes v. Allis-Chalmers, et al. | California | | | Provided deposition testimony |
|---|---|---|---|---|---|
| November 2, 2009 | Application of Wisconsin Electric Power Company for a Certificate of Public Convenience and Necessity to Construct a Wind Electric Generation Facility and Associated Electric Facilities, to be Located in the Towns of Randolph and Scott, Columbia County, Wisconsin | Wisconsin | Joseph Wilson | Quarles & Brady | Provided hearing testimony |
| October 20, 2009 | Salvator and Mark Buttita v. Rapid American Corporation, et al. | Illinois | Sam Tarry | McGuire Woods LLP | Provided deposition testimony |
| September 29, 2009 | William J. Goebel v. Alfa Laval, Inc., et al. | California | Carolyn Collins | Nixon Peabody | Provided deposition testimony |
| September 14, 2009 | Raymond Raynor v. Alfa Laval, Inc. | Illinois | Bruce Bishop | Willcox & Savage PC | Provided deposition testimony |
| June 22, 2009 | Rodger Engler v. American Honda Motor Company, et al. | California | Stephen Corcoran | Gordon & Rees LLP | Provided deposition testimony |
| May 15, 2009 | Michael Gaskill v. Abex Corporation, et al. | New Jersey | Virginia Leeper | Gaitan Group | Provided deposition testimony |
| May 12, 2009 | Jimmy and Irene Snodgrass v. A.W. Chesterton Inc., et al. | California | Dan Petticord | Brzytwa Quick & McCrystal | Provided deposition testimony |
| March 23, 2009 | Craig Steven Arabie, et al v. Citgo Petroleum Corporation | Parish of Calcasieu, State of Louisiana | Rick Sarver | Barrasso, Usdin, Kupperman, Freeman & Sarver | Provided trial testimony |

August 13, 2015

| | | | | | |
|---|---|---|---|---|---|
| January 28, 2009 | Ronald E. Johnson and Maureen Johnson, his wife, Plaintiffs, vs. Anchor Darling Company, et al., Defendants. | Kanawha County, West Virginia | Ollie Harton | Hawkins & Parnell | Provided deposition testimony |
| **2008** | | | | | |
| November 5, 2008 | Troy True v. ConAgra Foods Inc., et al. | U.S. District Court, Missouri | Patrick Brookhouser<br><br>Steven Tortine | McGrath North Mullin & Kratz PC<br><br>Husch, Blackwell & Sanders LLP | Provided deposition testimony |
| November 4, 2008 | Dorothy Bell, Individually and as Personal Representative of the Heirs and Estate of Wallace Bell, et al. v. A.W. Chesterton Co., et al. | Arkansas | Ed Slaughter | Hawkins Parnell & Thackston LLP | Provided deposition testimony |
| October 15, 2008 | Dick Friend v. Baker Hughes Oilfield Operations, Inc., et al. | California | Eric Bergstrom | McKenna Long & Aldridge LLP | Provided deposition testimony |
| October 9, 2008 | Lena DeGrasse v. Georgia-Pacific, et al. | Louisiana | Jim Hooper | Wheeler Trigg & Kennedy | Provided deposition testimony |
| August 25, 2008 | Dick Friend v. Baker Hughes Oilfield Operations, Inc., et al. | California | Eric Bergstrom | McKenna Long & Aldridge LLP | Provided deposition testimony |
| August 12, 2008 | Harold Ashworth v. Atlas Turner, Inc. et al. | Utah | Barbara Maw | Barbara L. Maw Law Office | Provided deposition testimony |
| May 22, 2008 | Michael Bradford and Terry Bradford, vs. A.W. Chesterton Company, et al. | California | Christopher Wood | McKenna Long & Aldridge LLP | Provided deposition testimony |
| May 20, 2008 | John Schylaske v. Abex Corporation, et al. and Jefferson Riley, Jr. v. AC&R Insulation Co., Inc., et al. | Maryland | Sam Tarry | McGuire Woods LLP | Provided deposition testimony |

E𝒳

| | | | | | |
|---|---|---|---|---|---|
| April 23, 2008 | David Edwin Timmons v. Bondex International Inc., et al. Defendants | Delaware | Jim Hooper | Wheeler Trigg & Kennedy | Provided deposition testimony |
| April 4, 2008 | Steven Headly v. Ferro Corporation, et al. | Washington | Leta E. Gorman | Bullivant Houser Bailey PC | Provided deposition testimony |
| March 5, 2008 | Richard Kenneth Raff and Shirley Mercie Raff v. A.W. Chesterton et al. Defendants | California | Jim Ostertag | Thelen Reid Brown Raysman & Steiner LLP | Provided deposition testimony |
| January 31, 2008 | Eugene Adler v. A.W. Chesterton, Inc., et al. | Illinois | Jim Hooper | Wheeler Trigg & Kennedy | Provided deposition testimony |
| January 16, 2008 | Daniel Mitchell v. Briggs & Stratton, Crown Equipment, and Nacco Materials Handling, Ford Motor Company, General Motors Corporation, DaimlerChrysler Corporation, et al. defendants | California | Mary Reilly & Garth Rosengren | Krieg, Keller, Sloan, Reiley & Roman | Provided deposition testimony |
| **2007** | | | | | |
| October 5, 2007 | Lowell Wayne Reese v. Ford Motor Company, General Motors Corporation, DaimlerChrysler Corporation, et al. defendants | Ohio | Jim Ostertag | Thelen Reid Brown Raysman & Steiner LLP | Provided deposition testimony |
| August 31, 2007 | Franklin v. General Motors Corp., et al. | Lawrenceville, Kentucky | Eric Horne | Eckert Seamans Cherin & Mellott, LLC | Provided trial testimony |
| September 5, 2007 | Carl Schwarber v. 3M Company, et al. | Kentucky | Adam Shadburne | Thompson Miller & Simpson | Provided deposition testimony |
| July 19, 2007 | David Butcher v. Argonaut Insurance Company, et al. | Tennessee | Lawrence Coco | Carroll Bufkin & Coco | Provided deposition testimony |

August 13, 2015

| | | | | |
|---|---|---|---|---|
| May 29, 2007 | James Nelson v. Bondex International Inc. et al. | Illinois | Bruce Bishop | Willcox & Savage | Provided deposition testimony |
| May 1, 2007 | Marion Bock v. Alfa Laval, Inc., et al. | Virginia | Bruce Bishop | Willcox & Savage | Provided deposition testimony |
| April 20, 2007 | Kenneth Balthazar v. A.W. Chesterton Inc., et al. | Massachusetts | Bruce Bishop | Willcox & Savage | Provided deposition testimony |
| April 10, 2007 | Galardy et al. v. United Agri Products, Inc. et al. | Illinois | Ross Johnson | Faegre & Benson LLP | Provided deposition testimony |
| March 22, 2007 | Blackinton v. Briggs & Stratton | California | Larry Margoles | Dryden, Margoles, Schimaneck & Wertz | Provided deposition testimony |
| March 19, 2007 | Isaiah Fenner et al. v. American Standard Inc., et al. | Illinois | Bruce Bishop | Willcox & Savage PC | Provided deposition testimony |
| March 13, 2007 | Eva Booher, Individually and as Special Administrator of the Estate of Buddie Booher, Deceased v. A.W. Chesterton, Inc., et al. | Illinois | Steve Celba | Celba & DesRochers LLP | Provided deposition testimony |
| February 6, 2007 | Susan Neas and Thomas Neas v. Fuji Hunt Photographic Chemicals, Inc. et al. | California | John J. Leonard | Jenkens & Gilchrist, LLP | Provided deposition testimony |
| **2006** | | | | | |
| December 6, 2006 | Roger Bantam v. Pneumo Abex et al. | Illinois | Bruce Bishop | Willcox & Savage PC | Provided deposition testimony |
| October 9, 2006 | Charles L. Snyder v. A.W. Chesterton, et al. | Illinois | Bruce Bishop | Willcox & Savage PC | Provided deposition testimony |
| October 6, 2006 | Flora and Johnny Franklin v. General Motors Corporation, et al. | Kentucky | Sam Tarry | McGuire Woods LLP | Provided deposition testimony |
| September 14, 2006 | Danny Doersam v. A.W. Chesterton, et al. | Illinois | Steve Celba | Celba & DesRochers LLP | Provided deposition testimony |

Ex