UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JASON MARINO and JOY MARINO,           :
             Plaintiffs,                             :     No. 5:14-cv-4672
     v.                                                    :
                                        :
PILOT TRAVEL CENTERS, LLC, and         :
SOVEREIGN CONSULTING, INC.,             :
             Defendants                              :
_____

## O R D E R

**AND NOW**, this 3rd day of November, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiffs' Motion for Partial Summary Judgment, ECF No. 53, is **DENIED**;

    2.    Defendant Sovereign's Motion for Partial Summary Judgment, ECF No. 54, is **DENIED**; and

    3.    Defendant Pilot's Motion for Partial Summary Judgment, ECF No. 55, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge